IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOWN CHEMICAL COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>HRD CORPORATION (d/b/a/ Marcus Oil & Chemical),<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-23 (JJF)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendant, subject to the approval of the Court, that the time for Defendant to answer or otherwise move with respect to Plaintiff's Complaint is hereby extended until March 31, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

By: _____
Kenneth Nachbar (#2067)
David J. Teklits (#3221)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 575-7294
Facsimile: (302) 425-3013

*Attorneys for Dow Chemical Canada, Inc.*

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19889-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for HRD Corporation*

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| JENNER & BLOCK LLP | John O'Neill |
| Donald R. Cassling, Esquire | Eleanor K. Vernon |
| Christopher Tompkins, Esquire | 1000 Louisiana |
| Zachary V. Moen, Esquire | Suite 1800 |
| One IBM Plaza | Houston, TX 77002-5018 |
| Chicago, IL 60611 | Telephone: (713) 787-1400 |
| Telephone: (312) 923-2951 | Facsimile: (713) 654-7690 |
| Facsimile: (312) 840-7351 | |

Dated: March 3, 2005

671654v1

SO ORDERED this _____ day of _____, 2005

_____
United States District Judge