IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOWN CHEMICAL COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> HRD CORPORATION (d/b/a/ Marcus Oil & Chemical), <br><br> Defendant. | C. A. No. 05-23 (JJF) <br><br> <u>JURY TRIAL DEMANDED</u> |

### <u>DEMAND FOR A JURY TRIAL</u>

Pursuant to Federal Rule Civil Procedure 38(b), Defendant and Counter-Plaintiff HRD Corporation (d/b/a Marcus Oil & Chemical) hereby demands a trial by jury on all issues so triable in its Answer and Counterclaim.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19889-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Attorneys for HRD Corporation*

OF COUNSEL:

John O'Neill
Eleanor K. Vernon
Sheryl Falk
1000 Louisiana
Suite 1800
Houston, TX 77002-5018
Telephone: (713) 787-7600
Facsimile: (713) 654-7690

Dated: April 5, 2005
PA&C 676659v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, Suzanne M. Hill, hereby certify that on April 5, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

  I hereby certify that on April 5, 2005, I have faxed the documents to the following non-registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: *Suzanne M Hill*
Richard L. Horwitz
Suzanne M. Hill
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com

PA&C 676659v1