IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. on Its own behalf and as assignee of THE DOW CHEMICAL COMPANY, Plaintiff, v. HRD CORPORATION (d/b/a Marcus Oil & Chemical), Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-23 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of JOHN E. O'NEILL, SHERYL A. FALK, and ELEANOR VERNON of Howrey, LLP, 1000 Louisiana, Suite 1800, Houston, TX 77002 to represent Defendant HRD Corporation (d/b/a Marcus Oil & Chemical) in this matter.

POTTER ANDERSON & CORROON LLP

By: _/s/ Suzanne M. Hill_
Richard L. Horwitz (Bar I.D. No. 2246)
Suzanne M. Hill (Bar I.D. No. 4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com

Dated: April 19, 2005

*Attorneys for Defendant HRD Corporation*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsels' motion for admission pro hac vice is granted.

Date: _____     _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 17, 2005

Signed: _____
John E. O'Neill
State Bar of Texas No. 15297500
Howrey, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
Telephone: (713) 654-7600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 19, 2005            Signed: _____
                                Sheryl A. Falk
                                State Bar of Texas No. 06795350
                                Howrey, LLP
                                1000 Louisiana, Suite 1800
                                Houston, TX 77002
                                Telephone: (713) 654-7600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 19, 2005                    Signed: /s/ Vernon

**Eleanor K. Vernon**
State Bar of Texas No. 24047034
Howrey, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002
Telephone: (713) 654-7600