## CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on April 19, 2005, the Motion and [Proposed]

Order for Admission Pro Hac Vice [D.I. #17] was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 19, 2005, I have faxed the documents to the following non-

registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: *Suzanne M. Hill*

Richard L. Horwitz (Bar ID No. 2246)
Suzanne M. Hill (Bar ID No. 4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com

PA&C 678598v1