## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA, INC., on its own )
behalf and as assignee of THE DOW CHEMICAL )
COMPANY, )
                      )
      Plaintiff, Counter-Defendant, )
                      )
             v. )  Case No. 05-023 (JJF)
                      )
HRD CORPORATION (d/b/a Marcus Oil & )
Chemical) )
                      )
      Defendant, Counter-Plaintiff. )
                      )

### STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED between the undersigned parties and subject to the approval of the Court that the time for Dow Chemical Canada, Inc. to submit its reply brief in support of its motion to dismiss HRD Corporation's counterclaims and to strike HRD Corporation's affirmative defenses is extended to and including June 1, 2005.

MORRIS NICHOLS ARSHT & TUNNELL     POTTER ANDERSON & CORROON LLP


*/s/ Kenneth J. Nachbar*                  */s/ Richard I. Horwitz*
Kenneth J. Nachbar (#2067)             Richard I. Horwitz (#2246)
Thomas W. Briggs, Jr. (#4076)           Potter Anderson & Corroon LLP
1201 North Market Street                Hercules Plaza, 6th Floor
P.O. Box 1347                          1313 North Market Street
Wilmington, DE 19899-1347          Wilmington, DE 19899-0951
(302) 575-7294                       (302) 984-6027
knachbar@mnat.com                 rhorwitz@potteranderson.com
tbriggs@mnat.com                   *Attorneys for HRD Corporation*
   *Attorneys for Dow Chemical Canada, Inc.*


      SO ORDERED this _____ day of May, 2005.


                                           _____
                                              Judge