IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>        Plaintiff, Counterclaim-Defendant,<br><br>    v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>        Defendant, Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-023 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

WHEREAS, defendant and counterclaimant HRD Corporation ("HRD") has indicated that it wishes to file an amended answer and counterclaims,

IT IS HEREBY STIPULATED between the parties, subject to order of the Court, as follows:

    1.    HRD is hereby given leave to file its amended answer and counterclaims. HRD shall file its amended answer and counterclaims on or before June 6, 2005.

    2.    Counterclaim defendant(s) shall move, answer or otherwise plead in response to the amended answer and counterclaims within 20 days after the filing of the amended answer and counterclaims.

    3.    In view of HRD's intent to file an amended answer and counterclaims, Dow Chemical Canada, Inc.'s Motion to Dismiss HRD Corporation's Counterclaims and to Strike HRD Corporation's Affirmative Defenses, which is pending, is withdrawn as moot.

POTTER ANDERSON & CORROON LLP


/s/ Richard I. Horwitz
Richard I. Horwitz (#2246)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6027
rhorwitz@potteranderson.com
   *Attorneys for HRD Corporation*


MORRIS NICHOLS ARSHT & TUNNELL


/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
Thomas W. Briggs, Jr. (#4076)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 575-7294
knachbar@mnat.com
tbriggs@mnat.com
   *Attorneys for Dow Chemical Canada, Inc.*


SO ORDERED this ____ day of
June, 2005


_____
           Judge