UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>    Defendant, Counterclaim Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants | Case No. 05-023 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties and subject to the approval of the Court that the time for Dow Chemical Canada, Inc. and The Dow Chemical Company to respond to HRD Corporation's amended counterclaims is extended to and including July 5, 2005.

| MORRIS NICHOLS ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Kenneth J Nachbar | /s/ Richard L. Horwitz |
| Kenneth J. Nachbar (#2067)<br>Thomas W. Briggs, Jr. (#4076)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7294<br>knachbar@mnat.com<br>tbriggs@mnat.com<br>*Attorneys for Dow Chemical Canada, Inc. and The Dow Chemical Company* | Richard L. Horwitz (#2246)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6027<br>rhorwitz@potteranderson.com<br>*Attorneys for HRD Corporation* |

SO ORDERED this _____ day of _____, 2005.

_____
Judge

2