UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>    Defendant, Counterclaim Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants | Case No. 05-023 (JJF) |

## ORDER

WHEREAS, Dow Chemical Canada, Inc. and The Dow Chemical Company have filed a Motion to Dismiss and Motion to Strike and for good cause shown,

IT IS HEREBY ORDERED this ____ day of _____, 2005 as follows:

1. The Motion is granted;

2. Count IV of HRD Corporation's First Amended Counterclaims (the "Counterclaims") is dismissed because it is entirely duplicative of Counts I and II of those Counterclaims;

3. Count V of the Counterclaims is dismissed because it fails to state any recognized cause of action and alleges no wrongdoing or injury;

4. The Court hereby strikes allegations regarding confidential settlement negotiations in paragraphs 120, 127 and 137 of the Counterclaims; and

5. The Court hereby strikes HRD's purported reservation of the right to amend its Counterclaims, as inconsistent with F. R. Civ. P. 15.

_____
Judge