## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 25, 2005 I electronically filed DOW CHEMICAL CANADA, INC.'S AND THE DOW CHEMICAL COMPANY'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS AND MOTION TO STRIKE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

>Richard I. Horwitz
>Suzanne M. Hill
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19899-0951

>*/s/ Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>knachar@mnat.com