# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Kenneth J. Nachbar
302 575 7294
302 425 3013 Fax
knachbar@mnat.com

November 10, 2005

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Dow Chemical Canada Inc. v. HRD Corporation, et al
             C.A. No. 05-023 (JJF)

Dear Judge Farnan:

      The parties have conferred and have agreed upon the attached Scheduling Order. If it is acceptable to Your Honor, we would be grateful if Your Honor could enter it. The parties are available should Your Honor have any questions concerning this matter.

      Respectfully,

      Kenneth J. Nachbar (#2067)

KJN/kd

Enclosure

cc:    Richard L. Horwitz, Esquire w/enclosure (by e-filing)
       Peter T. Dalleo, Clerk w/enclosure (by hand)