UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>      Defendant, Counterclaim Plaintiff,<br><br>      v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>      Counterclaim Defendants | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Dow Chemical Canada, Inc. and the Dow Chemical Company hereby certifies that true and correct copies of the Initial Disclosures were served on November 9, 205 on the attorneys of record by facsimile, with hard copies sent to them by Federal Express.

      Richard I. Horwitz
      Suzanne M. Hill
      Potter Anderson & Corroon LLP
      Hercules Plaza, 6th Floor
      1313 North Market Street
      Wilmington, DE  19899-0951

John O'Neill
Sheryl A. Falk
Eleanor Vernon
Howrey, Simon, Arnold & White, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

        MORRIS NICHOLS ARSHT & TUNNELL

        /s/ Kenneth Nachbar
        Kenneth Nachbar (#2067)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 575-7294
        knachbar@mnat.com
           *Attorneys for Dow Chemical Canada, Inc. and*
           *The Dow Chemical Company*

OF COUNSEL:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951

November 10, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 10, 2005 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

> Richard I. Horwitz
> Suzanne M. Hill
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19899-0951

I hereby certify that on November 10, 2005, I have faxed the documents to the following non-registered participants:

> John O'Neill
> Sheryl A. Falk
> Eleanor Vernon
> Howrey, Simon, Arnold & White, LLP
> 1000 Louisiana, Suite 1800
> Houston, TX 77002

_____
Kenneth J. Nachbar (#2067)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachar@mnat.com