IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on       :
its own behalf and as assignee     :
of THE DOW CHEMICAL COMPANY,       :
                                   :
          Plaintiff,               :
                                   :
     v.                            : Civil Action No. 05-023-JJF
                                   :
HRD CORPORATION d/b/a Marcus       :
Oil & Chemical,                    :
                                   :
          Defendant.               :

**O R D E R**

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order on November 14, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1)   A Pretrial Conference will be held on **Thursday, November 9, 2006 at 11:30 a.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2)   Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel should be available during the 120 day period for trial.

November 16 , 2005
          DATE

UNITED STATES DISTRICT JUDGE