UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>   Defendant, Counterclaim Plaintiff,<br><br>   v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>   Counterclaim Defendants | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Dow Chemical Canada, Inc. and the Dow Chemical Company hereby certifies that true and correct copies of DCCI'S AND TDCC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS and DCCI'S AND TDCC'S FIRST SET OF INTERROGATORIES were served on November 23, 2005 on the following attorneys of record by hand:

  Richard I. Horwitz
  Suzanne M. Hill
  Potter Anderson & Corroon LLP
  Hercules Plaza, 6th Floor
  1313 North Market Street
  Wilmington, DE  19899-0951

Copies were also sent by facsimile to the following:

John O'Neill
Sheryl A. Falk
Eleanor Vernon
Howrey, Simon, Arnold & White, LLP
1000 Louisiana, Suite 1800
Houston, TX 77002

                                              MORRIS NICHOLS ARSHT & TUNNELL

                                              /s/ Kenneth Nachbar
                                              Kenneth Nachbar (#2067)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE 19899-1347
                                              (302) 575-7294
                                              knachbar@mnat.com
                                                  *Attorneys for Dow Chemical Canada, Inc. and*
                                                  *The Dow Chemical Company*

OF COUNSEL:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951

November 23, 2005

2