UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY<br><br>VS.<br><br>HRD CORPORATION (d/b/a<br>Marcus Oil & Chemical) | §<br>§<br>§<br>§<br>§  C.A. No. 05-23 (JJF)<br>§<br>§<br>§ |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, with the consent and approval of Defendant HRD Corporation (d/b/a Marcus Oil & Chemical), the firm of Howrey LLP hereby withdraws its appearance as counsel for HRD Corporation (d/b/a Marcus Oil & Chemical), and the firm of O'Donnell, Ferebee, Medley & Keiser, P.C. hereby enters its appearance as counsel for HRD Corporation (d/b/a Marcus Oil & Chemical). The firm of Potter Anderson & Corroon LLP will remain as co-counsel for HRD Corporation (d/b/a Marcus Oil & Chemical) in this matter.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Michael Landrum
William C. Ferebee
O'DONNELL, FEREBEE, MEDLEY &
KEISER, P.C.
450 Gears – Eighth Floor
Houston, TX 77067-4512
Telephone: (281) 875-8200

Dated: December 22, 2005

710257v1

By: /s/ Suzanne Hill
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Telephone: (302) 984-6000

*Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on December 22, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on December 22, 2005, I have faxed the documents to the following non-registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: /s/ Suzanne M. Hill
Richard L. Horwitz
Suzanne M. Hill
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
shill@potteranderson.com