IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on :
its own behalf and as assignee :
of THE DOW CHEMICAL COMPANY, :
                                    :
       Plaintiff,          :
                                    :
      v.                     : Civil Action No. 05-023-JJF
                                    :
HRD CORPORATION d/b/a Marcus :
Oil & Chemical, :
                                    :
       Defendant.         :

### O R D E R

      Plaintiff, Dow Chemical Canada, Inc. and Dow Chemical Company (collectively "Dow") filed a Motion To Dismiss and Motion To Strike (D.I. 27). Essentially Dow's motions seek to dismiss Count IV of Defendant's counterclaim; dismiss Count V of Defendant's Counterclaim because it fails to state a cause of action; strike allegations concerning settlement negotiations; strike a reservation by Defendant of the purported right to amend its counterclaims.

      Defendant has responded to each premise of Plaintiff's motion (D.I. 30). After considering the parties' arguments, the Court concludes that the grounds asserted by Dow are insufficient to support a dismissal except that the Court agrees that Defendant's reservation of a purported right to amend is baseless and will be stricken.

      Therefore, It Is Ordered that Plaintiff's Motion To Dismiss and Motion To Strike (D.I. 28) is **DENIED**, except as to

Defendant's reservation of right to amend which is **STRICKEN**.

February 28, 2006        /s/ Joseph J. Farnan
DATE                      UNITED STATES DISTRICT JUDGE