# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 14, 2006 the foregoing DOW CHEMICAL CANADA INC'S AND THE DOW CHEMICAL COMPANY'S FIRST AMENDED REPLY TO H.R.D. CORPORATION'S COUNTERCLAIMS was served upon the following counsel in the manner indicated:

**By E-Filing**

Richard I. Horwitz
Suzanne M. Hill
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19899-0951

_/s/ Kenneth J. Nachbar_
Kenneth J. Nachbar (#2067)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
knachar@mnat.com