## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA, INC., on its own    )
behalf and as assignee of THE DOW CHEMICAL    )
COMPANY,    )
   )
         Plaintiff, Counter-Defendant,    )
   )
            v.    )    Case No. 05-023 (JJF)
   )
HRD CORPORATION (d/b/a Marcus Oil &    )
Chemical)    )
   )
         Defendant, Counter-Plaintiff.    )

### STIPULATION AND ORDER

Pursuant to F. R. Civ. P. 15(a), it is hereby stipulated, subject to approval of the Court, that Dow Chemical Canada, Inc.'s and the Dow Chemical Company's First Amended Reply to HRD Corporation's Counterclaims filed on March 14, 2006 is properly filed, and constitutes Dow Chemical Canada, Inc.'s and the Dow Chemical Company's operative reply to HRD Corporation's Counterclaims in this action.

MORRIS NICHOLS ARSHT & TUNNELL, LLP      POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| _/s/ Kenneth J. Nachbar_ | _/s/ Suzanne M. Hill_ |
| Kenneth J. Nachbar (#2067) | Richard L. Horwitz (#2246) |
| Thomas W. Briggs, Jr. (#4076) | Harding W. Drane, Jr. (#1023) |
| 1201 North Market Street | Suzanne M. Hill (#4414) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE  19899-1347 | 1313 North Market Street |
| (302) 575-7294 | Wilmington, DE  19899-0951 |
| knachbar@mnat.com | (302) 984-6027 |
| _Attorneys for Dow Chemical Canada, Inc._ | hdrane@potteranderson.com |
| | _Attorneys for HRD Corporation_ |

SO ORDERED this _____ day of _____, 2006.

_____
                Judge