UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY<br>　　　Plaintiff,<br><br>VS.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br>　　　Defendant, Counterclaim Plaintiff<br><br>VS.<br><br>DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY,<br>　　　Counterclaim Defendants. | § § § § § § § § § § § § § § § § § § § § | C.A. No. 05-23 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and correct copies of HRD CORPORATION'S SUPPLEMENTAL RESPONSES TO PLAINTIFF/COUNTERCLAIM DEFENDANTS' FIRST SET OF INTERROGATORIES and HRD CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENT TO DOW CHEMICAL CANADA, INC. AND THE DOW CHEMICAL COMPANY were caused to be served on April 6, 2006 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**VIA FACSIMILE**

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

                                              **POTTER ANDERSON & CORROON LLP**

By: /s/ Suzanne M. Hill
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
1313 North Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19889-0951
(302) 984-6000 (Tel)
(302) 658-1192 (Fax)
rhorwitz@potteranderson.com
shill@potteranderson.com
*Attorneys for Defendants HRD Corporation d/b/a Marcus Oil & Chemical, Inc.*

**OF COUNSEL:**
WILLIAM C. FEREBEE
Texas Bar No. 06907500
MICHAEL L. LANDRUM
Texas Bar No. 11868300
O'DONNELL FEREBEE MEDLEY & KEISER, PC
450 Gears Rd. #800
Houston, Texas 77067
281-875-8200 (Telephone)
281-875-4962 (Facsimile)

Dated: April 6, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Suzanne M. Hill, hereby certify that on April 6, 2006, the attached document was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 6, 2006, I have faxed the document to the following non-registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: *Suzanne M. Hill*
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
W. Harding Drane, Jr. (#1023)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19889-0951
(302) 984-6000 (Tel)
(302) 658-1192 (Fax)
rhorwitz@potteranderson.com
shill@potteranderson.com
wdrane@potteranderson.com