UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>　　　　Defendant, Counterclaim Plaintiff,<br><br>　　v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>　　　　Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Dow Chemical Canada, Inc. and the Dow Chemical Company hereby certifies that true and correct copies of DCCI'S AND TDCC'S SECOND SET OF INTERROGATORIES (Interrogatory No. 14) and SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (Request Nos. 51-63) were served on April 19, 2006 upon the following attorneys of record by hand:

> Richard I. Horwitz, Esquire
> Suzanne M. Hill, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19899-0951

Copies were also sent by e-mail and Federal Express to the following:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512

        MORRIS NICHOLS ARSHT & TUNNELL LLP

        /s/ Kenneth Nachbar
        Kenneth Nachbar (# 2067)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 575-7294
        knachbar@mnat.com

        *Attorneys for Dow Chemical Canada, Inc. and The Dow Chemical Company*

OF COUNSEL:

Donald R. Cassling, Esquire
Christopher Tompkins, Esquire
Zachary V. Moen, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951 - Telephone

April 19, 2006

## CERTIFICATE OF SERVICE

I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following counsel for the Defendant, Counterclaim-Plaintiffs:

> Richard L. Horwitz, Esquire
> Suzanne M. Hill, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on April 19, 2006 upon the following individual by e-mail and Federal Express:

> William C. Ferebee, Esquire
> Michael Landrum, Esquire
> O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
> 450 Gears, Eighth Floor
> Houston, Texas 77067-4512
> (281) 875-4962 - Facsimile

_____
Kenneth J. Nachbar, Esquire (# 2067)