UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>      Defendant, Counterclaim Plaintiff,<br><br>      v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>      Counterclaim Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-023 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AGREED MOTION TO AMEND THE RULE 16 SCHEDULING ORDER

Plaintiff, Counter-Defendant, Dow Chemical Canada Inc. ("DCCI"), and Counter-Defendant, The Dow Chemical Company ("TDCC"), by and through their attorneys, hereby move for an order amending the Rule 16 Scheduling Order entered by the Court on November 14, 2005, pursuant to Fed.R.Civ.P. 16(b). In support of this motion, DCCI and TDCC state as follows:

    1.    On November 14, 2005, this Court entered a Rule 16 Scheduling Order setting forth various pretrial motion and discovery deadlines. Under the current Rule 16 Scheduling Order, fact discovery must be completed by May 19, 2006.

2. Counsel for DCCI, TDCC and HRD Corporation ("HRD") have discussed their discovery obligations in the above-captioned matter and have agreed that additional time is required in order to complete discovery in this case.

3. DCCI, TDCC and HRD have agreed to revised fact and expert discovery deadlines, and a revised deadline for filing dispositive motions, as set forth in the attached proposed Amended Rule 16 Scheduling Order, which has been agreed to by counsel for all parties.

4. Accordingly, DCCI and TDCC now file this agreed motion and ask the Court to enter an Amended Rule 16 Scheduling Order in the form attached hereto, which Order shall supersede the Rule 16 Scheduling Order entered on November 14, 2005.

5. DCCI, TDCC, and HRD also request that the Court reschedule the Pretrial Conference scheduled for November 9, 2006 pursuant to the Court's November 16, 2005 Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Kenneth J. Nachbar | /s/ Suzanne M. Hill |
| Kenneth Nachbar, Esquire (# 2067)<br>David J. Teklits, Esquire (# 3221)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7294 (Telephone)<br>(302) 425-3013 (Facsimile)<br><br>*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company* | Richard L. Horwitz (# 2246)<br>Suzanne M. Hill (# 4414)<br>1313 N. market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br><br><br><br>*Attorneys for HRD Corporation* |

May 12, 2006

520306

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 12, 2006 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

>Richard I. Horwitz
>Suzanne M. Hill
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19899-0951

I hereby certify that on May 12, 2006, I have faxed the documents to the following non-registered participants:

>John O'Neill
>Sheryl A. Falk
>Eleanor Vernon
>Howrey, Simon, Arnold & White, LLP
>1000 Louisiana, Suite 1800
>Houston, TX 77002

>*/s/ Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>knachar@mnat.com

447525