# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>   Defendant, Counterclaim Plaintiff,<br><br>  v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>   Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Dow Chemical Canada, Inc. and the Dow Chemical Company hereby certifies that true and correct copies of DCCI'S AND TDCC'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (Request Nos. 64-98) were served on May 22, 2006 upon the following attorneys of record by hand:

  Richard I. Horwitz, Esquire
  Suzanne M. Hill, Esquire
  Potter Anderson & Corroon LLP
  Hercules Plaza, 6th Floor
  1313 North Market Street
  Wilmington, DE  19899-0951

Copies were also sent by Facsimile and Federal Express to the following:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Kenneth Nachbar
_____
Kenneth Nachbar (# 2067)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7294
knachbar@mnat.com

*Attorneys for Dow Chemical Canada, Inc. and The Dow Chemical Company*

OF COUNSEL:

Donald R. Cassling, Esquire
Christopher Tompkins, Esquire
Zachary V. Moen, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951 - Telephone

May 22, 2006

## CERTIFICATE OF SERVICE

I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following counsel for the Defendant, Counterclaim-Plaintiffs:

>Richard L. Horwitz, Esquire
>Suzanne M. Hill, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on May 22, 2006 upon the following individuals by Facsimile and Federal Express:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512
>(281) 875-4962 - Facsimile

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar, Esquire (# 2067)