## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :    Civil Action No. 05-23-JJF <br> : |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | : <br> : <br> : <br> : |
| Defendant, Counterclaim Plaintiff, | : <br> : <br> : <br> : |
| v. | : <br> : |
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY, | : <br> : <br> : <br> : <br> : |
| Counterclaim Defendants. | : |

### ORDER

At Wilmington this **25th** day of **May, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, June 14, 2006 at 11:00 a.m. Eastern Time to be initiated by plaintiff's counsel.** The purpose of this teleconference is a status/follow-up discussion and to discuss the timing of any further mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                       /s/ Mary Pat Thynge
                                       UNITED STATES MAGISTRATE JUDGE