UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | ) ) ) ) | Case No. 05-023 (JJF) |
| Defendant, Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY, | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

## NOTICE OF SERVICE

I hereby certify that DOW CHEMICAL CANADA INC. AND THE DOW CHEMICAL COMPANY'S ANSWERS TO HRD CORPORATION'S FIRST SET OF INTERROGATORIES was caused to be served on June 7, 2006 upon the following as indicated:

**BY HAND, FACSIMILE & MAIL**

Richard L. Horwitz
W. Harding Drane, Jr.
Susanne M. Hill
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 (Tel)
(302) 658-1192 (Fax)

**BY FEDERAL EXPRESS & FACSIMILE**

William Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY & KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (Tel)
(281) 875-4962 (Fax)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Kenneth Nachbar (#2067)
David J. Teklits (#3221)
Samuel T. Hirzel (#4415)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7294 (telephone)
(302) 425-3013 (facsimile)
   *Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company*

OF COUNSEL:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951 (telephone)
(312) 840-7351 (facsimile)

June 7, 2006

523780