## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006 I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing to

>Richard L. Horwitz
>W. Harding Drane, Jr.
>Susanne M. Hill
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000 (Tel)
>(302) 658-1192 (Fax).

I further certify that I caused to be served copies of the foregoing document on June 7, 2006 upon the following in the manner indicated:

| BY HAND, FACSIMILE & MAIL | BY FEDERAL EXPRESS & FACSIMILE |
|---|---|
| Richard L. Horwitz<br>W. Harding Drane, Jr.<br>Susanne M. Hill<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 (Tel)<br>(302) 658-1192 (Fax) | William Ferebee<br>Michael Landrum<br>O'DONNELL FEREBEE MEDLEY & KEISER, PC<br>450 Gears, Eighth Floor<br>Houston, TX 77067-4512<br>(281) 875-8200 (Tel)<br>(281) 875-4962 (Fax) |

>/s/ Samuel T. Hirzel (#4415)
>Shirzel@mnat.com