**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-23-JJF |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | : : : | |
| Defendant, Counterclaim Plaintiff, | : : : | |
| v. | : : | |
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY, | : : : : : | |
| Counterclaim Defendants. | : | |

**<u>ORDER</u>**

At Wilmington this **14th** day of **June, 2006**,

IT IS ORDERED that as a result of the teleconference held on June 14, 2006 with counsel and the Magistrate Judge, counsel are to keep the Magistrate Judge updated regarding the progress, or lack of progress, of sample testing.  It is expected that testing should be completed by the end of August or very beginning of September 2006.

IT IS FURTHER ORDERED that although the Court does not have any available dates during October or November 2006 for the continued mediation, as soon as a date becomes available, the Court shall contact local counsel.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE