## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | ) ) ) | C.A. No. 05-23 (JJF) |
| Defendant, Counterclaim Plaintiff, | ) ) | |
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and

correct copies of **HRD CORPORATION'S RESPONSES TO DCCI's and TDCC's THIRD**

**SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** were caused

to be served on June 20, 2006, on the attorneys of record at the following addresses as indicated:

VIA HAND DELIVERY                    VIA FACSIMILE

    Kenneth Nachbar                          Donald R. Cassling
    David J. Teklits                            Christopher Tompkins
    Morris, Nichols, Arsht & Tunnell            Zachary V. Moen
    1201 North Market Street                   Jenner & Block LLP
    P.O. Box 1347                              One IBM Plaza
    Wilmington, DE 19899-1347                  Chicago, IL 60611

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael Landrum
William C. Ferebee
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

By  *Suzanne Hill*

Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com

Dated: June 20, 2006

*Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on June 20, 2006, the attached document

was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which

will send notification of such filing(s) to the following and the document is available for viewing

and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on June 20, 2006, I have faxed the documents to the

following non-registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: _Suzanne Hill_____
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com