## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HRD CORPORATION (d/b/a Marcus Oil & Chemical) <br><br> Defendant, Counterclaim Plaintiff, <br><br> v. <br><br> DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY, <br><br> Counterclaim Defendants. | Case No. 05-023 (JJF) |

## AMENDED RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.     **Pre-Discovery Disclosures**. The parties will exchange by November 9, 2005 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.     **Joinder of other Parties**. All motions to join other parties shall be filed on or before the later of (i) February 20, 2006, or (ii) 30 days after the Court rules on the pending motions to dismiss.

3.     **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. If the

parties agree that they would benefit from a settlement conference, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

    4.    **Discovery**.

        (a)    Fact discovery shall be completed by November 17, 2006.

        (b)    Maximum of 25 interrogatories by each side.

        (c)    Maximum of 50 requests for admission by each side.

        (d)    Maximum of 10 fact depositions by plaintiff(s) and 10 by defendant(s). Depositions shall not commence until document production is substantially complete.

        (e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from each party on issues on which it bears the burden of proof on the later of (i) December 15, 2006, or (ii) 28 days after the close of fact discovery. The parties will exchange responsive expert disclosures on the later of (i) January 12, 2007, or (ii) 28 days after Fed. R. Civ. P. 26(a)(2) disclosures. The parties will exchange rebuttal expert disclosures on the later of (i) February 2, 2007, or (ii) 21 days after responsive expert disclosures.

        (f)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than (i) March 5, 2007, or (ii) 30 days after rebuttal expert disclosures.

    5.    **Discovery Disputes**.

        (a)    A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b)    All papers set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

(d)    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary to advise the parties accordingly.

(e)    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

6.    **Amendment of the Pleadings**.  All motions to amend the pleadings shall be filed on or before the later of (i) February 20, 2006, or (ii) 30 days after the Court rules on the pending motions to dismiss.

7.    **Case Dispositive Motions**.  Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before the later of (i) March 30, 2007, or (ii) 28 days after the close of expert discovery.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

8.    **Applications by Motion**.

(a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995).  Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.  Parties may file stipulated and unopposed Orders with the Clerk of the Court

for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b)    No facsimile transmissions will be accepted.

        (c)    No telephone calls shall be made to Chambers.

        (d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

        9.    Pretrial Conference and Trial. After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within one hundred and twenty (120) days of the Pretrial Conference.

_____6 / 2 8 / 06_____
Date

_____
United States District Judge

4