UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>   Defendant, Counterclaim Plaintiff,<br><br>   v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY,<br><br>   Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of this NOTICE OF SERVICE was electronically filed, and DOW CHEMICAL CANADA INC. AND THE DOW CHEMICAL COMPANY'S RESPONSE TO HRD CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS was caused to be served on June 30, 2006 upon the following in the manner indicated:

**BY ELECTRONIC FILING AND FACSIMILE:**

Richard L. Horwitz
W. Harding Drane, Jr.
Susanne M. Hill
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 (Tel)
(302) 658-1192 (Fax)

**BY FEDERAL EXPRESS AND FACSIMILE:**

William Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY & KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (Tel)
(281) 875-4962 (Fax)

| OF COUNSEL<br><br>Donald R. Cassling<br>Christopher Tompkins<br>Zachary V. Moen<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>(312) 923-2951 (telephone)<br>(312) 840-7351 (facsimile) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ [signature]<br><br>Kenneth Nachbar (#2067)<br>David J. Teklits (#3221)<br>Samuel T. Hirzel (#4415)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7294 (telephone)<br>(302) 425-3013 (facsimile)<br><br>*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company* |
|---|---|

June 30, 2006