**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006 I electronically filed the foregoing Notice of Service to Dow Chemical Canada Inc. And The Dow Chemical Company's Response To HRD Corporation's Request for Production of Documents with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> W. Harding Drane, Jr.
> Susanne M. Hill
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000 (Tel)
> (302) 658-1192 (Fax)

I also certify that copies were caused to be served on June 30, 2006 upon the following by Federal Express and Facsimile:

> William Ferebee
> Michael Landrum
> O'DONNELL FEREBEE MEDLEY & KEISER, PC
> 450 Gears, Eighth Floor
> Houston, TX 77067-4512
> (281) 875-8200 (Tel)
> (281) 875-4962 (Fax)

_____
Samuel T. Hirzel (#4415)