IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on  :
its own behalf and as assignee :
of THE DOW CHEMICAL COMPANY,  :
                              :
        Plaintiff,            :
                              :
    v.                        :  Civil Action No. 05-023-JJF
                              :
HRD CORPORATION d/b/a Marcus  :
Oil & Chemical,               :
                              :
        Defendant.            :

**ORDER**

WHEREAS, the Court entered the parties proposed Amended Rule 16 Scheduling Order on June 29, 2006;

WHEREAS, due to the extension of deadlines, the Pretrial Conference set for November 9, 2006 at 11:30 shall be continued;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, June 14, 2007 at 2:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

July 13, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE