IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,

Plaintiff,

v.

HRD CORPORATION (d/b/a Marcus Oil & Chemical),

Defendant, Counterclaim Plaintiff,

v.

DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY,

Counterclaim Defendants.

Case No. 05-023 (JJF)

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Aaron A. Barlow, Raymond N. Nimrod and Harry J. Roper of the law firm Jenner & Block, One IBM Plaza, Chicago, IL 60611 and Angelina Nguyen of the law firm of Jenner & Block, 919 Third Avenue, New York, NY 10022 to represent plaintiff and counterclaim defendants in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Kenneth Nachbar (# 2067)
David J. Teklits (# 3221)
Thomas W. Briggs, Jr. (# 4076)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company*

Dated: July 18, 2006

528613v1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 14, 2006

Aaron A. Barlow

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 14, 2006

Raymond N. Nimrod

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted X to the Clerk's Office upon the filing of this motion.

Date: July 14, 2006

/s/ Harry J. Roper

Harry J. Roper

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 17, 2006

Angelina Nguyen

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Aaron A. Barlow, Raymond N. Nimrod, Harry J. Roper and Angelina Nguyen is granted.

Dated: ______________________

______________________________________
The Honorable Joseph J. Farnan, Jr.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 18, 2006 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

Richard I. Horwitz
Suzanne M. Hill
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951

I also certify that copies were caused to be served on July 18, 2006 upon the following by Federal Express and Facsimile:

William C. Ferebee, Esquire
Michael Landrum, Esquire
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, TX 77067-4512

Thomas W. Briggs, Jr. (#4076)