**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. <br> on its own behalf and as assignee of <br> THE DOW CHEMICAL COMPANY, <br><br>         Plaintiff, <br><br>         v. <br><br> HRD CORPORATION <br> (d/b/a Marcus Oil & Chemical), <br><br>         Defendant, Counterclaim Plaintiff, <br><br> DOW CHEMICAL CANADA, INC. <br> on its own behalf and as assignee of <br> THE DOW CHEMICAL COMPANY and <br> THE DOW CHEMICAL COMPANY, <br><br>         Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 05-23 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and correct copies of **HRD CORPORATION'S OBJECTIONS AND RESPONSES TO DCCI'S AND TDCC'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS** (Requests No. 51 to 63) were caused to be served on July 26, 2006, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**
Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FACSIMILE**
Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

Michael Landrum
William C. Ferebee                             By _____
O'DONNELL FEREBEE MEDLEY &                         Richard L. Horwitz (#2246)
KEISER, PC                                         W. Harding Drane, Jr. (#1023)
450 Gears, Eighth Floor                            Suzanne M. Hill (#4414)
Houston, TX 77067-4512                             Hercules Plaza, 6th Floor
(281) 875-8200 (telephone)                         1313 N. Market Street
(281) 875-4962 (facsimile)                         Wilmington, DE  19899-0951
                                                   (302) 984-6000
                                                   rhorwitz@potteranderson.com
                                                   wdrane@potteranderson.com
                                                   shill@potteranderson.com

Dated: July 26, 2006                           *Attorneys for HRD Corporation (d/b/a Marcus
                                               Oil & Chemical)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Suzanne M. Hill, hereby certify that on July 26, 2006, the attached document

was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which

will send notification of such filing(s) to the following and the document is available for viewing

and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on July 26, 2006, I have faxed the documents to the following

non-registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: _____
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com