IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,  Plaintiff,  v.  HRD CORPORATION (d/b/a Marcus Oil & Chemical),  Defendant, Counterclaim Plaintiff,  DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY,  Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 05-23 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and correct copies of HRD Corporation's Responses To Plaintiff/Counterclaim Defendant's First Set of Requests For Production (Requests No. 1 through 50) were caused to be served on August 15, 2006, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FACSIMILE**

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Michael Landrum<br>William C. Ferebee<br>O'DONNELL FEREBEE MEDLEY &<br>KEISER, PC<br>450 Gears, Eighth Floor<br>Houston, TX 77067-4512<br>(281) 875-8200 (telephone)<br>(281) 875-4962 (facsimile) | By: */s/ W. Harding Drane, Jr.*<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Suzanne M. Hill (#4414)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>shill@potteranderson.com |
| Dated: August 15, 2006 | *Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)* |

746101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, Jr., hereby certify that on August 15, 2006, the attached document was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on August 15, 2006, I have faxed the documents to the following non-registered participants:

Donald R. Cassling
Christopher Tompkins
Zachary V. Moen
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com