UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>       Defendant, Counterclaim Plaintiff,<br><br>       v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY,<br><br>       Counterclaim Defendants. | Case No. 05-023 (JJF) |

**<u>NOTICE OF SUBPOENA (GREG BORSINGER)</u>**

Plaintiffs Dow Chemical Canada Inc. and The Dow Chemical Company hereby notify HRD Corporation (d/b/a/ Marcus Oil & Chemical), Dow Chemical Canada Inc., The Dow Chemical Company and The Dow Chemical Company that it will serve the attached subpoena on Greg Borsinger.

| OF COUNSEL | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Raymond Nimrod<br>Aaron Barlow<br>Angelina Nguyen<br>Darrick J. Hooker<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>(312) 923-2951 (telephone)<br>(312) 840-7351 (facsimile) | /s/<br>Kenneth Nachbar (#2067)<br>David J. Teklits (#3221)<br>Samuel T. Hirzel (#4415)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7294 (telephone)<br>(302) 425-3013 (facsimile)<br><br>*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company* |

August 22, 2006