UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HRD CORPORATION (d/b/a Marcus Oil & Chemical), <br><br> Defendant, Counterclaim Plaintiff, <br><br> v. <br><br> DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY, <br><br> Counterclaim Defendants. | Case No. 05-023 (JJF) |

### NOTICE OF SUBPOENA (GREG BORSINGER)

Plaintiffs Dow Chemical Canada Inc. and The Dow Chemical Company hereby notify HRD Corporation (d/b/a/ Marcus Oil & Chemical), Dow Chemical Canada Inc., The Dow Chemical Company and The Dow Chemical Company that it will serve the attached subpoena on Greg Borsinger.

| OF COUNSEL | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Raymond Nimrod<br>Aaron Barlow<br>Angelina Nguyen<br>Darrick J. Hooker<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>(312) 923-2951 (telephone)<br>(312) 840-7351 (facsimile) | /s/ *[signature]*<br><br>Kenneth Nachbar (#2067)<br>David J. Teklits (#3221)<br>Samuel T. Hirzel (#4415)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 575-7294 (telephone)<br>(302) 425-3013 (facsimile)<br><br>*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company* |

August 28, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, W. Harding Drane, Jr., and Suzanne M. Hill.

I also certify that on August 28, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY FACSIMILE:**

Richard L. Horwitz
W. Harding Drane, Jr.
Susanne M. Hill
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 (Tel)
(302) 658-1192 (Fax)

**BY FEDERAL EXPRESS AND FACSIMILE:**

William Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY & KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (Tel)
(281) 875-4962 (Fax)

| OF COUNSEL | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Raymond Nimrod<br>Aaron Barlow<br>Angelina Nguyen<br>Darrick J. Hooker<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL  60611<br>(312) 923-2951 (telephone)<br>(312) 840-7351 (facsimile) | /s/<br><br>Kenneth Nachbar (#2067)<br>David J. Teklits (#3221)<br>Samuel T. Hirzel (#4415)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 575-7294 (telephone)<br>(302) 425-3013 (facsimile)<br><br>*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company* |

August 28, 2006