```
UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS
                                          Index No. 05-023 (JJF)
```
---
DOW CHEMICAL CANADA INC ON ITS OWN BEHALF AND AS ASSIGNEE OF THE DOW
CHEMICAL COMPANY
                                                        , Plaintiff(s)
                          - against -

HRD CORPORATION (D/B/A MARCUS OIL & CHEMICAL), AND THIRD-PARTY ACTION
                                                        , Defendant(s)
---

State of New Jersey    )
                       )  SS.:
County of Union )

### AFFIDAVIT OF SERVICE

Howard Appel being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New Jersey.  That on 08/30/2006 at  7:15 AM at:
        NEW MILLENIUM ASSOCIATES
        17 PEMBROOK ROAD
        CHATHAM NJ 07928

Deponent served the:

SUBPOENA IN A CIVIL CASE
EXHIBIT A
REQUESTS FOR PRODUCTION
upon GREG BORSINGER, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New Jersey. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 52 HEIGHT: 6'1''    WEIGHT: 190    HAIR: OTHER    RACE: WHITE    SEX: MALE
OTHER: Salt and Pepper Hair

$40.00 the authorized witness fee was tendered to the recipient.

                                          Howard Appel     License #NONE

SWORN TO BEFORE ME  Aug 31, 2006

                                          OUR DOC# 15255
                                          Morris, Nichols, Arsht & Tunnell
                                          1201 North Market Street
                                          P.O. Box 1347
         SHAKEEA MARTIN                   Wilmington DE 19899
         NOTARY PUBLIC                    302-658-9200
         STATE OF NEW JERSEY
     My Commission Expires August 5, 2008