UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

Index No. 05-023 (JJF)

---

DOW CHEMICAL CANADA INC ON ITS OWN BEHALF AND AS ASSIGNEE OF THE DOW CHEMICAL COMPANY

, Plaintiff(s)

– against –

HRD CORPORATION (D/B/A MARCUS OIL & CHEMICAL), AND THIRD-PARTY ACTION

, Defendant(s)

---

State of Texas   )
                 ) SS.:
County of Harris )

NOT FOUND OR NON SERVICE RETURN

I, the undersigned am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action, attempted to serve the following:

NOTICE OF SUBPOENA (GREG BORSINGER)
SUBPOENA IN A CIVIL CASE
EXHIBIT A
REQUESTS FOR PRODUCTION

And that after due search, careful inquiry and diligent attempts at the Business:
  MARCUS OIL AND CHEMICAL
  14549 MINETTA
  HOUSTON, TX 77035

I have been unable to make delivery of said process on the within named: GREG BORSINGER-CONSULTANT

Process is being returned without service for the following reasons:
  08/24/2006 at 4:45 PM - Attempted service, spoke with receptionist at "Marcus Oil & Chemical". Sates Greg Borsinger works out of New Jersey office. Company name-"New Millenium Associates" 17 Pembrook Road Chatham, NJ 07928. 973-701-2000.

Charles W. Towsley     License # SCH 000001242

SWORN TO BEFORE ME
AUGUST 29, 2006

DIANE TOWSLEY
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 30, 2008

OUR DOC# 15219
Morris, Nichols, Arsht & Tunnel
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
302-658-9200