## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | : : : : |
| Plaintiff, | : : |
| v. | :    Civil Action No. 05-23-JJF |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | : : : : |
| Defendant, Counterclaim Plaintiff, | : : : |
| v. | : : |
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY, | : : : : : |
| Counterclaim Defendants. | : |

## ORDER

At Wilmington this **28th** day of **September, 2006**,

IT IS ORDERED that the continued mediation has been scheduled for **Wednesday, February 28, 2007 at 10:00 a.m.** The parties are permitted to file updated submissions limited to **seven (7) pages, double-spaced, 12 pt. font** on or before **Friday, February 16, 2007.** All other provisions of the Court's December 12, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

Case 1:05-cv-00023-JJF    Document 68    Filed 09/28/2006    Page 2 of 2