UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>      Defendant, Counterclaim Plaintiff,<br><br>      v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY,<br><br>      Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of this NOTICE OF SERVICE was electronically filed, and DOW CHEMICAL CANADA INC. AND THE DOW CHEMICAL COMPANY'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS was caused to be served on November 9, 2006 upon the following in the manner indicated:

**BY HAND DELIVERY AND FACSIMILE**

        Richard L. Horwitz
        W. Harding Drane, Jr.
        Susanne M. Hill
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, Delaware 19899-0951

**BY FEDERAL EXPRESS AND FACSIMILE:**

        William Ferebee
        Michael Landrum
        O'DONNELL FEREBEE MEDLEY & KEISER, PC
        450 Gears, Eighth Floor
        Houston, TX 77067-4512
        (281) 875-8200 (Tel)
        (281) 875-4962 (Fax)

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ signature/*<br>Kenneth Nachbar (#2067)<br>David J. Teklits (#3221)<br>Samuel T. Hirzel (#4415)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>KNachbar@mnat.com<br>DTeklits@mnat.com |
| OF COUNSEL<br><br>Donald R. Cassling<br>Christopher Tompkins<br>Zachary V. Moen<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL  60611<br>(312) 923-2951 (telephone)<br>(312) 840-7351 (facsimile) | SHirzel@mnat.com<br>(302) 575-7294 (telephone)<br>(302) 425-3013 (facsimile)<br>   *Attorneys for Dow Chemical Canada Inc. and*<br>   *The Dow Chemical Company* |