IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HRD CORPORATION<br>(d/b/a Marcus Oil & Chemical),<br><br>    Defendant, Counterclaim Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-23 (JJF) |

## **LOCAL RULE 7.1.1 CERTIFICATION**

Counsel for Defendant/Counterclaim Plaintiff HRD Corporation d/b/a Marcus Oil & Chemical hereby certifies that reasonable efforts were made to reach agreement with Plaintiffs/Counterclaim Defendants Dow Chemical Canada, Inc. and The Dow Chemical Company regarding the matters set forth in the Motion to Compel that is filed contemporaneously herewith, and that the parties were unable to reach an agreement with respect to those matters.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Michael Landrum<br>William C. Ferebee<br>O'DONNELL FEREBEE MEDLEY &<br>KEISER, PC<br>450 Gears, Eighth Floor<br>Houston, TX 77067-4512<br>(281) 875-8200 (telephone)<br>(281) 875-4962 (facsimile)<br><br>Dated: December 18, 2006<br>761673/28882 | By: */s/ W. Harding Drane, Jr.*<br>Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Suzanne M. Hill (#4414)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>shill@potteranderson.com<br>*Attorneys for HRD Corporation* |