# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DOW CHEMICAL CANADA, INC.** | § | |
| **on its own behalf and as assignee of** | § | |
| **THE DOW CHEMICAL COMPANY** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **C.A. No. 05-23 (JJF)** |
| | § | |
| **HRD CORPORATION (d/b/a** | § | |
| **Marcus Oil & Chemical)** | § | |
| Defendant, Counterclaim Plaintiff | § | |
| | § | |
| **v.** | § | |
| | § | |
| **DOW CHEMICAL CANADA, INC.** | § | |
| **on its own behalf and as assignee of** | § | |
| **THE DOW CHEMICAL COMPANY and** | § | |
| **THE DOW CHEMICAL COMPANY,** | § | |
| Counterclaim Defendants. | § | |

## ORDER

**AND NOW**, this _____ day of _____, having considered HRD

CORPORATION'S Motion to Compel, and the response thereto,

It is hereby **ORDERED** that the Motion to Compel is **GRANTED**; and

It is hereby **ORDERED** that Dow Chemical Canada, Inc. and The Dow Chemical

Company shall produce document responsive to HRD's Request for the Production of

Documents to Dow on or before 10 days from the date of this order; and

It is hereby **ORDERED** that Dow Chemical Canada, Inc. and The Dow Chemical

Company shall pay the expenses of HRD CORPORATION associated with the present Motion

to Compel.

_____
The Honorable Joseph J. Farnan, Jr.