## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>    Defendant, Counterclaim Plaintiff,<br><br>        v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants. | Case No. 05-023 (JJF) |

### DOW'S MOTION FOR A PROTECTIVE ORDER
### REGARDING HRD'S EXPORTING TO IRAN

Plaintiff The Dow Chemical Company ("Dow") hereby moves for the entry of a protective order under Rule 26(c) of the Federal Rules of Civil Procedure directing that HRD's access to Dow's confidential information and highly confidential information be limited to outside counsel and independent experts or consultants.

The grounds for this motion are more fully set forth in Dow's Brief in Support of Its Motion for a Protective Order Regarding HRD's Exporting to Iran.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Kenneth Nachbar*
        Kenneth Nachbar (#2067)
        Samuel T. Hirzel (#4415)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
          Attorneys for Plaintiff
        The Dow Chemical Company

OF COUNSEL:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Dated: December 22, 2006