## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 22, 2006 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

>Richard I. Horwitz
>Suzanne M. Hill
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE  19899-0951

Copies were also sent by Facsimile and Federal Express to the following:

William C. Ferebee, Esquire
Michael Landrum, Esquire
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, TX  77067-4512

                                                    */s/ Samuel T. Hirzel*
                                    Kenneth J. Nachbar (#2067)
                                    Samuel T. Hirzel (#4415)
                                    Morris, Nichols, Arsht & Tunnell
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899-1347
                                    (302) 658-9200
                                    knachar@mnat.com

447525