# EXHIBIT 18



ADAMS LAW OFFICE                              NO. 459    P. 3/5

USSN:10/833,735
Filed: April 28, 2004
Atty File: BSN10

## COMBINED DECLARATION, PRIORITY CLAIM AND POWER OF ATTORNEY FOR PATENT APPLICATION

As a below named inventor, I hereby declare that: My residence, post office address and citizenship are as stated below next to my name; I believe I am the original, first and sole inventor (if only one name is listed below) or an original first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled: Preparation of Catalyst and use for High Yield conversion of Methane to Ethylene, the specification of which was previously filed as listed above; I hereby state that I have reviewed and understand the contents of the above identified specification including the claims, as amended by any amendment referred to above. I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56[a].

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Canadian Patent Application Serial No. 2,427,722, filed 29 April 2003

I hereby claim the benefit under Title 35, United States Code §119(e) of any United States provisional application(s) listed below:

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s), or §365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT international application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of

NOV. 9.2006    3:47PM    ADAMS LAW OFFICE                    NO.459    P.4/5

(2)

this application:

no United States or PCT International Applications claimed.

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and to transact all business in the Patent and Trademark Office connect therewith: Thomas L. Adams, Esq., Reg. #27,300 and Benjamin Appelbaum, Ph.D., Reg. #38,088 as. Address all telephone calls to: Thomas L. Adams, Esq. at telephone no.: (973) 463-0100. Address all correspondence to: Thomas L. Adams, P.O. Box 340, 120 Eagle Rock Avenue, New Jersey 07936.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:
    Ebrahim Bagherzadeh;
Residence:
    Sugarland, TX
Citizenship: Iran
Post Office Address: 225 Fluor Daniel Apt. 14202; Sugarland, TX 77479

Dated: 11/09/2006                    Ebrahim Bagherzadeh

Full name of second joint inventor:
    Abbas Hassan;
Residence:
    2 Wedgewood Court; Sugarland, Texas 77479
Citizenship: U.S.
Post Office Address: same

Dated: Nov 9, 2006                    Abbas Hassan

NOV. 9.2006   9:48AM   ADAMS LAW OFFICE                    NO.459   P.5/5

(3)


Full name of third joint inventor:
   Aziz Hassan;
Residence:
   1127 Sugar Creek Boulevard; Sugarland, Texas 77478
Citizenship: U.S.
Post Office Address: same

Dated: 9th Nov 06.                    Aziz Hassan

PTO/SB/01 (09-03)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION FOR UTILITY OR DESIGN
## PATENT APPLICATION
### (37 CFR 1.63)

| | |
|---|---|
| Attorney Docket Number | BGN10 |
| First Named Inventor | Ebrahim Bagherzadeh |
| COMPLETE IF KNOWN | |
| Application Number | |
| Filing Date | |
| Art Unit | |
| Examiner Name | |

[✓] Declaration Submitted With Initial Filing   OR   [ ] Declaration Submitted after Initial Filing (Surcharge (37 CFR 1.16 (e)) required)

I hereby declare that:

Each inventor's residence, mailing address, and citizenship are as stated below next to their name.

I believe the inventor(s) named below to be the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

Preparation Of Catalyst And Use For High Yield Conversion Of Methane To Ethylene

(Title of the Invention)

the specification of which

[✓] is attached hereto

OR

[ ] was filed on (MM/DD/YYYY) _____ as United States Application Number or PCT International

Application Number _____ and was amended on (MM/DD/YYYY) _____ (if applicable).

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment specifically referred to above.

I acknowledge the duty to disclose information which is material to patentability as defined in 37 CFR 1.56, including for continuation-in-part applications, material information which became available between the filing date of the prior application and the national or PCT International filing date of the continuation-in-part application.

