UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>    Defendant, Counterclaim Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants. | Case No. 05-023 (JJF) |

## DECLARATION OF ANTHONY R. FRENCHAM (TONY)

I, Tony Frencham, do declare and state as follows:

1. I am presently the Director for Business Development at The Dow Chemical Company ("Dow"). I am responsible for the identification, evaluation and implementation of Business Development opportunities beyond the scope of the existing market and asset operations of the Dow Performance Plastics & Chemicals businesses.

2. I earned a Bachelor of Applied Science (Chemistry) from LaTrobe University – Australia in 1982, a Graduate Diploma in Applied Polymer Science from Monash University – Australia in 1987, and a Post Graduate Diploma in Management from Deakin University – Australia in 1994.

3. I know Abbas and Aziz Hassan, the two owners of HRD, from Dow's work with HRD to develop metallocene waxes. In 2003, Abbas Hassan told me that Marcus Oil India had entered into agreements with an Iranian entity associated with the National Petrochemical Company ("NPC"), Iran's state-owned oil company. In fact, I first learned of the Hassans' connections with this Iranian entity from Abbas Hassan. He told me he had signed an agreement with this Iranian entity on behalf of Marcus Oil India. He showed me a thirty to forty page document that he referred to as the agreement with the Iranian entity, and I saw his signature.

4. During my discussions with HRD and the Hassans, I frequently met with and corresponded with Greg Borsinger. From Mr. Borsinger's involvement and knowledge of Marcus's business and business arrangements, he appears to me to be integrally involved in all aspects of HRD's business. He was present in person or by telephone at most of the meetings we had with Marcus regarding both the metallocene wax technology and the methane conversion technology. He provided detailed advice to Marcus on all of the agreements Dow reached with Marcus, and, in many cases, drafted the agreements himself. From what I can tell, he was involved in every aspect of Marcus's efforts to develop a metallocene wax product with Dow. I expect he will continue in this role after this litigation is complete.

5. Mr. Borsinger enjoys an extremely close relationship with HRD and the Hassan brothers. During the joint venture with Dow, the Hassan brothers would frequently call on Mr. Borsinger at any time to be where HRD required, whether at HRD's headquarters in Texas, or at Dow's Sarnia facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   December 22, 2006          _____
                                                Tony Frencham

3