# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

December 27, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Dow Chemical Canada Inc. v. HRD Corporation, et al
              C.A. No. 05-023 (JJF)

Dear Judge Farnan:

      On Friday, December 22, 2006, Plaintiff, The Dow Chemical Company, filed and served upon the parties a Motion for Protective Order Regarding HRD's Exporting to Iran, its Brief in Support of its Motion and the Declaration of Anthony R. Frencham. Exhibit 1 was missing a page. Attached is a complete copy of Exhibit 1 to replace the one electronically filed on December 22, 2006.

                                      Respectfully,

                                      Samuel T. Hirzel (#4415)

STH/fkb

Enclosure

cc:    Richard L. Horwitz, Esquire w/enclosure (by e-filing)
       William C. Ferebee, Esquire w/enclosure (by facsimile)
       Peter T. Dalleo, Clerk w/enclosure (by hand)

549947