**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>W. Harding Drane, Jr.
>Susanne M. Hill
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951
>(302) 984-6000 (Tel)
>(302) 658-1192 (Fax)

I also certify that copies were caused to be served on December 27, 2006 upon the following by Federal Express and Facsimile:

>William Ferebee
>Michael Landrum
>O'DONNELL FEREBEE MEDLEY & KEISER, PC
>450 Gears, Eighth Floor
>Houston, TX 77067-4512
>(281) 875-8200 (Tel)
>(281) 875-4962 (Fax)

>/s/ Samuel T. Hirzel
>Samuel T. Hirzel (#4415)