UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

**DOW'S MOTION
FOR A PROTECTIVE ORDER REGARDING HRD'S NON-INDEPENDENT
EXPERTS AND APPROVAL PROCEDURE FOR INDEPENDENT EXPERTS**

Plaintiff The Dow Chemical Company ("Dow") hereby moves for the entry of a modified protective order under Rule 26(c) of the Federal Rules of Civil Procedure directing that:

1. HRD's non-independent experts and its past, current and/or prospective consultants for its business operations be precluded from having access to Dow's "Highly Confidential" information.

2. The parties adopt a procedure to approve independent experts or consultants prior to disclosure of the other party's "Highly Confidential" information, including identification of prospective independent experts and an opportunity to object to such disclosure.

The grounds for this motion are more fully set forth in Dow's Brief in Support of Its Motion For A Protective Order Regarding HRD's Non-Independent Experts And Approval Procedure For Independent Experts.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

/s/ Samuel T. Hirzel
Kenneth Nachbar (#2067)
Samuel T. Hirzel (#4415)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiff
The Dow Chemical Company

Dated: December 27, 2006

2