## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>        Defendant, Counterclaim Plaintiff,<br><br>        v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>        Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-023 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF BRIAN W. S. KOLTHAMMER, Ph.D.

I, Brian W. S. Kolthammer, do declare and state as follows:

1.      I earned a B.Sc. in Chemistry in 1975 and a Ph.D. in Chemistry in 1979 from The University of British Columbia-Vancouver.  In 1979, I became a Research Associate at The University of British Columbia-Vancouver and a NATO Science Fellow at Texas A&M University at College Station.

2.      I am presently a Research Fellow in the Basic Plastics & Chemicals, Hydrocarbons & Energy R&D group at The Dow Chemical Company ("Dow").  I have been responsible for development and commercialization of a variety of polymers Dow makes using its proprietary solution process technology, including polymers made with

metallocene catalysts. I also was responsible for operation of market development plants for Dow's first polyethylene polymers made with a metallocene catalyst--these were called AFFINITY* and ENGAGE*. I am an inventor or co-inventor on many patents directed to Dow's metallocene catalysts.

3.      Dow used its proprietary solution process technology to make polyethylene waxes for HRD.

4.      Dow manufactures approximately seven billion pounds of polyethylene a year using its proprietary solution process technology, which it keeps confidential. Many aspects of the commercial solution process technology, including equipment and process parameters, are highly proprietary. For example, many aspects of the identity and design of Dow's devolatilization units is an important aspect of Dow's proprietary solution process technology. In addition, the equations of state Dow uses to predict performance of those units are highly proprietary and provide substantial benefits to Dow.

5.      I have studied many ethylene polymerization processes used in the industry, including solution processes. In my opinion, Dow's solution process technology is unique and superior compared to other processes, including other solution processes. Dow has invested at least tens of millions of dollars into the development of its solution process.

6.      If Dow's competitors or prospective manufacturers were to obtain information on the proprietary aspects of Dow's solution process technology, those competitors or prospective manufacturers would be able to improve their process and products, to the detriment of Dow. As a result, Dow would suffer substantial economic harm.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 27, 2006

Brian W. S. Kolthammer, Ph.D.