

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 778-6019 Fax

December 29, 2006

### BY E-MAIL, E-FILE, AND BY HAND

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re: <u>Dow Chemical Canada, Inc. v. HRD Corporation; C.A. No. 05-23 (JJF)</u>

Dear Judge Farnan:

On behalf of the defendant-counterclaimant, HRD Corporation (d/b/a Marcus Oil & Chemical) ("HRD"), I write to inform the Court, pursuant to paragraph 5(c) of the Amended Rule 16 Scheduling Order [D.I. 57] (the "Scheduling Order"), that the parties have completed briefing on the Motion to Compel Production of Documents that HRD filed on December 18, 2006 [D.I. 71] (HRD's Motion").

In addition, pursuant to Local District Court Civil Rule 7.1.4, I write to request oral argument on HRD's motion. If the Court grant's HRD's request for argument, HRD would prefer to have oral argument concerning its motion to compel as soon as possible in order to prevent any further delay in the present litigation. HRD recognizes, however, that plaintiff/ counterclaim defendant Dow Chemical Canada Inc. and counterclaim defendant The Dow Chemical Company (collectively, "Dow") have recently filed two motions for protective order that may have some relevance to HRD's Motion. Because the Dow motions apparently are not subject to the expedited briefing provisions in paragraph 5(a) of the Scheduling Order, we anticipate that briefing on the Dow motions will not be complete until later in January. Thus, should the Court wish to hear oral argument, the Court might wish to delay any oral argument concerning HRD's Motion until briefing on the Dow motions has been completed, and all motions can be heard together.

The Honorable Joseph J. Farnan, Jr.
December 29, 2006
Page 2

      Finally, the parties are aware that certain deadlines contained in the Scheduling Order have expired. The parties have discussed a proposed second amended scheduling order, which would contain deadlines contingent upon the resolution of the current discovery disputes. HRD also has notified Dow that HRD wishes to further amend its answer and counterclaims, and has asked Dow to consent to the amendment HRD hopes that the parties will soon be able to agree upon these issues, and present to the Court for its consideration, a proposed amended scheduling order.

      Respectfully,

      *W. Harding Drane Jr.*

      W. Harding Drane, Jr.
      Delaware Bar I.D. #1023

WHD:mho

cc:    Kenneth Nachbar, Esquire (by e-mail)
      Aaron Barlow, Esquire (by e-mail)
      William C. Ferebee, Esquire (by e-mail)
      Michael Landrum, Esquire (by-email)

#769750/28882