UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-023 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION**

IT IS HEREBY STIPULATED by and among the parties, subject to approval by the Court, that the time for the filing of the answering and reply briefs on Dow's Motion For A Protective Order Regarding HRD's Exporting To Iran (Dkt. 72) and Dow's Motion For Protective Order Regarding HRD's Non-Independent Experts And Approval Procedure For Independent Experts (Dkt. 77) shall be as follows:

HRD's Answering Briefs – Tuesday, January 23, 2007.

Dow's Reply Briefs – Monday, February 6, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Samuel T. Hirzel* | */s/ W. Harding Drane, Jr.* |
| Kenneth Nachbar (#2067) | W. Harding Drane, Jr. (#1023) |
| Samuel T. Hirzel (#4415) | Richard L. Horwitz (#2246) |
| 1201 North Market Street | Suzanne M. Hill (#4414) |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | Hercules Plaza, 6th Floor |
| (302) 575-7294 (telephone) | P.O. Box. 951 |
| (302) 425-3013 (facsimile) | Wilmington, DE 19889-0951 |
| | (302) 984-6000 (telephone) |
| | (302) 658-1192 (facsimile) |
| OF COUNSEL: | OF COUNSEL: |
| Harry J. Roper | William C. Ferebee |
| Raymond N. Nimrod | O'DONNELL FEREBEE MEDLEY & KEISER, PC |
| Aaron A. Barlow | |
| JENNER & BLOCK LLP | 450 Gears, Eighth Floor |
| 330 N. Wabash Ave. | Houston, TX 77067-4512 |
| Chicago, IL 60611 | (281) 875-8200 (telephone) |
| (312) 222-9350 (telephone) | (281) 875-4962 (facsimile) |
| (312) 840-7351 (facsimile) | |
| | *Attorneys for Defendant HRD Corporation d/b/a Marcus Oil & Chemical, Inc.* |
| *Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company* | |

DATED: January 16, 2007

772647

SO ORDERED, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE