IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | ) ) ) | C.A. No. 05-23 (JJF) |
| Defendant, Counterclaim Plaintiff, | ) ) ) | |
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY, | ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

### AFFIDAVIT OF GREGORY BORSINGER

**STATE OF NEW JERSEY** §
§
**COUNTY OF MORRIS** §

## AFFIDAVIT OF GREGORY BORSINGER

**STATE OF TEXAS**         §
                          §
**COUNTY OF HARRIS**       §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Gregory Borsinger, who after being by me first duly sworn, did upon his oath depose and state:

My name is Gregory Borsinger. I reside in Chatham, New Jersey. I own a company by the name of New Millennium Development Corp. Its main business is web design and support for small to midsize companies. I am the sole full time employee of New Millennium Development.

I am also a part time consultant to HRD. In that role I perform a variety of functions. I set up the HRD website, consult about polyethylene wax, and advise the company on a number of other different ventures.

My consulting work with HRD Corporation has concerned applications for polyethylene wax, sometimes referred to as "PE Wax". I have substantial familiarity with the properties of PE Wax and many of its uses. I am familiar with the markets for PE Wax and the needs of users of PE Wax for waxes having various qualities. In my consulting for HRD in connection with its dealings with Dow I was concerned with seeing that the PE Wax produced at the Dow Sarnia, Ontario, Canada plant had qualities suitable to meet the needs of purchasers of PE Wax, primarily for use in hot melt adhesive end products.

My knowledge of the process of making PE Wax from ethylene is very limited; I have never designed, constructed or operated a chemical plant that produces PE Wax from ethylene, and I do not possess the education, training or expertise to do so. I know generally what the role of a metallocene catalyst is in the manufacturing of PE Wax, but I know very little about the chemical process involved, or how that process is maintained and controlled.

I have a BS degree in Mechanical Engineering from Lehigh University and an MBA in Finance from Farleigh Dickinson University. Prior to forming New Millennium Development I worked for AlliedSignal in a business unit that involved ethylene polymerization. Because of this past experience, HRD has asked me to participate in numerous meetings with Dow in regard to metallocene wax and in its dealings with Dow. While I don't have any specific knowledge or

Page 1 of 2

expertise in metallocene wax, I have general knowledge of how the process works.

I have no interest in ever participating in the production of metallocene wax and HRD has never expressed any interest in that area to me. Based on my past experience with Allied Signal, a plant or facility that could produce metallocene wax would cost over one hundred million dollars to design and build and require ongoing support that would be impractical for a company like HRD to undertake.

In my work for Allied Signal I have been asked to sign confidentiality agreements, and I have been shown confidential information. I have in the past and will in the future honor my commitments in that regard.

Further Affiant sayeth not.

_____
Gregory Borsinger

SUBSCRIBED and SWORN to before me on this 23 day of January, 2007.

_____
Notary Public - State of New Jersey
My commission expires: 5/5/2011

BRIAN MARCOTULLI
Notary Public - New Jersey
Morris County
My Commission Expires May 5, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, W. Harding Drane, hereby certify that on January 23, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
David J. Teklits
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on January 23, 2007, I have Federal Expressed the documents to the following non-registered participants:

Aaron Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com

676294