# EXHIBITS 1 AND 2
# FILED SEPARATELY UNDER SEAL