# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

February 7, 2007

**BY ELECTRONIC FILING & EMAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

> Re:    Dow Chemical Canada Inc. v. HRD Corporation, et al
>          C.A. No. 05-023 (JJF)

Dear Judge Farnan:

        The parties have completed briefing on Dow's Motion For A Protective Order Regarding HRD's Non-Independent Experts And Approval Procedure For Independent Experts (D.I. 77) and Dow's Motion For A Protective Order Regarding HRD's Exporting To Iran (D.I. 72).

        Pursuant to D. Del. L.R. 7.1.4, Plaintiffs and Counterclaim-Defendants Dow Chemical Canada Inc. and Dow Chemical Company ("Dow") request oral argument on Dow's Motion For A Protective Order Regarding HRD's Non-Independent Experts And Approval Procedure For Independent Experts (D.I. 77) and Dow's Motion For A Protective Order Regarding HRD's Exporting To Iran (D.I. 72).

The Honorable Joseph J. Farnan, Jr.
February 7, 2007
Page 2

       Counsel for Defendant and Counterclaimant HRD Corporation ("HRD") previously requested oral argument on HRD's Motion To Compel and suggested that oral argument on all pending motions be held together (D.I. 80). Dow agrees with HRD's suggestion and respectfully requests that oral argument on all of the above referenced motions (D.I. 71, 72 & 77) be heard at the same time.

       Respectfully,

       Samuel T. Hirzel (#4415)

STH/fkb

Enclosure

cc:    Richard L. Horwitz, Esquire w/enclosure (by hand)
       William C. Ferebee, Esquire w/enclosure (by facsimile and Federal Express)
       Peter T. Dalleo, Clerk w/enclosure (by hand)

732267.1