

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 778-6019 Fax

February 8, 2007

**BY E-FILE AND BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re:    <u>Dow Chemical Canada, Inc. v. HRD Corporation; C.A. No. 05-23 (JJF)</u>

Dear Judge Farnan:

      Pursuant to Local Rule 7.1.4, HRD respectfully concurs with Dow's request that the Court entertain oral argument on Dow's motions for protective order. (D.I. 72 and D.I. 77). As previously set forth in my letter to the Court dated December 29, 2006 (D.I. 80), HRD respectfully suggests that the Court schedule argument on HRD's motion to compel (D.I. 71) and on Dow's motions for protective order for the same time, a suggestion that Dow now has endorsed (D.I. 87).

                                          Respectfully,

                                          W. Harding Drane, Jr.
                                          Delaware Bar I.D. #1023

WHD:rb

cc:    Kenneth Nachbar, Esquire (by e-mail)
       Aaron Barlow, Esquire (by e-mail)
       Samuel T. Hirzel (by e-mail)
       William C. Ferebee, Esquire (by e-mail)
       Michael Landrum, Esquire (by-email)

#776779/28882