# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

February 8, 2007

**BY ELECTRONIC FILING & EMAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Dow Chemical Canada Inc. v. HRD Corporation, et al
              C.A. No. 05-023 (JJF)

Dear Judge Farnan:

      Relevant portions of Exhibit 4 to Dow's Motion For A Protective Order Regarding HRD's Exporting To Iran (D.I. 85) are not legible in the electronically filed copy of the Exhibit. Enclosed is a different version of Exhibit 4 in a more legible format.

                                        Respectfully,

                                        Samuel T. Hirzel (#4415)

STH/fkb

Enclosure

      cc:    Richard L. Horwitz, Esquire w/enclosure (by e-filing)
              William C. Ferebee, Esquire w/enclosure (by facsimile)
              Peter T. Dalleo, Clerk w/enclosure (by hand)

549947