# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Samuel T. Hirzel
302 351 9132
302 498 6201 Fax
shirzel@mnat.com

February 9, 2007

**BY ELECTRONIC FILING & EMAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

   Re: Dow Chemical Canada Inc. v. HRD Corporation, et al
     C.A. No. 05-023 (JJF)

Dear Judge Farnan:

  Relevant portions of Exhibit 5 to Dow's Motion For A Protective Order Regarding HRD's Exporting To Iran (D.I. 85) were also not clear in the electronically filed copy of the Exhibit.  Enclosed is a clear copy of Exhibit 5.

            Respectfully,

            Samuel T. Hirzel (#4415)

STH/fkb

Enclosure

cc: Richard L. Horwitz, Esquire w/enclosure (by e-filing)
   William C. Ferebee, Esquire w/enclosure (by facsimile)
   Peter T. Dalleo, Clerk w/enclosure (by hand)