

# Marcus Homopolymer Polyethylene Waxes

## Product Data Sheet : Marcus  Low Molecular Weight Polyethylene Homopolymers

### Typical Properties Marcus Polyethylene Homopolymer waxes

CAS no. 9002-88-4

DSL/NDSL RECORD NUMBER : 8959



| Marcus Grade | Mettler Drop Point $^0$C | DSC Peak $^0$C | Needle Penetration dmm | Viscosity mPas @149$^0$C | Density gms/cc |
|---|---|---|---|---|---|
| M200 | 118 | 116 | 2-3 | 10-20 | 0.94 |
| M300 | 118 | 116 | 2-3 | 20-40 | 0.94 |
| M500 | 118 | 116 | 2-3 | 40-60 | 0.94 |
| MC6 | 106 | NA | 2-3 | 350-400 | 0.92 |
| MC16 | 98 | NA | 2-3 | 500-550 | 0.91 |
| Test Method | ASTM D3954 | ASTM D3418 | ASTM D1321 | ASTM D3236 | ASTM D1505 |



Marcus homopolymer polyethylene waxes are hard, high melting waxes with low viscosity.  Low molecular weights  (approx. 900-1100 Mn ) and narrow distribution combined with their high crystallinity give Marcus Waxes their unique properties.

## Packaging and Product Form

Standard packaging is in  50 lb (22.7 kg) plastic lined kraft bags  with 45 bags to the pallet (2250 lbs).  Supersacks and Gaylord boxes are available upon request.

Marcus homopolymer waxes are available as white pastilles (approx. 3-6mm dia), liquid and ground. Flake and special grinds are available upon request.

Micronized Marcus homopolymer waxes are also available (see Marcus Micronized Wax brochure (PRD-MIC).



## Safety

Marcus Polyethylene homopolymers are regarded as non-hazardous when expo-sure is controlled using accepted industrial hygiene practices. Please consult the Material Safety Data Sheet for specific information on the safe handling of Marcus Polyethylene waxes.

**Marcus Oil & Chemical**
**Division of H.R.D. Corporation**
PO Drawer 450267
Houston, TX 77245 U.S.A
Fax 713-726-9885
Telephone:  713-721-9131
         800-Marcus1
         (800-627-2871 )
Email contactus@marcusoil.com
Visit us at www.marcusoil.com

Disclaimer  Marcus Oil & Chemical does not guarantee the completeness, applicability or the accuracy of the information contained herein, nor the suitability of the products described herein for any particular purpose.  No warranties of any kind, either expressed or implied, are made with respect to the products described herein.  The user assumes all risk and liability in connection with such usage. Marcus Oil & Chemical shall not be liable for any damages, lost profits or injuries resulting from your use or inability to use information obtained from herein .  Users should check all applicable laws and regulations concern-ing products use. The information contained herein is provided "As is" without warranty of any kind, either expressed or implied, including but not limited to the implied warranties or merchantability, fitness for a particular purpose and non-infringement.
Copyright Marcus Oil & Chemical - all rights reserved -2000