## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-23-JJF |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | : : : : | |
| Defendant, Counterclaim Plaintiff, | : : : | |
| v. | : : | |
| DOW CHEMICAL CANADA, INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY, | : : : : : | |
| Counterclaim Defendants. | : | |

## ORDER

At Wilmington this **15th** day of **February, 2007**,

IT IS ORDERED that the continued mediation scheduled for Wednesday, February 28, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE