

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 778-6019 Fax

May 29, 2007

**BY E-FILE AND BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

   Re: <u>Dow Chemical Canada, Inc. v. HRD Corporation; C.A. No. 05-23 (JJF)</u>

Dear Judge Farnan:

  Dow and HRD jointly request that the Court postpone the pretrial conference, which now is scheduled for June 14, 2007. The parties intend to meet and confer soon to discuss scheduling of document production and other discovery in light of the Court's recent ruling on the parties' motions. The parties are hopeful that they then can present a stipulated further amended scheduling order for the Court's consideration proposing new discovery cutoff dates and providing for a new pretrial date to be set by the Court.

  Counsel are available at the Court's convenience to discuss this matter.

           Respectfully,

           W. Harding Drane, Jr.
           Delaware Bar I.D. #1023

WHD:rb

cc: Kenneth Nachbar, Esquire (by e-mail)