# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>      Defendant, Counterclaim Plaintiff,<br><br>      v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>      Counterclaim Defendants. | Case No. 05-023 (JJF) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE (BRUCE KANUCH)

Pursuant to Local District Court Civil Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Bruce Kanuch to represent Plaintiff Dow Chemical Canada Inc. and Counterclaim Defendant The Dow Chemical Company.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                        */s/ [signature]*
                                        Kenneth Nachbar (#2067)
                                        Samuel T. Hirzel (#4415)
                                        1201 N. Market Street
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        Attorneys for Plaintiff
                                          Dow Chemical Canada Inc.
                                        and Counterclaim Defendant
DATED: July 11, 2007                 The Dow Chemical Company

435919

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is granted.

_____
The Honorable Joseph J. Farnan, Jr.

Dated: July ___, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan P15689 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Bruce Kanuch

July 10, 2007

435991

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 11, 2007 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

>Richard I. Horwitz
>Suzanne M. Hill
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19899-0951

Copies were also sent by Facsimile and Federal Express to the following:

William C. Ferebee, Esquire
Michael Landrum, Esquire
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, TX 77067-4512

>*/s/ Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)
>Samuel T. Hirzel (#4415)
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>knachar@mnat.com

447525