UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. § <br> on its own behalf and as assignee of § <br> § <br> THE DOW CHEMICAL COMPANY § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HRD CORPORATION (d/b/a § <br> Marcus Oil & Chemical) § <br> § <br> Defendant, Counterclaim Plaintiff § | CONFIDENTIAL FILED <br> UNDER SEAL <br><br><br> C.A. No. 05-23 (JJF) |

## HRD CORPORATION'S SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL  FEREBEE  MEDLEY
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

Dated: July 20, 2007

W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE  19899-0951
302) 984-6000
wdrane@potteranderson.com
shill@potteranderson.com

*Attorneys for HRD Corporation*

# SEALED DOCUMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, W. Harding Drane, hereby certify that on July 20, 2007, the attached document was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
Samuel Taylor Hirzel, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on July 20, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Aaron Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com

808030