# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Kenneth J. Nachbar
302 351 9294
302 425 3013 Fax
knachbar@mnat.com

August 1, 2007

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    Dow Chemical Canada Inc. v. HRD Corporation, et al
            C.A. No. 05-023 (JJF)

Dear Judge Farnan:

      HRD's Second Motion to Compel Production of Documents And For Sanctions (the "Motion") seeks to compel The Dow Chemical Corporation ("Dow") to disclose significant unpatented trade secrets that are of critical importance to Dow's business. Accordingly, pursuant to Local Rule 7.4.1, Dow respectfully requests that the Court schedule oral argument on the Motion.

                            Respectfully,

                            */s/ Kenneth J. Nachbar*

                            Kenneth J. Nachbar (#2067)

KJN/kd

Enclosure

cc:    Richard L. Horwitz, Esquire (by e-filing)
        William C. Ferebee, Esquire (by facsimile)
        Peter T. Dalleo, Clerk (by hand)