

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 778-6019 Fax

August 1, 2007

**BY E-FILE AND BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

      Re: <u>Dow Chemical Canada, Inc. v. HRD Corporation; C.A. No. 05-23 (JJF)</u>

Dear Judge Farnan:

      Pursuant to Local Rule 7.4.1, HRD Corporation concurs in Dow's request that the Court schedule oral argument on HRD's Second Motion to Compel Production of Documents And For Sanctions.

      Respectfully,

      W. Harding Drane, Jr.
      Delaware Bar I.D. #1023

WHD:rb

cc:    Kenneth Nachbar, Esquire (by e-mail)