IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, W. Harding Drane, Jr., hereby certify that on October 4, 2007, a copy of the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF and in addition copies were delivered as indicated below:

<u>BY HAND</u>
Kenneth Nachbar
Samuel T. Hirzel
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

      I hereby certify that on October 4, 2007, I have faxed the documents to the following non-registered participants:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

      By: */s/ W. Harding Drane, Jr.*
          W. Harding Drane, Jr. (#1023)
          Richard L. Horwitz (#2246)
          Suzanne M. Hill (#4414)
          Hercules Plaza, 6th Floor
          1313 N. Market Street
          Wilmington, DE 19899-0951
          (302) 984-6000
          wdrane@potteranderson.com
          rhorwitz@potteranderson.com
          shill@potteranderson.com