UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SUBPOENA (ADHERENT LABORATORIES, INC.)

Plaintiffs Dow Chemical Canada Inc. and The Dow Chemical Company hereby notify HRD Corporation (d/b/a/ Marcus Oil & Chemical) that it will serve the attached subpoena on Adherent Laboratories, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/*

Kenneth Nachbar (#2067)
David J. Teklits (#3221)
Thomas W. Briggs, Jr. (#4076)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7294 (telephone)
(302) 425-3013 (facsimile)
*Attorneys for Dow Chemical Canada Inc. and The Dow Chemical Company*

OF COUNSEL

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Dated: October 10, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Richard L. Horwitz, W. Harding Drane, Jr., and Suzanne M. Hill.

I also certify that on October 10, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY FACSIMILE:**

Richard L. Horwitz
W. Harding Drane, Jr.
Suzanne M. Hill
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000 (Tel)
(302) 658-1192 (Fax)

**BY FEDERAL EXPRESS AND FACSIMILE:**

William C. Ferebee
Michael Landrum
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, Texas 7067-4512

_____
Thomas W. Briggs, Jr. (#4076)