IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Dow Chemical Canada, Inc. and the Dow Chemical Company hereby certifies that true and correct copies of DOW'S THIRD SET OF INTERROGATORIES (Interrogatory Nos. 15-23) were served on October 23, 2007 upon the following attorneys of record by hand:

> Richard I. Horwitz, Esquire
> Suzanne M. Hill, Esquire
> W. Harding Drane
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19899-0951

Copies were also sent by Facsimile and Federal Express to the following:

> William C. Ferebee, Esquire
> Michael Landrum, Esquire
> O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
> 450 Gears, Eighth Floor
> Houston, Texas 77067-4512

MORRIS NICHOLS ARSHT & TUNNELL LLP

_____
Kenneth Nachbar (#2067)
Thomas W. Briggs (#4076)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7294
knachbar@mnat.com

*Attorneys for Dow Chemical Canada, Inc. and The Dow Chemical Company*

OF COUNSEL:

Donald R. Cassling, Esquire
Christopher Tompkins, Esquire
Zachary V. Moen, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2951 - Telephone

October 23, 2007