## CERTIFICATE OF SERVICE

I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following counsel for the Defendant, Counterclaim-Plaintiffs:

Richard I. Horwitz
Suzanne M. Hill
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on October 23, 2006 upon the following individuals by Facsimile and Federal Express:

William C. Ferebee, Esquire
Michael Landrum, Esquire
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, TX 77067-4512

                                        /s/ Thomas W. Briggs
                                        Thomas W. Briggs (#4076)

494380