IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>HRD CORPORATION<br>(d/b/a Marcus Oil & Chemical),<br><br>      Defendant, Counterclaim Plaintiff,<br><br>DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY and<br>THE DOW CHEMICAL COMPANY,<br><br>      Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-23 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and correct copies of HRD Corporation's Objections and Responses to DCCI and TDCC's Fifth Request for Production of Documents (Answers to Requests No. 112- to 131) were caused to be served on November 26, 2007, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Kenneth Nachbar
Thomas W. Briggs
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FACSIMILE**

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William C. Ferebee<br>Michael Landrum<br>O'DONNELL FEREBEE MEDLEY &<br>KEISER, PC<br>450 Gears, Eighth Floor<br>Houston, TX 77067-4512<br>(281) 875-8200 (telephone)<br>(281) 875-4962 (facsimile) | By: /s/ W. Harding Drane, Jr.<br>W. Harding Drane, Jr. (#1023)<br>Richard L. Horwitz (#2246)<br>Suzanne M. Hill (#4414)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>wdrane@potteranderson.com<br>rhorwitz@potteranderson.com<br>shill@potteranderson.com |
| Dated: November 26, 2007 | *Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)* |

2