IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, W. Harding Drane, Jr., hereby certify that on November 26, 2007, a copy of the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF and in addition copies were delivered as indicated below:

BY HAND
Kenneth Nachbar
Thomas W. Briggs
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347


      I hereby certify that on November 26, 2007, I have faxed the documents to the following non-registered participants:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By:  /s/ W. Harding Drane, Jr.
    W. Harding Drane, Jr. (#1023)
    Richard L. Horwitz (#2246)
    Suzanne M. Hill (#4414)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899-0951
    (302) 984-6000
    wdrane@potteranderson.com
    rhorwitz@potteranderson.com
    shill@potteranderson.com