**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. ) <br> on its own behalf and as assignee of ) <br> THE DOW CHEMICAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HRD CORPORATION ) <br> (d/b/a Marcus Oil & Chemical), ) <br> ) <br> Defendant, Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOW CHEMICAL CANADA, INC. ) <br> on its own behalf and as assignee of ) <br> THE DOW CHEMICAL COMPANY and ) <br> THE DOW CHEMICAL COMPANY, ) <br> ) <br> Counterclaim Defendants. | | C.A. No. 05-23 (JJF) |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and correct copies of **HRD CORPORATION'S ANSWERS AND OBJECTIONS TO DCCI'S AND TDCC'S FIRST SET OF REQUESTS FOR ADMISSION TO HRD CORPORATION** were caused to be served on December 17, 2007, on the attorneys of record at the following addresses as indicated:

| **VIA HAND DELIVERY** | **VIA ELECTRONIC MAIL** |
|---|---|
| Kenneth Nachbar | Harry J. Roper |
| Thomas W. Briggs | Raymond N. Nimrod |
| Morris, Nichols, Arsht & Tunnell | Aaron A. Barlow |
| 1201 North Market Street | Jenner & Block LLP |
| P.O. Box 1347 | One IBM Plaza |
| Wilmington, DE 19899-1347 | Chicago, IL 60611 |

OF COUNSEL:                                    POTTER ANDERSON & CORROON LLP

William C. Ferebee                             By:  */s/ W. Harding Drane, Jr.*
Michael Landrum                                     W. Harding Drane, Jr. (#1023)
O'DONNELL FEREBEE MEDLEY &                          Richard L. Horwitz (#2246)
KEISER, PC                                          Suzanne M. Hill (#4414)
450 Gears, Eighth Floor                             Hercules Plaza, 6th Floor
Houston, TX 77067-4512                              1313 N. Market Street
(281) 875-8200 (telephone)                          Wilmington, DE  19899-0951
(281) 875-4962 (facsimile)                          (302) 984-6000
                                                    wdrane@potteranderson.com
                                                    rhorwitz@potteranderson.com
                                                    shill@potteranderson.com

Dated: December 17, 2007
                                               *Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, Jr., hereby certify that on December 17, 2007, a copy of the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF and in addition copies were delivered as indicated below:

BY HAND
Kenneth Nachbar
Thomas W. Briggs
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on December 17, 2007, I have Electronically Mailed the documents to the following non-registered participants:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By:  /s/ W. Harding Drane, Jr.
W. Harding Drane, Jr. (#1023)
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wdrane@potteranderson.com
rhorwitz@potteranderson.com
shill@potteranderson.com