IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL, COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for the Dow Chemical Company hereby certifies that a true and correct copy of DOW'S RESPONSE TO HRD CORPORATION'S REQUEST FOR PRODUCTION OF DOCUMENTS were served on January 9, 2008 upon the following attorneys of record by hand:

> Richard I. Horwitz, Esquire
> Suzanne M. Hill, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19899-0951

A copy was also sent by Federal Express to the following:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512

         MORRIS NICHOLS ARSHT & TUNNELL LLP

         */s/ Kenneth Nachbar*
         Kenneth Nachbar (#2067)
         Samuel T. Hirzel (#4415)
         1201 North Market Street
         P. O. Box 1347
         Wilmington, DE 19899-1347
         (302) 575-7294
         knachbar@mnat.com

         *Attorneys for Plaintiff*
         *The Dow Chemical Company*

OF COUNSEL:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

January 10, 2008

1379138

## CERTIFICATE OF SERVICE

I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following counsel for the Defendant, Counterclaim-Plaintiffs:

>Richard L. Horwitz, Esquire
>Suzanne M. Hill, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on January 10, 2008 upon the following individuals by U.S. First Class Mail:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512

_____
Kenneth J. Nachbar (#2067)