UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No. 05-023 (JJF) |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical) | ) ) | |
| Defendant. | ) ) | |

**DOW'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL PAPER IN OPPOSITION TO HRD'S SECOND MOTION TO COMPEL AND FOR SANCTIONS**

Pursuant to Local Rule 7.1.2., Plaintiffs Dow Chemical Canada, Inc. and The Dow Chemical Company (collectively "Dow"), hereby petition for leave to file a supplemental, 3-page paper in the form attached hereto, in further support of its opposition to HRD Corporation's Second Motion to Compel Production of Documents and for Sanctions ("Motion") which is currently pending before this Court.  Wherefore, Plaintiffs respectfully request that the Court enter an order in the form attached permitting Dow to file the attached submission in further support of its opposition to HRD's Motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kenneth J. Nachbar*

OF COUNSEL:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Kenneth J. Nachbar (#2067)
Samuel T. Hirzel (#4415)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Plaintiff
The Dow Chemical Company*

Dated:   January 11, 2008