# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br>      Plaintiff,<br>          v.<br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br>      Defendant. | )<br>)<br>)<br>)<br>)  Case No. 05-023 (JJF)<br>)<br>)<br>)<br>) |

## ORDER

On this _____ day of _____, 2008, having considered Dow's Motion for Leave to File a Supplemental Paper in Opposition to HRD's Second Motion to Compel (the "Motion") for Sanctions, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and Dow's supplemental paper in opposition to HRD's Second Motion to Compel attached to the motion is deemed to be filed.

_____
United States District Judge