**STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

On the afternoon of January 11, 2008, I called Harding Drane, counsel for defendant/counterclaim plaintiff, to discuss this Motion and was told he was on another call. I left a substantive voicemail for him stating that I would like to discuss the Motion with him to see if it could be resolved consensually, but as of 5:45 p.m. on January 11, I had not heard back from him.

                                                      */s/ Kenneth J. Nachbar*
                                                      Kenneth J. Nachbar