# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 11, 2008 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> W. Harding Drane, Jr.
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE  19899-0951

> */s/ Kenneth J. Nachbar*
> Kenneth J. Nachbar (#2067)
> Samuel T. Hirzel (#4415)
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347
> (302) 658-9200