IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>Defendant,<br>Counterclaim Plaintiff,<br><br>DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | C.A. No. 05-23 (JJF) |

### AFFIDAVIT OF GREGORY BORSINGER

**STATE OF NEW JERSEY** §
§
**COUNTY OF MORRIS** §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared Gregory Borsinger, who after being by me first duly sworn, did upon his oath depose and state:

1. My name is Gregory Borsinger. I reside in Chatham, New Jersey. I own a company by the name of New Millennium Development Corp. Its main business is web design and support for small to midsize companies. I am the sole full time employee of New

Millennium Development. I submit this affidavit in connection with HRD's response to Dow's Motion To Compel Regarding Dow's Trade Secrets.

2. I am a part time consultant to HRD. In that role I perform a variety of functions. I set up the HRD website, consult about polyethylene wax, and advise the company on a number of other different ventures

3. My consulting work with HRD Corporation has concerned applications for polyethylene wax, sometimes referred to as "PE Wax". I have substantial familiarity with the properties of PE Wax and many of its uses. I am familiar with the markets for PE Wax and the needs of users of PE Wax for waxes having various qualities. In my consulting for HRD in connection with its dealings with Dow, I was concerned with seeing that the PE Wax produced at the Dow Sarnia, Ontario, Canada plant had qualities suitable to meet the needs of purchasers of PE Wax, primarily for use in hot melt adhesive end products.

4. I have a BS degree in Mechanical Engineering from Lehigh University and an MBA in Finance from Farleigh Dickinson University. Prior to forming New Millennium Development I worked for AlliedSignal in a business unit that involved ethylene polymerization. Because of this past experience, HRD asked me to participate in numerous meetings with Dow in regard to metallocene wax and in its dealings with Dow. While I don't have any specific knowledge or expertise in metallocene wax, I have general knowledge of how the process works.

5. The wax markets are generally considered specialty and information on size, product specifics etc. are not generally known in the public domain. Because of this there are market research companies offering wax market studies at hefty prices (Kline, Little Falls, NJ -$30,000 for report and others). Yet these market research companies do not have the detailed

information that HRD shared with Dow regarding the wax markets. Although the general markets available for metallocene waxes are disclosed in the public domain – the size, key customers and product characteristics to satisfy the market segment are not generally known and were shared by HRD with Dow. HRD learned that certain possible end users of PE Wax had needs for PE Wax having properties specific to products such users had in development. The confidential information HRD disclosed to Dow related to those applications that HRD's target customers were themselves interested in for their own proprietary products.

6. Although the density /crystallinity chart (see paragraph 7 of Dow's Motion to Compel) is in the public domain, the regions and product properties for which HRD was targeting product for the hot melt industry within the chart were proprietary and were disclosed to Dow by HRD.

7. Although DSC heat flow devices (see paragraph 8 of Dow's Motion to Compel) are commonly used analytical tools for the polymer industry, the nature of the DSC profile that would make for an ideal hot melt adhesive and/or wax is not generally known, and was disclosed to Dow by HRD.

8. The concept of the 3 pack product, which is referred to in Paragraph 27-32 in HRD's Second Amended Answers to Interrogatories, as well as the nature, cost structure, target market and market introduction information regarding the 3 pack were all proprietary to HRD. HRD disclosed this information regarding the 3 pack product to Dow. Dow and HRD were in discussions regarding 3 pack production at Sarnia in March of 2004. Based on email communications produced in this case, I understand that Dow subsequently engaged in independent discussions with Henkel (the world's largest Adhesive producer) regarding the 3 pack concept.

9. HRD shared its trade secrets with Dow and Eastman, and engaged in detailed, confidential technical discussions with them, under confidentiality agreements, that revolved around development of new tackifiers. The technical papers listed on pages 6-7 of HRD's Second Amended Answers to Interrogatories that were jointly published by Dow and Eastman are a clear continuation of these confidential efforts.

10. During the course of the HRD's business relationship with Dow related to the Joint Development Agreement, HRD continually provided proprietary feedback to Dow regarding product properties and modifications to enhance product performance.

11. HRD disclosed to Dow that the 2 pack catalyst has a good potential for future development because of the bimodal molecular weight distribution. Notwithstanding that this was HRD's proprietary information, the dual catalyst was the basis for several US patent applications dealing with hot melt adhesives by Dow that did not include HRD (or myself) as a co-inventor.

12. HRD also disclosed to Dow the type crystallinity, molecular weight distribution, suggested possible polymer configuration, and other proprietary information intended to produce an ideal polymer for the hot melt industry. The disclosure of these ideas is found in the Dow patents cited. In particular the need for increased flexibility and the idea of incorporating a ring structure (such as styrene), vinyl or making a 'blocky' copolymer – such as with TPO elastomers or ethylene – propylene block copolymers – were ideas originated by HRD (Borsinger) to overcome the brittleness issue, and subsequently were patented by Dow for use in adhesives.

Further Affiant sayeth not.

_____
Gregory Bofsinger

SUBSCRIBED and SWORN to before me on this 16 day of January, 2008.

_____
Notary Public - State of New Jersey
My commission expires: _____

> STEPHANIE HOLMES-TURNER
> Notary Public of New Jersey
> My Commission Expires October 23, 2011

842849