IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, W. Harding Drane, Jr., hereby certify that on January 16, 2008, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF and in addition copies were delivered as indicated below:

BY HAND
Kenneth Nachbar
Thomas W. Briggs
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

  I hereby certify that on January 16, 2008, I have Electronically Mailed the document to the following non-registered participants:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

              By:  */s/ W. Harding Drane, Jr.*
                 W. Harding Drane, Jr. (#1023)
                 Richard L. Horwitz (#2246)
                 Suzanne M. Hill (#4414)
                 Hercules Plaza, 6th Floor
                 1313 N. Market Street
                 Wilmington, DE 19899-0951
                 (302) 984-6000
                 wdrane@potteranderson.com
                 rhorwitz@potteranderson.com
                 shill@potteranderson.com