IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on        :
its own behalf and as assignee      :
of THE DOW CHEMICAL COMPANY,        :
                                    :
          Plaintiff,                :
                                    :
     v.                             :  Civil Action No. 05-023-JJF
                                    :
HRD CORPORATION d/b/a Marcus        :
Oil & Chemical,                     :
                                    :
          Defendant.                :

## O R D E R

WHEREAS, on January 23, 2008, the Court held a hearing

on Plaintiff's Sealed Motion for Discovery (D.I. 119)

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Sealed Motion for Discovery (D.I. 119)

is **RETIRED**.

2) Counsel shall meet and confer regarding outstanding

discovery on HRD Corporation's counterclaims.  If parties are

unable to resolve the outstanding discovery issues, counsel shall

submit their proposals to the Court for resolution.

January  25, 2008
     DATE                          UNITED STATES DISTRICT JUDGE