UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiffs and counterclaim defendants The Dow Chemical Company and Dow Chemical Canada Inc., on its own behalf and as assignee of The Dow Chemical Company, will take the depositions upon oral examination of the following persons beginning at 9:30 a.m. CST on February 18, 2008 and continuing thereafter until completed. The depositions on February 18 will be taken at the offices of O'Donnell, Ferebee, Medley & Keiser, P.C., 450 Gears - Eighth Floor, Houston, Texas 77067-4584. The depositions on February 19 will be taken at The Houston Airport Marriott Hotel, 18700 John. F. Kennedy Blvd., Houston, Texas 77032. The

depositions will be taken before a notary public or other officer duly authorized by law to administer oaths and may be videotaped.

| Deponent | Date and Time |
|---|---|
| Aziz Hassan | February 18, 2008 at 9:30 a.m. CST |
| Abbas Hassan | Immediately following completion of the deposition of Aziz Hassan |
| Craig Cawley | Immediately following completion of the deposition of Abbas Hassan |
| Gregory Borsinger | Immediately following completion of the deposition of Craig Cawley |

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Kenneth J. Nachbar
Kenneth Nachbar (#2067)
Samuel T. Hirzel (#4415)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
Attorneys for Plaintiff and Counterclaim Defendants The Dow Chemical Company and Dow Chemical Canada Inc., on its own behalf and as assignee of The Dow Chemical Company

OF COUNSEL:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Dated:   February 9, 2008

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 9, 2008 a copy of the attached NOTICE OF DEPOSITION was served by e-mail on the below parties and on February 11, 2008 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and as indicated copies were delivered as indicated below:

**BY HAND**

W. Harding Drane, Jr.
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951

/s/ Kenneth J. Nachbar
Kenneth J. Nachbar (#2067)
Samuel T. Hirzel (#4415)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200