UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY<br>　　Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br>　　Defendant, Counterclaim Plaintiff<br><br>v.<br><br>DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY,<br>　　Counterclaim Defendants. | C.A. No. 05-23 (JJF) |

## ORDER

　　**AND NOW**, this _____ day of _____, having considered defendant HRD Corporation's Motion For Protective Order To Limit Scope Of Depositions And Requesting Expedited Consideration, and heard the arguments of counsel for HRD and Dow,

　　It is hereby **ORDERED** that the Motion is GRANTED, and that the discovery and depositions in question shall be limited to issues related to HRD's damage claim.

_____
The Honorable Joseph J. Farnan, Jr.