**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | ) ) ) | C.A. No. 05-23 (JJF) |
| Defendant, Counterclaim Plaintiff, | ) | |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendant/Counterclaim Plaintiff HRD Corporation d/b/a Marcus Oil & Chemical hereby certifies that reasonable efforts were made to reach agreement with Plaintiffs/Counterclaim Defendants Dow Chemical Canada, Inc. and The Dow Chemical Company regarding the matters set forth in the Motion For Protective Order that was filed on February 13, 2008, and that the parties were unable to reach a complete agreement with respect to those matters. Details of counsel's efforts to reach agreement are set forth in Exhibits B through K to the motion.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Michael Landrum<br>William C. Ferebee<br>O'DONNELL FEREBEE MEDLEY & KEISER, PC<br>450 Gears, Eighth Floor<br>Houston, TX 77067-4512<br>(281) 875-8200 (telephone)<br>(281) 875-4962 (facsimile)<br><br>Dated: February 14, 2008<br>848527/28882 | By: */s/ W. Harding Drane, Jr.*<br>W. Harding Drane, Jr. (#1023)<br>Richard L. Horwitz (#2246)<br>Suzanne M. Hill (#4414)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>wdrane@potteranderson.com<br>rhorwitz@potteranderson.com<br>shill@potteranderson.com<br>*Attorneys for HRD Corporation* |