**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 14, 2008 I electronically filed the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>W. Harding Drane, Jr.
>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE 19899-0951

Copies were also sent by Facsimile to the following:

William C. Ferebee, Esquire
Michael Landrum, Esquire
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, TX 77067-4512

*/s/ Kenneth J. Nachbar*
Kenneth J. Nachbar (#2067)
Samuel T. Hirzel (#4415)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200