**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DOW CHEMICAL CANADA, INC.     )
on its own behalf and as assignee of     )
THE DOW CHEMICAL COMPANY,     )
    )
        Plaintiff,     )
    )
        v.     )
    )
HRD CORPORATION     )     C.A. No. 05-23 (JJF)
(d/b/a Marcus Oil & Chemical),     )
    )
        Defendant, Counterclaim Plaintiff,   )
    )
        v.     )
    )
DOW CHEMICAL CANADA, INC.     )
on its own behalf and as assignee of     )
THE DOW CHEMICAL COMPANY and     )
THE DOW CHEMICAL COMPANY,     )

        Counterclaim Defendants.

**<u>NOTICE OF SERVICE</u>**

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that

true and correct copies of HRD Corporation's First Amended Answers and Objections to

DCCI's and TDCC's Interrogatories (Interrogatory No. 15 & No. 23) were caused to be

served on February 14, 2008, on the attorneys of record at the following addresses as

indicated:

**VIA HAND DELIVERY**

Kenneth Nachbar
Thomas W. Briggs
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
rnimrod@jenner.com
abarlow@jenner.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)


Dated: February 14, 2008

By:  */s/ W. Harding Drane, Jr.*
    W. Harding Drane, Jr. (#1023)
    Richard L. Horwitz (#2246)
    Suzanne M. Hill (#4414)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899-0951
    (302) 984-6000
    wdrane@potteranderson.com
    rhorwitz@potteranderson.com
    shill@potteranderson.com

*Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*