UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>    Defendant, Counterclaim Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF MOTION

To:

W. Harding Drane, Jr.
Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899-0951

William C. Ferebee, Esquire
Michael Landrum, Esquire
O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
450 Gears, Eighth Floor
Houston, TX 77067-4512

    Please take notice that the attached Motion for an Entry of a Scheduling Order will be presented to the Court at its non-patent motion day to be held on March 7, 2008 at 2:00 p.m. Pursuant to the agreement of the parties, the last brief addressing this motion shall be the answering brief of defendant/counterclaimant HRD Corporation, to be filed on February 29, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Kenneth Nachbar
Kenneth Nachbar (#2067)
Samuel T. Hirzel (#4415)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
Attorneys for Plaintiff and Counterclaim
Defendants The Dow Chemical Company and
Dow Chemical Canada Inc., on its own behalf and
as assignee of The Dow Chemical Company

OF COUNSEL:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Dated:   February 26, 2008

1654504

2