IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HRD CORPORATION (d/b/a Marcus Oil & Chemical), | ) ) ) | C.A. No. 05-23 (JJF) |
| Defendant, Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| DOW CHEMICAL CANADA, INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY and THE DOW CHEMICAL COMPANY, | ) ) ) ) ) | |
| Counterclaim Defendants. | | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant HRD Corporation, hereby certifies that true and correct copies of HRD Corporation's Objections and Responses to DCCI and TDCC's Sixth Request for Production of Documents (Answers to Requests 132-144)) were caused to be served on March 5, 2008, on the attorneys of record at the following addresses as indicated:

|  |  |
|---|---|
| **VIA HAND DELIVERY** | **VIA ELECTRONIC MAIL** |
| Kenneth Nachbar<br>Thomas W. Briggs<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Harry J. Roper<br>Raymond N. Nimrod<br>Aaron A. Barlow<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>hroper@jenner.com<br>rnimrod@jenner.com<br>abarlow@jenner.com |

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

Dated: March 5, 2008

#852830/28882

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane, Jr.
    W. Harding Drane, Jr. (#1023)
    Richard L. Horwitz (#2246)
    Suzanne M. Hill (#4414)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    (302) 984-6000
    wdrane@potteranderson.com
    rhorwitz@potteranderson.com
    shill@potteranderson.com

*Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, W. Harding Drane, Jr., hereby certify that on March 5, 2008, a copy of the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF and in addition copies were delivered as indicated below:

BY HAND
Kenneth Nachbar
Thomas W. Briggs
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

      I hereby certify that on March 5, 2008, I have Electronically Mailed the documents to the following non-registered participants:

Harry J. Roper
Raymond N. Nimrod
Aaron A. Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
hroper@jenner.com
rnimrod@jenner.com
abarlow@jenner.com

By:   /s/ W. Harding Drane, Jr.
      W. Harding Drane, Jr. (#1023)
      Richard L. Horwitz (#2246)
      Suzanne M. Hill (#4414)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19899-0951
      (302) 984-6000
      wdrane@potteranderson.com
      rhorwitz@potteranderson.com
      shill@potteranderson.com