UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. <br> on its own behalf and as assignee of <br> THE DOW CHEMICAL COMPANY <br><br> Plaintiff, <br><br> v. <br><br> HRD CORPORATION (d/b/a <br> Marcus Oil & Chemical) <br><br> Defendant, Counterclaim Plaintiff | § § § § § § § § § § § § | C.A. No. 05-23 (JJF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached HRD Corporation's Emergency Motion To Take Photographs At Its Plant Inspection, Motion To Compel Production Of Documents, Motion To Re-Inspect Plant And For Sanctions will be presented at the call of the Court.

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

POTTER ANDERSON & CORROON LLP

By:  */s/ W. Harding Drane, Jr.*
W. Harding Drane, Jr. (#1023)
Richard L. Horwitz (#2246)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19899-0951
(302) 984-6000
wdrane@potteranderson.com
rhorwitz@potteranderson.com
shill@potteranderson.com

Dated: April 10, 2008
859622/28882

*Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*