**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. ) <br> on its own behalf and as assignee of ) <br> THE DOW CHEMICAL COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HRD CORPORATION ) <br> (d/b/a Marcus Oil & Chemical), ) <br> ) <br> Defendant, Counterclaim Plaintiff, ) | C.A. No. 05-23 (JJF) |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendant/Counterclaim Plaintiff HRD Corporation d/b/a Marcus Oil & Chemical hereby certifies that reasonable efforts (as set forth in the motion) were made to reach agreement with Plaintiffs/Counterclaim Defendants Dow Chemical Canada, Inc. and The Dow Chemical Company regarding the matters set forth in the Emergency Motion To Take Photographs At Its Plant Inspection, Motion To Compel Production Of Documents, Motion To Re-Inspect Plant And For Sanctions that was filed on April 10, 2008, and that the parties were unable to reach a complete agreement with respect to those matters.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| William C. Ferebee <br> Michael Landrum <br> O'DONNELL FEREBEE MEDLEY & <br> KEISER, PC <br> 450 Gears, Eighth Floor <br> Houston, TX 77067-4512 <br> (281) 875-8200 (telephone) <br> (281) 875-4962 (facsimile) <br><br> Dated: April 10, 2008 <br> 859624/28882 | By: */s/ W. Harding Drane, Jr.* <br> W. Harding Drane, Jr. (#1023) <br> Richard L. Horwitz (#2246) <br> Suzanne M. Hill (#4414) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> wdrane@potteranderson.com <br> rhorwitz@potteranderson.com <br> shill@potteranderson.com <br><br> *Attorneys for HRD Corporation* |

Case 1:05-cv-00023-JJF    Document 141    Filed 04/10/2008    Page 2 of 2