UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY<br>　　　Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a<br>Marcus Oil & Chemical)<br>　　　Defendant, Counterclaim Plaintiff<br><br>v.<br><br>DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY and<br>THE DOW CHEMICAL COMPANY,<br>　　　Counterclaim Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 05-23 (JJF) |

## ORDER

**AND NOW**, this \_\_\_\_\_ day of _____, having considered HRD CORPORATION'S EMERGENCY MOTION TO TAKE PHOTOGRAPHS AT ITS PLANT INSPECTION, MOTION TO COMPEL PRODUCTION OF DOCUMENTS, MOTION TO RE-INSPECT PLANT AND FOR SANCTIONS, and the response thereto,

　　　It is hereby **ORDERED** that the Motion to Compel is **GRANTED**; and

　　　It is hereby **ORDERED** that Dow Chemical Canada, Inc. and The Dow Chemical Company shall produce documents responsive to HRD's Request for the Production of Documents to Dow in unredacted form on or before 10 days from the date of this order;

　　　It is hereby **ORDERED** that Dow Chemical Canada, Inc. and The Dow Chemical Company cease any activity related to dismantling the plant until HRD has conducted a second inspection;

It is hereby **ORDERED** that HRD may conduct a second inspection of the Sarnia plant after Dow has produced unredacted documents;

It is hereby **ORDERED** that HRD be allowed to freely photograph and videotape the Sarnia plant at issue in this lawsuit;

It is hereby **ORDERED** that Dow produce a witness for oral deposition who can testify about the demolition of the Sarnia plant including when the demolition began and the status of the demolition in December 2007, January 2008, February 2008 and March 2008; and

It is hereby **ORDERED** that Dow Chemical Canada, Inc. and The Dow Chemical Company shall pay the expenses of HRD CORPORATION associated with the present Motion to Compel and any re-visit to the Plant.

_____
The Honorable Joseph J. Farnan, Jr.