

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. Harding Drane, Jr.
Partner
Attorney at Law
wdrane@potteranderson.com
302 984-6019 Direct Phone
302 778-6019 Fax

April 16, 2007

**BY E-FILE AND BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

    Re:    <u>Dow Chemical Canada, Inc. v. HRD Corporation; C.A. No. 05-23 (JJF)</u>

Dear Judge Farnan:

    Pursuant to Local Rule 7.1.4, HRD Corporation requests that the Court schedule oral argument on HRD's Emergency Motion To Take Photographs At Its Plant Inspection, Motion To Compel Production Of Documents, Motion To Re-Inspect Plant And For Sanctions.

    Briefing on the motion was completed today.

                                    Respectfully,

                                    W. Harding Drane, Jr.
                                    Delaware Bar I.D. #1023

WHD:rb

cc:    Kenneth Nachbar, Esquire (By Electronic Mail)