I hereby claim foreign priority benefits under 35 U.S.C. 119(a)-(d) or (f), or 365(b) of any foreign application(s) for patent, inventor's or plant breeder's rights certificate(s), or 365(a) of any PCT International application which designated at least one country other than the United States of America, listed below and have also identified below, by checking the box, any foreign application for patent, inventor's or plant breeder's rights certificate(s), or any PCT International application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number(s) | Country | Foreign Filing Date (MM/DD/YYYY) | Priority Not Claimed | Certified Copy Attached? Yes | No |
|---|---|---|---|---|---|
| 2,427,722 | CANADA | 04/29/2003 | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |
| | | | [ ] | [ ] | [ ] |

[ ] Additional foreign application numbers are listed on a supplemental priority data sheet PTO/SB/02B attached hereto.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

FAX No. :973 655 7645    Apr. 28 2004 12:56PM  P6

PTO/SB/01 (10-00)
Approved for use through 07/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# DECLARATION — Utility or Design Patent Application

Direct all correspondence to:   ☐ Customer Number: [          ]   OR   ☑ Correspondence address below

| Name |
|---|
| Thomas L. Adams, Esq |

| Address |
|---|
| 120 Eagle Rock Ave; P.O. Box 340 |

| City | State | ZIP |
|---|---|---|
| East Hanover | NJ | 07930 |

| Country | Telephone | Fax |
|---|---|---|
| U.S.A. | 973-463-0188 | 973-463-0188 |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## NAME OF SOLE OR FIRST INVENTOR:   ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| EBRAHIM | BAGHERZADEH |

| Inventor's Signature | Date |
|---|---|
|  | 4/28/04 |

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Tehran |  | IRAN | IRAN |

| Mailing Address |
|---|
| 126 Dastjerdi Ave |

| City | State | ZIP | Country |
|---|---|---|---|
| Tehran |  | 19187 | IRAN |

## NAME OF SECOND INVENTOR:   ☐ A petition has been filed for this unsigned inventor

| Given Name (first and middle [if any]) | Family Name or Surname |
|---|---|
| ABBAS | HASSAN |

| Inventor's Signature | Date |
|---|---|
|  | 4/28/04 |

| Residence: City | State | Country | Citizenship |
|---|---|---|---|
| Sugarland | Texas | U.S.A. | U.S.A. |

| Mailing Address |
|---|
| 2 Wedgewood Ct |

| City | State | ZIP | Country |
|---|---|---|---|
| Sugarland | Texas | 77478 | U.S.A. |

☑ Additional inventors or a legal representative are being named on the 1 supplemental sheet(s) PTO/SB/02A or 02LR attached hereto.

[Page 2 of 2]

PTO/SB/02A (08-00)
Approved for use through 09/30/2003. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| DECLARATION | ADDITIONAL INVENTOR(S) Supplemental Sheet |
|---|---|
| | Page 1 of 1 |

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor | |
|---|---|---|
| Given Name (first and middle (if any) | Family Name or Surname | |
| AZIE | HASSAN | |

| Inventor's Signature | | Date |
|---|---|---|
| Residence: City   SUGARLAND | State   TEXAS   Country   U.S.A. | Citizenship   U.S.A. |
| Mailing Address   1127 Sugar Creek Boulevard | | |
| Mailing Address | | |
| City   SUGARLAND | State   TEXAS   Zip   77478   Country   U.S.A. | |

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|
| Given Name (first and middle (if any) | Family Name or Surname |

| Inventor's Signature | Date | |
|---|---|---|
| Residence: City | State | Country | Citizenship |
| Mailing Address | | |
| Mailing Address | | |
| City | State | Zip | Country |

| Name of Additional Joint Inventor, if any: | ☐ A petition has been filed for this unsigned inventor |
|---|---|
| Given Name (first and middle (if any) | Family Name or Surname |

| Inventor's Signature | Date | |
|---|---|---|
| Residence: City | State | Country | Citizenship |
| Mailing Address | | |
| Mailing Address | | |
| City | State | Zip | Country |

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/81 (08-03)

Approved for use through 11/30/2005. OMB 0651-0035

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY
## and
## CORRESPONDENCE ADDRESS
## INDICATION FORM

| Application Number | |
|---|---|
| Filing Date | Herewith |
| First Named Inventor | Ebrahim Bagherzadeh |
| Title | Preparation of Catalyst and ... |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | BSN19 |

I hereby appoint:

☐ Practitioners associated with the Customer Number:

OR

☑ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| Thomas L. Adams | 27,300 |
| Benjamin Appelbaum | 38,089 |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☐ The address associated with the above-mentioned Customer Number:

OR

☐ The address associated with Customer Number:

OR

☑

| Firm or Individual Name | Thomas L. Adams, Esq. |
|---|---|
| Address | 120 Eagle Rock Ave |
| Address | P.O. Box 340 |
| City | East Hanover | State | NJ | Zip | 07936 |
| Country | U.S.A. | | | | |
| Telephone | 973-463-0100 | Fax | 973-463-0180 |

I am the:

☑ Applicant/Inventor.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

### SIGNATURE of Applicant or Assignee of Record

| Name | Abbas Hassan | | |
|---|---|---|---|
| Signature | [signature] | | |
| Date | 4/28/04 | Telephone | 281-242-0520 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

☑ *Total of 3 forms are submitted.

This collection of information is required by 37 CFR 1.31 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/81 (09-03)

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## POWER OF ATTORNEY
## and
## CORRESPONDENCE ADDRESS
## INDICATION FORM

| Application Number | |
| --- | --- |
| Filing Date | Herewith |
| First Named Inventor | Ebrahim Bagherzadeh |
| Title | Preparation of Catalyst and ... |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | BSN10 |

I hereby appoint:

[ ] Practitioners associated with the Customer Number:

OR

[✓] Practitioner(s) named below:

| Name | Registration Number |
| --- | --- |
| Thomas L. Adams | 27,300 |
| Benjamin Appelbaum | 38,088 |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

[ ] The address associated with the above-mentioned Customer Number:

OR

[ ] The address associated with Customer Number:

OR

[✓]

| Firm or Individual Name | Thomas L. Adams, Esq. | | | |
| --- | --- | --- | --- | --- |
| Address | 120 Eagle Rock Ave | | | |
| Address | P.O. Box 340 | | | |
| City | East Hanover | State | NJ | Zip 07936 |
| Country | U.S.A. | | | |
| Telephone | 973-463-0100 | Fax | 973-463-0100 | |

I am the:

[✓] Applicant/Inventor.

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

SIGNATURE of Applicant or Assignee of Record

| Name | Aziz Hassan | |
| --- | --- | --- |
| Signature | | |
| Date | 4-27-04 | Telephone 281-242-9075 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[✓] *Total of 3 forms are submitted.

This collection of information is required by 37 CFR 1.31 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/91 (09-00)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY
and
## CORRESPONDENCE ADDRESS INDICATION FORM

| | |
|---|---|
| Application Number | |
| Filing Date | Herewith |
| First Named Inventor | Ebrahim Bagherzadeh |
| Title | Preparation of Catalyst and .. |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | BSN18 |

I hereby appoint:

☐ Practitioners associated with the Customer Number:

OR

☑ Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| Thomas L. Adams | 27,200 |
| Benjamin Appelbaum | 38,088 |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

☐ The address associated with the above-mentioned Customer Number:

OR

☐ The address associated with Customer Number:

OR

| ☑ Firm or Individual Name | Thomas L. Adams, Esq. | | | |
|---|---|---|---|---|
| Address | 120 Eagle Rock Ave. | | | |
| Address | P.O. Box 360 | | | |
| City | East Hanover | State NJ | | Zip 07936 |
| Country | U.S.A. | | | |
| Telephone | 973-463-0100 | Fax | 973-463-0180 | |

I am the:

☑ Applicant/Inventor.

☐ Assignee of record of the entire interest. See 37 CFR 3.71.
Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

### SIGNATURE of Applicant or Assignee of Record

| Name | Ebrahim Bagherzadeh | |
|---|---|---|
| Signature | | |
| Date | | Telephone |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below.

☑ *Total of 3* forms are submitted.

This collection of information is required by 37 CFR 1.31 and 1.33. ...

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# EXHIBIT 19

# MAHARASHTRA INDUSTRIES DIRECTORY

**BUYING & SELLING SERVICE**     BE A PREMIUM
MEMBER

Login [                    ] Password [          ] Go

New User SIGN UP                    Forgot Password?

HOME   SEARCH BY PRODUCT   ADVANCE SEARCH   BUYING & SELLING   CATALOGUE   ADVERTISE   ADD COMPANY   AFFILIATES   JOBS

Currently   [ Search ]
661 Users
Online      ◉ Search By Product  ○ Search By
            Company

Buy a Quick 'n' Simple Packaged Services rather than Complex I.T. implementations. That is ideally what would suit a growing business like ours.

Ads by Google

## Company Details

**Industrial Manufacturing**
Up-to-Date News, Listings & Info Research Businesses at Hoover's!
www.Hoovers.com

**Spanish Industries**
Complete Spanish finance data on our comprehensive official site
www.us.spainbusiness.cc

**Industrial Manufacturers**
Find Industrial Manufacturing Jobs Submit RFQs to Industrial Suppliers
mfgquote.com

**China Import / Export**
Continental Connect, Inc. - West MI Your Asian source across the street
www.continentalconnect.r

### MARCUS OIL & CHEMICALS PVT.LTD.

**Activities** : Mfg. Of Refined Poly Ethylene Wax

**Contact** : MR. HARSHAD BHATT
**Address** : HPL Link Rd., Haldia, West Bengal-721602
**Tel.No** : (03224 ) 276541
**Fax No** : (03224 ) 276696

**Our Products** : WAX

☐ **Select to Send Email Enquiry**
    Send Email Enquiry

**Enquiries Received through Maharashtra Directory**

NEED 5 MT / MONTH OF MICRO CRYSTALLINE & POLYETHELENE WAX
More...

Search by Products : A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

| Bookmark | Copyright ® 2004 Maharashtra Industries Directory | Best Settings | Recommend to Associate |
| Feed Back | Contact Us | Industrial Resources | Web Hosting | Awards | Declaimer | CD Help | Testimonials |

http://www.maharashtradirectory.com/viewCompanyDetails.asp?compid=20457212/15/2006

Free! Get the MID Toolbar. Download Now

MID ▾ [          ] ▾  🔍 Search Maharashtra Directory  ▾  🔧 📠 Blocking  ▾  📧 Mahamail  🛒 Buying Selling  ▾  📖 Catalogue

**National Directories :** Gujarat Industries Directory , Gulf Trade Directory

**Regional Directories :** Pune Business Directory, Aurangabad Business Directory, Kolhapur Business Directory, Nashik Business Directory, Sangli Business Directory , Ahmedabad Business Directory

**Maharashtra Industries Directory : Plot No.A-22, Road No.9, Near Passport Office, Wagle Industrial Estate, Thane(W) 400 604.**
**\* Tel : 91-22-2583 82 00 (5 Lines) \* Fax : 91-22-2583 8207, \* Email : marketing@maharashtradirectory.com**

Daily Updated Industrial Information Of Maharashtra Including All Major Districts Like Mumbai, Thane, Pune, Nashik, Aurangabad ...

# EXHIBIT 20

# JENNER&BLOCK

December 12, 2006

Jenner & Block LLP          Chicago
One IBM Plaza               Dallas
Chicago, IL 60611-7603      New York
Tel 312 923-9550            Washington, DC
www.jenner.com

**VIA FACSIMILE**

William C. Ferebee
O'Donnell, Ferebee, Medley & Keiser, P.C.
450 Gears Road, Suite 800
Houston, TX 77067

Aaron A. Barlow
Tel  312 923-8308
Fax  312 923-8408
abarlow@jenner.com

**Re:**   **Dow Chemical Canada Inc. and The Dow Chemical Company (collectively "Dow")
v. HRD Corporation ("HRD"), Case No. 05-023 (JJF)**

Dear Bill:

In looking again at the Iranian export issue, we have identified additional types of documents that would fall within the five categories of documents we originally requested in my email of December 6, 2006. We thought we should send this list to you to make sure you consider these sources of documents, as well as the ones previously identified, in the hopes of resolving this issue without involving the Court. These types of documents are as follows:

1.   All past and present agreements with National Petrochemical Company ("NPC") entered into by HRD or any of its related companies (e.g., Marcus Oil & Chemical ("Marcus Oil US"), Marcus Oil & Chemical (Iran), Markus Oil & Gas Chemical - Iran or Marcus Oil India Ltd. ("Marcus Oil India")), by either or both of the Hassans, or by any other individual associated with these companies, such as employees or consultants.

2.   All communications between Marcus Oil India and persons or entities in Iran.

3.   All records of sales in Iran by Marcus Oil Iran, Marcus Oil India, Marcus Oil US or HRD.

4.   All communications between NPC and Marcus Oil US, HRD and/or the Hassans.

5.   All correspondence between the Office of Foreign Asset Control ("OFAC") Marcus Oil US, HRD and/or the Hassans.

6.   All communications with NPC regarding the change in ownership of the U.S. patent applications related to methane conversion technology.

In addition to the above documents, we request immediate depositions of the following persons to fill any gaps in the written record. The subject of these depositions will be limited to the issues of HRD's Iranian connections (direct and indirect), the nature of the business of Marcus Oil & Chemical (Iran) and/or Markus Oil & Gas Chemical - Iran, and HRD's and the Hassans' plans for using the metallocene wax and two-pack technology. These will be for purposes of resolving the Iran issue only and will not count against the ten depositions Dow is entitled to under the Court's

1482482

William C. Ferebee
December 12, 2006
Page 2

J E N N E R & B L O C K

scheduling order.  We will also need further depositions of most of these witnesses (but probably not Bagherzadeh) after HRD completes its document production.  The requested deponents are:

1.  Abbas Hassan

2.  Aziz Hassan

3.  Ebrahim Bagherzadeh

4.  Greg Borsinger

Please let us know immediately if you will provide these documents and depositions.  If so, we may be able to resolve our dispute over document production.

Very truly yours,

Aaron A. Barlow

AAB:pts

1482482

# EXHIBIT 21

From: Barlow, Aaron A
Sent: Friday, December 01, 2006 8:52 AM
To: 'William C. Ferebee'
Cc: Nimrod, Raymond N
Subject: Corrected stip


Bill,

Here is the corrected stip.

Aaron

_____

Aaron A. Barlow
Jenner & Block LLP

330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-8308
Fax (312) 923-8408
ABarlow@jenner.com
www.jenner.com <http://www.jenner.com/> CONFIDENTIALITY WARNING: This email may contain
privileged or confidential information and is for the sole use of the intended
recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If
you believe that you have received this email in error, please notify the sender
immediately and delete it from your system.

_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>        Defendant, Counterclaim Plaintiff,<br><br>        v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>        Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-023 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR TEMPORARY PROCEDURE FOR
## CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION

WHEREAS the plaintiffs (collectively "Dow") do not want certain sensitive confidential information shared with the long-time consultant of defendant HRD Corporation ("HRD"), Greg Borsinger, who is expected to continue to consult with HRD after the conclusion of this lawsuit or with other unidentified experts without any notice to Dow who may consult with competitors of Dow;

WHEREAS HRD wants to be allowed to show this confidential information to Greg Borsinger and to other experts without restriction for purposes of assisting HRD's counsel in the litigation; and

1478891

WHEREAS Dow requests information and assurances regarding the intentions of HRD and its principals with respect to exporting technology related to metallocene waxes and/or two-pack materials into Iran;

IT IS STIPULATED that, until the above two issues are resolved by agreement or Court order, counsel for HRD will treat all information marked Confidential or Highly Confidential by Dow as follows:

1.    Confidential or Highly Confidential discovery material or information derived therefrom may be disclosed or made available only to the following persons:

(a)    outside counsel to the undersigned parties, and the clerical, paralegal and secretarial and other staff employed by such counsel including outside vendors involved in the production, reproduction, organization, filing, coding, cataloging, converting, storing, retrieving and review of discovery material;

(b)    the Court and its support personnel.

2.    Any filings with the Court containing Confidential or Highly Confidential discovery material shall be filed under seal in accordance with the Court's electronic filing system (the "CM/ECF System") or such other procedures adopted by the Court.  This paragraph shall not prevent a second copy of any such pleading or other documents specifically intended for review by the Court from being hand-delivered to chambers to assure prompt attention thereto, as long as reasonable safeguards are observed to maintain the confidentiality of the documents.

3.    The Parties will continue to operate under the Protective Order entered on January 19, 2006, except that HRD will only disclose Highly Confidential discovery material as agreed in this Stipulation.

2

1478891

AGREED AND STIPULATED


Aaron A. Barlow
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951 (telephone)
(312) 840-7351 (facsimile)

*Attorney for Dow Chemical Canada Inc. and
The Dow Chemical Company*

William C. Ferebee
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

*Attorney for Defendant HRD Corporation
d/b/a Marcus Oil & Chemical, Inc.*

3

# EXHIBIT 22

**REDACTED**

```
 -----Original Message-----
From:      William C. Ferebee [mailto:wferebee@ofmklaw.com]
Sent: Tuesday, December 05, 2006 11:30 AM Central Standard Time
To:   Barlow, Aaron A
Subject:   Conference Call
```

Aaron

We cannot agree to your current proposal.  We need to have a conference call.  How about Thursday?

William C. Ferebee

O'Donnell, Ferebee, Medley & Keiser, P.C.

450 Gears Road, Suite 800

Houston, TX  77067

(281) 875-8200

(281) 875-4962 facsimile

wferebee@ofmklaw.com <mailto:wferebee@ofmkslaw.com>
--------------------------------------------------------
Aaron A. Barlow
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603
Tel (312) 923-8308
Fax (312) 923-8408
ABarlow@jenner.com
www.jenner.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and
is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of
this communication is prohibited. If you believe that you have received this email in
error, please notify the sender immediately and delete it from your system.

--------------------------------------------------------
```

1

# EXHIBIT 23

OFFICE OF FOREIGN ASSETS CONTROL

IRANIAN TRANSACTIONS REGULATIONS
31 C.F.R PART 560

GUIDANCE ON TRANSSHIPMENTS TO IRAN

SUMMARY

- Except as otherwise authorized, the Iranian Transactions Regulations, 31 C.F.R. Part 560, broadly prohibit the exportation, directly or indirectly, from the United States, or by a United States person, wherever located, of any goods, technology, or services to Iran or the Government of Iran.

- The prohibitions include exportation to a person in a third country undertaken with knowledge or reason to know, that such goods, technology, or services are intended specifically for supply, transshipment, or reexportation, directly or indirectly, to Iran or the Government of Iran.

FACTUAL CONTEXT

A U.S. company engaged in the manufacture and sale of equipment contacted OFAC after learning that one of its non-U.S. person distributors in a third country had sold a small quantity of its products to Iran.  The products were supplied from the distributor's general inventory and were not purchased from the U.S. manufacturer for the specific purpose of filling an Iranian order.  The seller holds a minority interest in the foreign parent of its distributor and is knowledgeable about the general nature of the distributor's business activities. There was a concern that similar sales might occur in the future and the company contacted OFAC for guidance.

GUIDANCE

The Treasury Department's Office of Foreign Assets Control ("OFAC") is charged with the enforcement of various economic sanctions programs, including the U.S. economic embargo against the Government of Iran as promulgated in the Iranian Transactions Regulations, 31 CFR Part 560 (the "Regulations"), under the authority of the International Emergency Economic Powers Act, 50 U.S.C. 1701 et seq. ("IEEPA").

- 2 -

Section 560.204 of the Regulations broadly prohibits the
exportation, reexportation, sale, or supply, directly or
indirectly, from the United States, or by a United States person,
wherever located, of any goods, technology, or services to Iran
or the Government of Iran.

It is important to note that the prohibited sales to Iran through
a non-U.S. person in a third country are not limited to those
situations where the seller has explicit knowledge that the goods
were specifically intended for Iran, but includes those
situations where the seller had reason to know that the goods
were specifically intended for Iran, including when the third
party deals exclusively or predominately with Iran or the
Government of Iran.

"Reason to know" that the seller's goods are intended for Iran
can be established through a variety of circumstantial evidence,
such as: course of dealing, general knowledge of the industry or
customer preferences, working relationships between the parties,
or other criteria far too numerous to enumerate. Minority
ownership by the seller in the third party distributor may also
be relevant to the seller's knowledge of the goods intended
destination, but is not controlling.

A violation involving indirect sales to Iran may be based upon
the actual knowledge of the U.S. supplier at the time of its
sale, or upon determination that the U.S. supplier had reason to
know at the time of sale that the goods were specifically
intended for Iran. OFAC would consider all the relevant facts
and circumstances in order to determine the actual or imputed
knowledge on the part of the U.S. supplier.

Date 07/22/2002

Ref: 020722-IR-01



HOME    CONTACT US    SITE INDEX    FAQ    FOIA    ESPAÑOL    ACCESSIBILITY    PRIV

**UNITED STATES**
**DEPARTMENT OF**
**THE TREASURY**

OFFICE OF FOREIGN ASSETS CONTROL

## IRAN SANCTIONS

search    SEARCH

**News**
**Direct Links**
**Key Topics**
**Press Room**
**About Treasury**
**Offices**
    Domestic Finance
    Economic Policy
    General Counsel
    International Affairs
    Management
    Public Affairs
    Tax Policy
    Terrorism and Financial
    Intelligence
    ▸ Office of Foreign Assets
      Control
    Designation Lists & Financial
    Advisories
    Publications and Legislation
    Programs and Initiatives
    Treasurer
**Bureaus**
**Education**
**Site Policies and Notices**

< Back to

*To view or print the PDF content on this page, download the free Adobe® Acrobat® Rea*

**To whom do these sanctions regulations apply?**
    All U.S. persons and entities (companies, non-profit groups, government a
    wherever located.



**What related guidance does OFAC have on these sanctions?**

**Sanctions Brochures**

   Overview of Sanctions 🔲

**Sanctions Guidance**

   Guidance on Sponsorship of Conferences 🔲
   License Application Guidelines 🔲 - For Exports of Agricultural Commoditie
   and Medical Devices
   Guidance on Transshipments to Iran 🔲
   Statement of Licensing Policy 🔲

**General Licenses**

   Iran General License (No. 1) - Funds Transfers to Iran for Humanitarian Re
   Iran General License (No. 1-a) - Funds Transfers to Iran for Humanitarian F
   March 25, 2004 🔲
   Iran General License (No. 2) - authorizing U.S. persons who are employee
   contractors of six international organizations to perform transactions for the
   the official business of those organizations in or involving Iran. 🔲

**Interpretative Guidance**

   Substantive Enhancement of Information (Iran) 🔲
   Guidance on Internet Connectivity (Iran) 🔲
   Exports/Aircraft Safety (Iran) 🔲
   Equipment to manufacture goods which may be sold to Iran 🔲
   Internet Access to Informational Materials (Iran) 🔲
   Export of Services - Surveys & Interviews (Iran) 🔲
   Exports - de minimis U.S. content (Iran) 🔲
   Guidance Concerning Informational Materials 🔲
   Iran: Travel Exemption (Iran) 🔲
   Payment of Court Fees (Iran) 🔲
   Posting of Information from Iran on Website (Iran) 🔲
   Professional Membership Association Guidance (Iran) 🔲
   Publishing Activities Involving Manuscripts From Iran (Iran) 🔲
   Index of Interpretative Guidance

**Presidential Documents**

   Reports to Congress on Continuing Emergency

**Trade Sanctions Reform and Export Enhancement Act of 2000 (TSRA)**
TSRA Reports

 **What related guidance does OFAC have on its enforcement policies?**

What is your OFAC Risk?

OFAC Risk Matrices (As of June 2005) ⊠

How do I manage my OFAC risk as compared to Bank Secrecy Act expectatio
BSA/Anti-Money Laundering Examination Manual - Office of Foreign Asset
2006) ⊠

How do OFAC's actions and expectations intersect with the bank regulators?
Memorandum of Understanding between OFAC and the Federal Reserve,
OCC & OTS ⊠

 **What laws, rules and regulations provide the legal framework for the sar**

**Executive Orders**
12170 ⊠ (November 14, 1979)
12205 ⊠ (April 7, 1980)
12211 ⊠ (April 17, 1980)
12276 ⊠ (January 23, 1981)
12277 ⊠ (January 23, 1981)
12278 ⊠ (January 23, 1981)
12279 ⊠ (January 23, 1981)
12280 ⊠ (January 23, 1981)
12281 ⊠ (January 23, 1981)
12282 ⊠ (January 23, 1981)
12283 ⊠ (January 23, 1981)
12284 ⊠ (January 23, 1981)
12294 ⊠ (February 26, 1981)
12613 ⊠ (October 30, 1987)
12957 ⊠ (March 17, 1995)
12959 ⊠ (May 9, 1995)
13059 ⊠ (August 19, 1997)

**Statutes**
Trade Sanctions Reform and Export Enhancement Act of 2000 (TSRA) ⊠
IEEPA, 50 USCS Sec 1701 ⊠
ISDCA, 22 USCS Sec 2349aa-9 ⊠
AEDPA, 8 USCS Sec 1189 ⊠
Criminal Code, 18 USCS Sec 1001 ⊠
Criminal Code, 18 USC Sec. 3571 ⊠

**Code of Federal Regulations**
31 CFR Part 535 (Iranian Assets Control Regulations)
31 CFR Part 560 (Iranian Transactions Regulations)

**Federal Register Notices**

66 FR 36683-01 🄰 - Exports of Agricultural Products, Medicines, and Medi
Cuba, Sudan, Libya, and Iran; Cuba Travel-Related Transactions

66 FR 38553-01 🄰 - Amendments to the Iranian Assets Control Regulatior

68 FR 11741-03 🄰 - Authorization of Certain Humanitarian Activities by
Nongovernmental Organizations in Iraq and Iran

69 FR 75468-04 🄰 - General License for Publishing Activities

70 FR 15583-05 🄰 - Broker-dealer amendment to ITR.

70 FR 15761-05 🄰 - Administrative Collection of Civil Penalties

71 FR 29251-06 🄰 - Revisions to IEEPA made by the Combating
Terrorism Financing Act of 2005

71 FR 48795-06 🄰 - Official Activities of Certain U.S. Organizations

71 FR 53569-06 🄰 - Treasury Cuts Iran's Bank Saderat Off From U.S. Fina

**United Nations Security Council Resolutions**
  No documents available

**Legal Disclaimer:**

This document is explanatory only and does not have the force of law. The Executive
implementing regulations dealing with Iran contain the legally binding provisions gove
sanctions. This document does not supplement or modify those Executive Orders or