# EXHIBIT 4

# **Redaction Key**

| Code | Description |
|------|-------------|
| A | Proprietary business information unrelated to wax, adhesives or the issues identified in this case (e.g. Dow's cost for ethylene). |
| B | Dow's internal code names for each piece of equipment for the portions of the Sarnia plant consisting of the reactor, post reactor heaters and solvent recycle systems. |
| C | Information on Dow commercial and experimental catalysts not used at either Sarnia or Freeport for purposes of work for HRD (e.g. ESI catalysts). |
| D | Information on Dow commercial and experimental process conditions and equipment not used for the purposes of the work done for HRD (e.g. ESI, Dowlex, plants in Plaquemine, LA). |
| E | Information on actual catalyst efficiency data and costs for catalysts for the work done for HRD at Sarnia. |
| F | Diagrams and flow charts of sections of the plant or specific equipment that relates to the proprietary aspects of the Dow solution process, except for portions of flow charts showing the final stage of product isolation from the third devolatizer and downstream of the third stage devolatizer. |
| G | Methods/equipment used for on-line analysis for process control in Dow plants. |
| H | Manufacturer names for equipment where identity of the manufacturer would reveal key aspects of the Dow solution manufacturing system that are not related to the production or removal of light ends. |
| I | Information related to the operating conditions of the reactor, such as temperature, pressure, % solvent, % solids, flow rates, conversion. |
| J | Information relating to details of the construction of the reactor equipment or piping such as reactor type or reactor feed systems. |
| K | Information relating to the operating conditions of the devolatizer system with the exception of the third devolatizer. |
| L | Information relating to details of the construction of the process equipment or piping in the devolatizer system. |
| M | Information relating to the operating conditions of the Solvent Recovery and First Stage Vacuum System. |
| N | Information relating to the details of the construction of the process equipment or piping in the Solvent Recovery and First Stage Vacuum System. |
| O | Information on business plans or research projects that are not related to wax or adhesives. |
| P | Potential third party confidential information where we have been unable to obtain consent to disclose their information pursuant to the protective order. |
| Q | Information subject to the attorney/client privilege or the work-product immunity. |

# Redaction Log for DOW00108956-DOW00144840

| BATES RANGE | REDACTED INFORMATION | |
| --- | --- | --- |
| DOW 00108956-00108957 | DOW 00108956 | D, K, L, H |
| | DOW 00108957 | D, K, L, H |
| DOW 00108958-00108959 | DOW 00108958 | D, L, H |
| | DOW 00108959 | D, L, H |
| DOW 00108960-00108961 | DOW 00108960 | D, L, K |
| | DOW 00108961 | D, L, K, H |
| DOW 00108962-00108964 | DOW 00108962 | D, K, L |
| | DOW 00108963 | D, K, L, H |
| | DOW 00108964 | D, K, L, H |
| DOW 00108965-00108967 | DOW 00108965 | D, K, L |
| | DOW 00108966 | D, K, L |
| | DOW 00108967 | D, K, L, H |
| DOW 00109020-00109023 | DOW 00109020 | D, K, L |
| | DOW 00109021 | D, K, L |
| | DOW 00109022 | D, K, L |
| | DOW 00109023 | D, H, K, L |
| DOW 00109024-00109075 | DOW 00109024 | K |
| | DOW 00109025 | K |
| DOW 00109076-00109081 | DOW 00109076 | D, L, K |
| | DOW 00109077 | D, L, K |
| | DOW 00109078 | D, L, K |
| | DOW 00109079 | D, L, K |
| | DOW 00109080 | D, L, H |
| | DOW 00109081 | K |
| DOW 00109082-00109087 | DOW 00109082 | D, L, H, K |
| | DOW 00109083 | D, L, K, H |
| | DOW 00109084 | D, L, K |
| | DOW 00109085 | D, L, K |
| | DOW 00109086 | D, L, K, H |
| | DOW 00109087 | D, L, K, H |
| DOW 00109088-00109089 | DOW 00109089 | D, L |
| DOW 00109090-00109096 | DOW 00109090 | D, L |
| | DOW 00109091 | D |
| | DOW 00109092 | D |
| | DOW 00109093 | D, K, L |
| | DOW 00109094 | D |
| | DOW 00109095 | K, D, H |
| | DOW 00109096 | D, K, H |
| DOW 00109097-00109101 | DOW 00109097 | D, K, L |
| | DOW 00109098 | D, K, L |
| | DOW 00109099 | D, K, L |
| | DOW 00109100 | D, K, L, H |
| DOW 00109102-00109107 | DOW 00109102 | D |
| | DOW 00109103 | D, K, L |
| | DOW 00109104 | D, K, L |
| | DOW 00109105 | D, K, L |
| | DOW 00109106 | D, K, H |
| | DOW 00109107 | D, K, H |
| DOW 00109108-00109114 | DOW 00109108 | D |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00109109 | D, K, L |
| | DOW 00109110 | D, K, L |
| | DOW 00109111 | D, K, L |
| | DOW 00109112 | D, K |
| | DOW 00109113 | D, L, H |
| DOW 00109118-00109122 | DOW 00109118 | K, L |
| | DOW 00109119 | K, L |
| | DOW 00109120 | K, L |
| | DOW 00109121 | K, L |
| | DOW 00109122 | K, L |
| DOW 00109123-00109138 | DOW 00109136 | B |
| DOW 00109139-00109155 | DOW 00109140 | F, D |
| | DOW 00109142 | D, L |
| | DOW 00109145 | D, L |
| DOW 00109399-00109403 | DOW 00109400 | E, I |
| | DOW 00109401 | B, K |
| | DOW 00109402 | I |
| | DOW 00109403 | E |
| DOW 00109941-00109994 | DOW 00109954 | I, B, G |
| | DOW 00109955 | B, M, I |
| | DOW 00109956 | B, D |
| | DOW 00109957 | B, L, K, M |
| | DOW 00109958 | B, K, M |
| | DOW 00109960 | B |
| | DOW 00109962 | B |
| | DOW 00109963 | B, G |
| | DOW 00109964 | B |
| | DOW 00109969 | B, D |
| | DOW 00109971 | C, B, I |
| | DOW 00109972 | B, G |
| | DOW 00109973 | B, L |
| | DOW 00109976 | B |
| | DOW 00109977 | L, B |
| | DOW 00109978 | K |
| | DOW 00109982 | G |
| | DOW 00109984 | G |
| | DOW 00109986 | I, G |
| | DOW 00109987 | I, G |
| | DOW 00109988 | I, G |
| | DOW 00109993 | I, B, G |
| DOW 00110007-00110008 | DOW 00110007 | B, I, E, G |
| | DOW 00110008 | B, I |
| DOW 00110009-00110010 | DOW 00110009 | B, I, E |
| | DOW 00110010 | B, I |
| DOW 00110016-00110018 | DOW 00110016 | B, I |
| DOW 00110025 | DOW 00110025 | G |
| DOW 00110028-00110029 | DOW 00110028 | K, I |
| | DOW 00110029 | I |
| DOW 00110031-00110058 | DOW 00110032 | L |
| | DOW 00110033 | O |
| | DOW 00110034 | O, L |
| | DOW 00110035 | O |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00110036 | O |
| | DOW 00110041 | C |
| | DOW 00110042 | L |
| | DOW 00110044 | O |
| | DOW 00110045 | O |
| | DOW 00110046 | O |
| | DOW 00110047 | O |
| | DOW 00110048 | L, G |
| | DOW 00110049 | C |
| | DOW 00110052 | L, G, O |
| | DOW 00110053 | C, L |
| | DOW 00110054 | O |
| | DOW 00110056 | G |
| | DOW 00110057 | G |
| DOW 00110061-00110062 | DOW 00110061 | B, I |
| | DOW 00110062 | I, K, B |
| DOW 00110063-00110064 | DOW 00110063 | B |
| | DOW 00110064 | D, L |
| DOW 00110065-00110066 | DOW 00110066 | K, M, N |
| DOW 00110068-00110070 | DOW 00110068 | D, L |
| DOW 00110071-00110074 | DOW 00110072 | D, L |
| DOW 00110075-00110077 | DOW 00110076 | D, L |
| DOW 00110078-00110081 | DOW 00110079 | D, L |
| DOW 00110088-00110092 | DOW 00110090 | D, L |
| DOW 00110104-00110105 | DOW 00110104 | B |
| DOW 00110128 | DOW 00110128 | B |
| DOW 00110217-00110225 | DOW 00110221 | F, D |
| DOW 00110238 | DOW 00110238 | N |
| DOW 00110241 | DOW 00110241 | N |
| DOW 00110246-00110247 | DOW 00110246 | B |
| DOW 00110250-00110251 | DOW 00110250 | N |
| | DOW 00110251 | N |
| DOW 00110252-00110254 | DOW 00110252 | N |
| | DOW 00110253 | N |
| DOW 00110263-00110273 | DOW 00110265 | H, D |
| | DOW 00110266 | H, D |
| | DOW 00110267 | D |
| | DOW 00110268 | H, D |
| | DOW 00110269 | H |
| | DOW 00110270 | B |
| | DOW 00110271 | B |
| | DOW 00110272 | B |
| | DOW 00110273 | B |
| DOW 00110407-00110409 | DOW 00110408 | L |
| DOW 00110428-00110432 | DOW 00110429 | B |
| DOW 00110433-00110434 | DOW 00110433 | K |
| | DOW 00110434 | K |
| DOW 00110435-00110437 | DOW 00110435 | B, K |
| | DOW 00110436 | B, K |
| | DOW 00110437 | K |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00110438-00110447 | DOW 00110439 | B |
| | DOW 00110440 | B, M |
| | DOW 00110441 | B, M |
| | DOW 00110442 | K |
| | DOW 00110443 | K |
| | DOW 00110444 | B, I, M |
| | DOW 00110445 | B, M |
| | DOW 00110446 | K |
| | DOW 00110447 | K |
| DOW 00110448-00110449 | DOW 00110448 | B, I, J |
| | DOW 00110449 | B, I |
| DOW 00110451 | DOW 00110451 | B, I |
| DOW 00110452-00110462 | DOW 00110453 | B |
| | DOW 00110454 | B |
| | DOW 00110455 | B, M |
| | DOW 00110456 | B, M |
| | DOW 00110457 | K |
| | DOW 00110458 | K |
| | DOW 00110459 | K |
| | DOW 00110460 | B, I, M |
| | DOW 00110461 | B, M |
| | DOW 00110462 | K |
| DOW 00110491-00110493 | DOW 00110491 | L |
| | DOW 00110492 | B, L, D |
| | DOW 00110493 | B |
| DOW 00110494-00110497 | DOW 00110494 | L |
| | DOW 00110495 | L, B |
| | DOW 00110496 | L, B, G |
| | DOW 00110497 | I |
| DOW 00110498-00110501 | DOW 00110499 | L |
| | DOW 00110500 | B, L |
| | DOW 00110501 | I |
| DOW 00110505 | DOW 00110505 | G, L |
| DOW 00110513-00110515 | DOW 00110513 | D, K, L, B |
| | DOW 00110514 | B, D, K, L |
| | DOW 00110515 | B, D, L |
| DOW 00110568-00110571 | DOW 00110568 | B, D, L |
| | DOW 00110569 | B, D, K, L |
| | DOW 00110570 | B, D, K |
| | DOW 00110571 | B, D, K, L |
| DOW 00110625-00110662 | DOW 00110643 | A |
| | DOW 00110644 | A |
| DOW 00110743-00110772 | DOW 00110748 | D |
| | DOW 00110749 | J |
| | DOW 00110751 | B, G |
| | DOW 00110753 | B, D, L |
| | DOW 00110755 | K, L |
| | DOW 00110759 | B |
| | DOW 00110762 | D, L |
| DOW 00110773-00110803 | DOW 00110778 | D |
| | DOW 00110779 | J |
| | DOW 00110781 | B, G |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
|  | DOW 00110783 | B, D, L |
|  | DOW 00110785 | K, L |
|  | DOW 00110789 | B |
|  | DOW 00110792 | D, L |
| DOW 00110805-00110831 | DOW 00110808 | D |
|  | DOW 00110809 | J |
|  | DOW 00110810 | J, I |
|  | DOW 00110813 | F |
|  | DOW 00110816 | I, J, G |
|  | DOW 00110818 | B |
|  | DOW 00110821 | C |
|  | DOW 00110823 | B |
|  | DOW 00110824 | B |
|  | DOW 00110825 | I |
|  | DOW 00110827 | B |
| DOW 00110873 | DOW 00110873 | B, I |
| DOW 00110874-00110883 | DOW 00110875 | B |
|  | DOW 00110876 | B, M |
|  | DOW 00110877 | B, M |
|  | DOW 00110880 | B, I, M |
|  | DOW 00110881 | B, M |
|  | DOW 00110882 | K |
|  | DOW 00110883 | K |
| DOW 00110884-00110885 | DOW 00110884 | B, M, I, J, N |
|  | DOW 00110885 | B, I |
| DOW 00110886-00110890 | DOW 00110886 | I |
|  | DOW 00110887 | B, K, L, M, N |
|  | DOW 00110888 | B, M, I, N |
|  | DOW 00110889 | B, I |
|  | DOW 00110890 | B |
| DOW 00110891-00110894 | DOW 00110892 | B, M, N |
|  | DOW 00110893 | B |
| DOW 00110895-00110898 | DOW 00110895 | B, J, I, L, N |
|  | DOW 00110896 | B, M, N, I |
|  | DOW 00110897 | B |
| DOW 00110899 | DOW 00110899 | B |
| DOW 00110900-00110902 | DOW 00110900 | B, M, J |
|  | DOW 00110901 | B, I |
| DOW 00110903-00110904 | DOW 00110903 | B, M, N, I |
|  | DOW 00110904 | B, I |
| DOW 00110905-00110908 | DOW 00110905 | B, J |
|  | DOW 00110906 | J, B, K, L, I, M |
|  | DOW 00110907 | B, J, N, M |
|  | DOW 00110908 | B |
| DOW 00110909-00110912 | DOW 00110909 | B |
|  | DOW 00110910 | B, K, L, M, N |
|  | DOW 00110911 | B, M, N |
|  | DOW 00110912 | B |
| DOW 00110913-00110914 | DOW 00110913 | B, M, N, I |
|  | DOW 00110914 | B, I |
| DOW 00110915-00110917 | DOW 00110915 | B, I, M |
|  | DOW 00110916 | B, M, I, J |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00110918-00110921 | DOW 00110918 | B, M, K, N, I |
| | DOW 00110919 | B, M, I, N |
| | DOW 00110920 | I, M, B, G, J |
| DOW 00110922-00110925 | DOW 00110922 | B, I, J, M, N, K |
| | DOW 00110923 | B, I, M, J, N |
| | DOW 00110924 | I, B, M |
| DOW 00110926-00110928 | DOW 00110926 | B |
| | DOW 00110927 | B |
| | DOW 00110928 | B |
| DOW 00110929-00110930 | DOW 00110929 | B |
| DOW 00110931 | DOW 00110931 | B, J |
| DOW 00110932-00110936 | DOW 00110934 | I |
| | DOW 00110936 | B |
| DOW 00110939-00110940 | DOW 00110939 | I, B, K |
| | DOW 00110940 | K |
| DOW 00110941 | DOW 00110941 | G, B |
| DOW 00110943-00110945 | DOW 00110943 | B, K, I |
| | DOW 00110944 | I |
| | DOW 00110945 | B, K |
| DOW 00110946 | DOW 00110946 | B, I, K, M |
| DOW 00110948 | DOW 00110948 | G |
| DOW 00110949 | DOW 00110949 | G |
| DOW 00110950-00110966 | DOW 00110951 | F |
| | DOW 00110956 | F |
| DOW 00110976-00110980 | DOW 00110978 | B |
| DOW 00110982-00111013 | DOW 00110985 | D |
| | DOW 00110986 | D |
| | DOW 00110987 | J |
| | DOW 00110988 | J, C |
| | DOW 00110989 | J, B |
| | DOW 00110990 | I, J |
| | DOW 00110991 | I, J |
| | DOW 00110992 | I, J |
| | DOW 00110993 | B, G |
| | DOW 00110994 | D, B, L |
| | DOW 00110995 | B, K, L |
| | DOW 00110996 | B, D, L |
| | DOW 00110997 | B, N |
| | DOW 00110998 | D |
| | DOW 00111001 | B, L |
| | DOW 00111004 | D, L |
| | DOW 00111007 | B, D, L |
| | DOW 00111008 | B, D, L |
| | DOW 00111009 | B, D, L, N |
| | DOW 00111010 | L |
| | DOW 00111011 | B, N |
| DOW 00111024-00111025 | DOW 00111024 | B, L |
| DOW 00111026-00111027 | DOW 00111026 | I |
| DOW 00111030-00111032 | DOW 00111030 | I |
| | DOW 00111031 | I |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00111033-00111034 | DOW 00111033 | I, B |
| DOW 00111035-00111036 | DOW 00111035 | B, K, I |
| DOW 00111037-00111040 | DOW 00111037 | I, B, K |
| | DOW 00111038 | I |
| | DOW 00111039 | I, B, K |
| DOW 00111047-00111048 | DOW 00111047 | K |
| DOW 00111049-00111051 | DOW 00111049 | G |
| | DOW 00111050 | G |
| | DOW 00111051 | G |
| DOW 00111052-00111057 | DOW 00111053 | B, L |
| | DOW 00111055 | I |
| | DOW 00111056 | B, L |
| | DOW 00111057 | B |
| DOW 00111058-00111120 | DOW 00111063 | B, D |
| | DOW 00111065 | I |
| | DOW 00111068 | B, D |
| | DOW 00111069 | B, I |
| | DOW 00111070 | K, D |
| | DOW 00111073 | D, I |
| | DOW 00111074 | D, L |
| | DOW 00111075 | B, D, L |
| | DOW 00111078 | H |
| | DOW 00111079 | J, I |
| | DOW 00111081 | B, I, J, G |
| | DOW 00111083 | B |
| | DOW 00111085 | B, K, D |
| | DOW 00111086 | B, K |
| | DOW 00111087 | F, D |
| | DOW 00111089 | K |
| | DOW 00111094 | B |
| | DOW 00111103 | D, L |
| | DOW 00111116 | B |
| | DOW 00111117 | B |
| DOW 00111122-00111127 | DOW 00111123 | K |
| DOW 00111130 | DOW 00111130 | M |
| DOW 00111131 | DOW 00111131 | B, M, K |
| DOW 00111132 | DOW 00111132 | B |
| DOW 00111133-00111169 | DOW 00111133 | B, K |
| | DOW 00111134 | I, B |
| | DOW 00111135 | B, I |
| | DOW 00111136 | B, K |
| | DOW 00111137 | B, K |
| | DOW 00111138 | B, K |
| | DOW 00111139 | B, K |
| | DOW 00111140 | B, K |
| | DOW 00111141 | B, K |
| | DOW 00111142 | B, M |
| | DOW 00111143 | B, M |
| | DOW 00111144 | B, M |
| | DOW 00111145 | B, L, K |
| | DOW 00111146 | B, K, L |
| | DOW 00111147 | B, K, M |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00111148 | B, I, M |
| | DOW 00111149 | B, K |
| | DOW 00111150 | B |
| | DOW 00111151 | K |
| | DOW 00111152 | K, I |
| | DOW 00111153 | K, B, I |
| | DOW 00111154 | K, B |
| | DOW 00111155 | K |
| | DOW 00111156 | K |
| | DOW 00111157 | K |
| | DOW 00111158 | K |
| | DOW 00111159 | K |
| | DOW 00111160 | M |
| | DOW 00111161 | M |
| | DOW 00111162 | M |
| | DOW 00111163 | K, L |
| | DOW 00111164 | K, L |
| | DOW 00111165 | K, M |
| | DOW 00111166 | I, M |
| | DOW 00111167 | K |
| DOW 00111170-00111171 | DOW 00111170 | G |
| | DOW 00111171 | G, B |
| DOW 00111172-00111174 | DOW 00111172 | G |
| | DOW 00111173 | G |
| | DOW 00111174 | G |
| DOW 00111175 | DOW 00111175 | B, M, N |
| DOW 00111176 | DOW 00111176 | B, M, N |
| DOW 00111177 | DOW 00111177 | B, M, N |
| DOW 00111182-00111197 | DOW 00111185 | F |
| | DOW 00111194 | B, M |
| DOW 00111198-00111213 | DOW 00111201 | F |
| | DOW 00111205 | B |
| | DOW 00111206 | B |
| | DOW 00111208 | B, K |
| | DOW 00111209 | K |
| | DOW 00111210 | B, M, N |
| DOW 00111215-00111221 | DOW 00111218 | B |
| DOW 00111237-00111241 | DOW 00111237 | D, C |
| | DOW 00111238 | D, H |
| | DOW 00111240 | D, L |
| | DOW 00111241 | D |
| DOW 00111242-00111246 | DOW 00111245 | D |
| DOW 00111350 | DOW 00111350 | Q |
| DOW 00111575-00111579 | DOW 00111575 | D, L |
| | DOW 00111576 | I |
| | DOW 00111577 | K, D, B, L |
| | DOW 00111578 | N |
| DOW 00111637-00111639 | DOW 00111637 | O |
| DOW 00111641-00111645 | DOW 00111642 | C |
| DOW 00111646-00111650 | DOW 00111647 | C |
| DOW 00111655-00111659 | DOW 00111656 | C |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00111662-00111664 | DOW 00111662 | O |
| DOW 00111667-00111671 | DOW 00111668 | C |
| DOW 00111677-00111681 | DOW 00111678 | C |
| DOW 00111685-00111689 | DOW 00111686 | C |
| DOW 00111804-00111805 | DOW 00111804 | B |
| DOW 00111968-00111969 | DOW 00111968 | O, G |
| | DOW 00111969 | G |
| DOW 00111971 | DOW 00111971 | G |
| DOW 00111984-00112010 | DOW 00111984 | O |
| | DOW 00111985 | O |
| | DOW 00111986 | O |
| DOW 00112011-00112012 | DOW 00112011 | B, K, I |
| DOW 00112013-00112014 | DOW 00112013 | G, B |
| | DOW 00112014 | G, B |
| DOW 00112035 | DOW 00112035 | B, I |
| DOW 00112036-00112045 | DOW 00112037 | B |
| | DOW 00112038 | B, M |
| | DOW 00112039 | B, M |
| | DOW 00112042 | B, I, M |
| | DOW 00112043 | B, M |
| | DOW 00112044 | K |
| | DOW 00112045 | K |
| DOW 00112046-00112050 | DOW 00112047 | B, L, N |
| | DOW 00112048 | B, I, M |
| | DOW 00112049 | B, I |
| | DOW 00112050 | B |
| DOW 00112051-00112054 | DOW 00112051 | I |
| | DOW 00112052 | B, L, J |
| | DOW 00112053 | B, M, I |
| | DOW 00112054 | B, I |
| DOW 00112055-00112057 | DOW 00112055 | B, I, M, N |
| | DOW 00112056 | B |
| DOW 00112058-00112061 | DOW 00112058 | B, L, N, K, M |
| | DOW 00112059 | J, M, I, N |
| | DOW 00112060 | N, B, I |
| | DOW 00112061 | B |
| DOW 00112062-00112063 | DOW 00112062 | B, M, N |
| | DOW 00112063 | B |
| DOW 00112064 | DOW 00112064 | B |
| DOW 00112067 | DOW 00112067 | B |
| DOW 00112068-00112078 | DOW 00112069 | B |
| | DOW 00112070 | B |
| | DOW 00112071 | B, M |
| | DOW 00112072 | B, M |
| | DOW 00112075 | K |
| | DOW 00112076 | B, I, M |
| | DOW 00112077 | B, M |
| | DOW 00112078 | K |
| DOW 00112104-00112108 | DOW 00112105 | C |
| DOW 00112110-00112114 | DOW 00112111 | C |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00112120-00112121 | DOW 00112120 | D, J, B |
| | DOW 00112121 | D |
| DOW 00112124-00112126 | DOW 00112124 | D, L, J |
| DOW 00112190-00112194 | DOW 00112190 | O, D |
| | DOW 00112191 | D |
| | DOW 00112193 | D |
| | DOW 00112194 | D |
| DOW 00112195-00112199 | DOW 00112198 | J, L |
| DOW 00112214-00112250 | DOW 00112219 | D, O |
| | DOW 00112220 | D, O |
| | DOW 00112222 | C, I |
| | DOW 00112223 | I |
| | DOW 00112224 | I |
| | DOW 00112225 | C, E |
| | DOW 00112226 | D, E |
| | DOW 00112228 | C |
| | DOW 00112229 | C |
| | DOW 00112236 | I |
| | DOW 00112237 | D, J, L |
| DOW 00112251-00112288 | DOW 00112256 | D |
| | DOW 00112257 | D, O |
| | DOW 00112258 | D |
| | DOW 00112261 | C, E |
| | DOW 00112262 | I |
| | DOW 00112263 | I, E |
| | DOW 00112264 | I, E |
| | DOW 00112265 | E |
| | DOW 00112266 | C |
| | DOW 00112274 | I |
| | DOW 00112275 | D, J, L |
| DOW 00112301-00112302 | DOW 00112301 | D, L |
| | DOW 00112302 | D, L |
| DOW 00112303-00112304 | DOW 00112303 | I |
| | DOW 00112304 | D, K, L |
| DOW 00112305-00112307 | DOW 00112307 | E |
| DOW 00112308-00112309 | DOW 00112308 | D, L |
| DOW 00112320-00112322 | DOW 00112320 | D, L |
| | DOW 00112321 | D, L |
| DOW 00112435-00112438 | DOW 00112435 | G, J |
| | DOW 00112436 | I |
| DOW 00112439-00112442 | DOW 00112439 | G |
| | DOW 00112440 | G |
| DOW 00112443-00112444 | DOW 00112443 | C, I |
| DOW 00112445-00112447 | DOW 00112445 | I |
| | DOW 00112446 | B, I |
| | DOW 00112447 | I |
| DOW 00112454-00112457 | DOW 00112454 | D, L |
| DOW 00112678-00112679 | DOW 00112678 | B, L |
| DOW 00112680-00112682 | DOW 00112680 | I, B |
| | DOW 00112681 | B, K |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00112683-00112685 | DOW 00112683 | I |
| | DOW 00112684 | I, B, K |
| DOW 00112686-00112687 | DOW 00112686 | I |
| DOW 00112697-00112711 | DOW 00112698 | I, B, G, L |
| | DOW 00112699 | L, B |
| | DOW 00112704 | L |
| | DOW 00112705 | L |
| | DOW 00112707 | I, B, G |
| DOW 00112713-00112727 | DOW 00112714 | I, L, B, G |
| | DOW 00112715 | B, L |
| | DOW 00112720 | L |
| | DOW 00112721 | L |
| | DOW 00112723 | I, G, B |
| DOW 00112728 | DOW 00112728 | M, D, N |
| DOW 00112731-00112732 | DOW 00112731 | M, N, D |
| DOW 00112734-00112736 | DOW 00112734 | G |
| | DOW 00112735 | G |
| DOW 00112748-00112750 | DOW 00112748 | I |
| | DOW 00112749 | I |
| DOW 00112751-00112752 | DOW 00112751 | I |
| DOW 00112753-00112815 | DOW 00112754 | I, E, J |
| | DOW 00112755 | I, E, J |
| | DOW 00112756 | B |
| | DOW 00112757 | K, L |
| | DOW 00112759 | B |
| | DOW 00112760 | K, L, M, N |
| | DOW 00112761 | K, L, M, N, D |
| | DOW 00112763 | K, L |
| | DOW 00112769 | B, G |
| | DOW 00112770 | I, K, G |
| DOW 00112816-00112819 | DOW 00112816 | I |
| | DOW 00112817 | I, J |
| | DOW 00112818 | I |
| DOW 00112873-00112874 | DOW 00112873 | C |
| DOW 00112880-00112881 | DOW 00112880 | B |
| DOW 00112890-00112893 | DOW 00112890 | G |
| | DOW 00112891 | G |
| | DOW 00112892 | G |
| DOW 00112899-00112902 | DOW 00112899 | G |
| | DOW 00112900 | G |
| | DOW 00112902 | G |
| DOW 00112904-00112907 | DOW 00112904 | G, D |
| | DOW 00112905 | G |
| | DOW 00112906 | G |
| DOW 00112909-00112913 | DOW 00112910 | D, L, J |
| | DOW 00112912 | D |
| | DOW 00112913 | D |
| DOW 00112914-00112917 | DOW 00112915 | D, L, J |
| | DOW 00112917 | D |
| DOW 00112919-00112921 | DOW 00112920 | D |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00112921 | D, L, H |
| DOW 00112923-00112924 | DOW 00112924 | B |
| DOW 00112925-00112926 | DOW 00112925 | I |
| | DOW 00112926 | I |
| DOW 00112927-00112929 | DOW 00112928 | I, J |
| | DOW 00112929 | I |
| DOW 00112930-00112931 | DOW 00112931 | O |
| DOW 00112975-00112983 | DOW 00112977 | O |
| DOW 00112995-00112997 | DOW 00112995 | O |
| DOW 00113001-00113003 | DOW 00113001 | O |
| DOW 00113005-00113011 | DOW 00113010 | B, I |
| DOW 00113070-00113074 | DOW 00113071 | G, L |
| | DOW 00113072 | B, G |
| | DOW 00113073 | G, B |
| DOW 00113076-00113081 | DOW 00113077 | G, L |
| | DOW 00113078 | B, G |
| | DOW 00113079 | B, G |
| DOW 00113088-00113093 | DOW 00113088 | C, O |
| | DOW 00113089 | O |
| | DOW 00113090 | C, O |
| | DOW 00113091 | O |
| | DOW 00113092 | C, O |
| | DOW 00113093 | O |
| DOW 00113096-00113101 | DOW 00113097 | G, L |
| | DOW 00113098 | B, G |
| | DOW 00113099 | G, B |
| | DOW 00113100 | B |
| DOW 00113102-00113103 | DOW 00113102 | B |
| DOW 00113110-00113111 | DOW 00113110 | I |
| DOW 00113115 | DOW 00113115 | E |
| DOW 00113116-00113117 | DOW 00113116 | E, I |
| DOW 00113118-00113119 | DOW 00113118 | E, I |
| DOW 00113122-00113125 | DOW 00113122 | I |
| | DOW 00113123 | B |
| DOW 00113126-00113128 | DOW 00113126 | I, B |
| DOW 00113129-00113130 | DOW 00113129 | G, I, K, E |
| DOW 00113131-00113132 | DOW 00113131 | G, I, E, K, L |
| DOW 00113133 | DOW 00113133 | G, I, J, E, K |
| DOW 00113136-00113138 | DOW 00113136 | B, M, G |
| | DOW 00113137 | M, B, K, I, G |
| | DOW 00113138 | K, D, L, I |
| DOW 00113139-00113141 | DOW 00113139 | B, I |
| | DOW 00113140 | B, M, G, K, D, L |
| | DOW 00113141 | B, K, D, L |
| DOW 00113149 | DOW 00113149 | E |
| DOW 00113155 | DOW 00113155 | E |
| DOW 00113157 | DOW 00113157 | E, I |
| DOW 00113159-00113170 | DOW 00113163 | B |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00113165 | B, I, G |
| | DOW 00113166 | B |
| | DOW 00113168 | B |
| | DOW 00113169 | B |
| DOW 00113171-00113172 | DOW 00113171 | B |
| DOW 00113174 | DOW 00113174 | E, I |
| DOW 00113175-00113176 | DOW 00113175 | B |
| DOW 00113178 | DOW 00113178 | E, I |
| DOW 00113180 | DOW 00113180 | B, E |
| DOW 00113206-00113207 | DOW 00113207 | I, B |
| DOW 00113209-00113255 | DOW 00113209 | I |
| | DOW 00113222 | I, G |
| | DOW 00113223 | B, K, D, L |
| | DOW 00113224 | B, K, M, D, L |
| | DOW 00113225 | B, K, M |
| | DOW 00113229 | B |
| | DOW 00113231 | B, G |
| | DOW 00113232 | B, G |
| | DOW 00113233 | B |
| | DOW 00113239 | B |
| | DOW 00113240 | B, I, D, L |
| | DOW 00113241 | B |
| | DOW 00113242 | B |
| | DOW 00113243 | B, I |
| | DOW 00113244 | B, D, L, K |
| | DOW 00113247 | G |
| | DOW 00113248 | G, I, B |
| | DOW 00113249 | G, I, B |
| | DOW 00113253 | B, I, K |
| | DOW 00113255 | B, I, K, M, E |
| DOW 00113257-00113306 | DOW 00113257 | I |
| | DOW 00113270 | I, G |
| | DOW 00113271 | B, K, D, L |
| | DOW 00113272 | B, K, M, D, L |
| | DOW 00113273 | B, K, M |
| | DOW 00113277 | B |
| | DOW 00113280 | B, G |
| | DOW 00113281 | B, G |
| | DOW 00113282 | B |
| | DOW 00113288 | B |
| | DOW 00113289 | B, I, D, L |
| | DOW 00113290 | B |
| | DOW 00113291 | B |
| | DOW 00113292 | B |
| | DOW 00113293 | B, I |
| | DOW 00113294 | B, D, L, K |
| | DOW 00113295 | B |
| | DOW 00113298 | G |
| | DOW 00113299 | G, I, B |
| | DOW 00113300 | G, I, B |
| | DOW 00113304 | B, I, K |
| | DOW 00113306 | B, I, K, M, E |
| DOW 00113307-00113308 | DOW 00113307 | I |

14

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00113309 | DOW 00113309 | I, E, B |
| DOW 00113310-00113312 | DOW 00113310 | B, I, J |
| | DOW 00113311 | B, I, K |
| DOW 00113317 | DOW 00113317 | B, I |
| DOW 00113318-00113319 | DOW 00113319 | B |
| DOW 00113320-00113322 | DOW 00113320 | B, M, I |
| | DOW 00113321 | B |
| | DOW 00113322 | B |
| DOW 00113326-00113327 | DOW 00113326 | B |
| | DOW 00113327 | B |
| DOW 00113337-00113360 | DOW 00113344 | B, G, I |
| | DOW 00113345 | K, B, L |
| | DOW 00113346 | B, M, K |
| | DOW 00113347 | B |
| | DOW 00113350 | B |
| | DOW 00113355 | B, I, E |
| | DOW 00113356 | B |
| | DOW 00113357 | B, I |
| | DOW 00113358 | L, K, B |
| | DOW 00113359 | B |
| | DOW 00113360 | I, G, B |
| DOW 00113367-00113368 | DOW 00113367 | B, I, E |
| DOW 00113369-00113370 | DOW 00113369 | B, I |
| | DOW 00113370 | B, E, I |
| DOW 00113371-00113372 | DOW 00113371 | E, I, B |
| | DOW 00113372 | B, I |
| DOW 00113373-00113374 | DOW 00113373 | I, B, E |
| | DOW 00113374 | B, I |
| DOW 00113380-00113385 | DOW 00113381 | K |
| | DOW 00113383 | B, L, G |
| | DOW 00113385 | I |
| DOW 00113392-00113397 | DOW 00113392 | I |
| | DOW 00113393 | I, B |
| | DOW 00113394 | I, E, G |
| | DOW 00113395 | I |
| | DOW 00113396 | I |
| | DOW 00113397 | I |
| DOW 00113400-00113402 | DOW 00113400 | I, J |
| DOW 00113403-00113406 | DOW 00113403 | I |
| | DOW 00113404 | H, J |
| DOW 00113448-00113454 | DOW 00113451 | K |
| | DOW 00113452 | K |
| DOW 00113459-00113464 | DOW 00113459 | D |
| | DOW 00113460 | I, M |
| | DOW 00113461 | I |
| DOW 00113476-00113488 | DOW 00113476 | D |
| | DOW 00113477 | D |
| | DOW 00113478 | D, G, L |
| | DOW 00113479 | D, G |
| | DOW 00113480 | G, D, L |
| | DOW 00113481 | G |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00113482 | E, I |
| | DOW 00113483 | G, I, M, D, L |
| | DOW 00113484 | D, G |
| | DOW 00113485 | G, I, B |
| DOW 00113489-00113498 | DOW 00113489 | D |
| | DOW 00113490 | D |
| | DOW 00113491 | D, L |
| | DOW 00113492 | G |
| | DOW 00113493 | I, G, M |
| | DOW 00113494 | I, D |
| | DOW 00113495 | G, I, J |
| DOW 00113499-00113503 | DOW 00113500 | D |
| DOW 00113714 | DOW 00113714 | I |
| DOW 00113949-00113965 | DOW00113954 | I |
| | DOW00113955 | I |
| | DOW00113956 | I, E |
| DOW 00114035-00114040 | DOW 00114035 | D, L |
| | DOW 00114036 | D, K, L, H |
| | DOW 00114037 | D, K, L |
| | DOW 00114038 | D, K, L |
| | DOW 00114039 | D, K, L, H |
| | DOW 00114040 | D, K, L, H |
| DOW 00114042-00114055 | DOW 00114054 | Q |
| | DOW 00114055 | Q |
| DOW 00114058-00114071 | DOW 00114070 | Q |
| | DOW 00114071 | Q |
| DOW 00114073-00114086 | DOW 00114085 | Q |
| DOW 00114126-00114129 | DOW 00114126 | G |
| DOW 00114206-00114210 | DOW 00114207 | G |
| DOW 00114211-00114214 | DOW 00114211 | G |
| DOW 00114215-00114221 | DOW 00114215 | I |
| | DOW 00114216 | G |
| | DOW 00114217 | G |
| | DOW 00114218 | G |
| DOW 00114226-00114229 | DOW 00114226 | G |
| | DOW 00114227 | G |
| DOW 00114230-00114235 | DOW 00114232 | D, G |
| DOW 00114236-00114243 | DOW 00114237 | I |
| | DOW 00114238 | G |
| | DOW 00114239 | G |
| DOW 00114244-00114252 | DOW 00114245 | I |
| | DOW 00114247 | G |
| DOW 00114314-00114315 | DOW 00114314 | I |
| DOW 00114462-00114464 | DOW 00114462 | O |
| | DOW 00114463 | O |
| DOW 00114490-00114492 | DOW 00114490 | O |
| | DOW 00114491 | O |
| | DOW 00114492 | O |
| DOW 00114493-00114494 | DOW 00114493 | O |
| DOW 00114495-00114496 | DOW 00114495 | O |

16

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00114507-00114508 | DOW 00114507 | D |
| DOW 00114577 | DOW 00114577 | B |
| DOW 00115121-00115122 | DOW 00115121 | K |
| | DOW 00115122 | K |
| DOW 00115125-00115126 | DOW 00115125 | O |
| DOW 00115127-00115128 | DOW 00115127 | O |
| DOW 00115129-00115159 | DOW 00115134 | D, O |
| | DOW 00115135 | D, O |
| | DOW 00115136 | D |
| | DOW 00115142 | E |
| | DOW 00115152 | D, J, L |
| DOW 00115163-00115164 | DOW 00115163 | D, O, C |
| | DOW 00115164 | D, O |
| DOW 00115724 | DOW 00115724 | B, I |
| DOW 00115725-00115727 | DOW 00115725 | B, M |
| | DOW 00115726 | B |
| | DOW 00115727 | B |
| DOW 00115755-00115758 | DOW 00115756 | K |
| | DOW 00115757 | K |
| | DOW 00115758 | I |
| DOW 00115759-00115760 | DOW 00115759 | B, K |
| DOW 00115769-00115770 | DOW 00115769 | D, L |
| | DOW 00115770 | D, L |
| DOW 00115778-00115818 | DOW 00115796 | A |
| | DOW 00115797 | A |
| DOW 00115856-00115860 | DOW 00115856 | D |
| | DOW 00115857 | I |
| | DOW 00115858 | B, D, L |
| | DOW 00115859 | N |
| DOW 00115928-00115941 | DOW 00115931 | O |
| | DOW 00115932 | O |
| | DOW 00115934 | O |
| | DOW 00115935 | O |
| | DOW 00115936 | O |
| | DOW 00115937 | O |
| | DOW 00115938 | O |
| DOW 00115942-00115954 | DOW 00115945 | O |
| | DOW 00115946 | O |
| | DOW 00115947 | O |
| | DOW 00115948 | O |
| | DOW 00115949 | O |
| | DOW 00115950 | O |
| | DOW 00115951 | O |
| | DOW 00115952 | O |
| | DOW 00115953 | O |
| DOW 00115958-00115964 | DOW 00115961 | B |
| DOW 00115981-00115997 | DOW 00115982 | F |
| | DOW 00115987 | F |
| DOW 00115998-00116014 | DOW 00115999 | F |
| | DOW 00116004 | F |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00128888-00128890 | DOW 00128889 | L |
| DOW 00128891-00128899 | DOW 00128891 | B, K |
| | DOW 00128892 | K |
| | DOW 00128893 | B, K |
| | DOW 00128894 | K |
| | DOW 00128895 | I, K, B |
| | DOW 00128896 | B, K |
| | DOW 00128897 | B, K, I |
| | DOW 00128898 | B, K |
| | DOW 00128899 | L |
| DOW 00128900-00128906 | DOW 00128900 | I, B, K |
| | DOW 00128901 | I, B, K |
| | DOW 00128902 | I, B, K |
| | DOW 00128903 | B, K |
| | DOW 00128904 | I, B, K |
| | DOW 00128905 | B, K |
| | DOW 00128906 | L |
| DOW 00128907-00128908 | DOW 00128907 | B, K |
| | DOW 00128908 | B, K |
| DOW 00129089-00129101 | DOW 00129096 | C |
| DOW 00129102-00129105 | DOW 00129103 | K |
| | DOW 00129104 | K |
| | DOW 00129105 | I |
| DOW 00143721-00143725 | DOW 00143724 | B |
| DOW 00143734-00143738 | DOW 00143734 | D |
| | DOW 00143735 | D |
| | DOW 00143737 | O |
| | DOW 00143738 | D |
| DOW 00143739-00143745 | DOW 00143739 | D |
| | DOW 00143740 | D |
| | DOW 00143741 | F |
| | DOW 00143742 | D |
| | DOW 00143743 | O |
| | DOW 00143744 | D |
| DOW 00143747-00143751 | DOW 00143747 | O, D |
| | DOW 00143748 | D |
| | DOW 00143749 | O |
| | DOW 00143750 | O |
| DOW 00143758-00143759 | DOW 00143758 | B, I, K |
| | DOW 00143759 | B, M |
| DOW 00143765 | DOW 00143765 | B, K |
| DOW 00143765 | DOW 00143765 | B, I |
| DOW 00143769-00143770 | DOW 00143769 | B |
| DOW 00143771-00143773 | DOW 00143771 | B, K |
| | DOW 00143772 | K |
| DOW 00143774-00143775 | DOW 00143774 | K |
| DOW 00143776-00143777 | DOW 00143776 | M, N, D |
| DOW 00143781-00143782 | DOW 00143782 | D, O, K, L |
| DOW 00143783 | DOW 00143783 | G, I |
| DOW 00143825-00143826 | DOW 00143825 | K, L |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00143828 | DOW 00143828 | B |
| DOW 00143838-00143908 | DOW 00143843 | B |
| | DOW 00143844 | B |
| | DOW 00143847 | J |
| | DOW 00143848 | J |
| | DOW 00143849 | L |
| | DOW 00143850 | J, L |
| | DOW 00143851 | J, L |
| | DOW 00143852 | L |
| | DOW 00143853 | B, L, N |
| | DOW 00143854 | L |
| | DOW 00143855 | B, J, N |
| | DOW 00143856 | B, J, N |
| | DOW 00143857 | B, L |
| | DOW 00143867 | L |
| | DOW 00143873 | B |
| | DOW 00143877 | L |
| | DOW 00143878 | L |
| | DOW 00143879 | L |
| | DOW 00143880 | L |
| | DOW 00143881 | L |
| | DOW 00143882 | L |
| | DOW 00143883 | L |
| | DOW 00143884 | L |
| | DOW 00143885 | L |
| | DOW 00143886 | L |
| | DOW 00143887 | L |
| | DOW 00143888 | L |
| | DOW 00143889 | L |
| | DOW 00143890 | L |
| | DOW 00143891 | L |
| | DOW 00143893 | L |
| | DOW 00143894 | L |
| | DOW 00143895 | L |
| | DOW 00143896 | L |
| | DOW 00143897 | L |
| | DOW 00143901 | L |
| | DOW 00143902 | L |
| | DOW 00143903 | L |
| | DOW 00143904 | L |
| | DOW 00143905 | L |
| DOW 00143910-00144021 | DOW 00143914 | B |
| | DOW 00143916 | B |
| | DOW 00143922 | B, D |
| | DOW 00144008 | B |
| DOW 00144022-00144133 | DOW 00144026 | B |
| | DOW 00144028 | B |
| | DOW 00144034 | B |
| | DOW 00144082 | B |
| | DOW 00144084 | B |
| | DOW 00144108 | B |
| | DOW 00144110 | B |
| | DOW 00144120 | B |
| DOW 00144135-00144168 | DOW 00144140 | B |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00144150 | B |
| | DOW 00144151 | B |
| | DOW 00144156 | B |
| | DOW 00144159 | B, L |
| | DOW 00144160 | B |
| | DOW 00144165 | B |
| DOW 00144175-00144177 | DOW 00144175 | B |
| DOW 00144195-00144199 | DOW 00144197 | I, G |
| | DOW 00144198 | B |
| DOW 00144210-00144218 | DOW 00144213 | B |
| | DOW 00144214 | B |
| | DOW 00144216 | B |
| | DOW 00144217 | B |
| | DOW 00144218 | B |
| DOW 00144219-00144306 | DOW 00144277 | B |
| | DOW 00144278 | B |
| DOW 00144308-00144395 | DOW 00144366 | B |
| | DOW 00144367 | B |
| | DOW 00144381 | B, C |
| DOW 00144397-00144484 | DOW 00144455 | C, B |
| | DOW 00144456 | B |
| | DOW 00144470 | B |
| DOW 00144486-00144573 | DOW 00144544 | B, C |
| | DOW 00144545 | B |
| | DOW 00144559 | B |
| DOW 00144574 | DOW 00144574 | B |
| DOW 00144575 | DOW 00144575 | B, K |
| DOW 00144576 | DOW 00144576 | B, I |
| DOW 00144577 | DOW 00144577 | B, I |
| DOW 00144578-00144587 | DOW 00144579 | B |
| | DOW 00144580 | B, M |
| | DOW 00144581 | B, M |
| | DOW 00144584 | B, I, M |
| | DOW 00144585 | B, K, M |
| | DOW 00144586 | K |
| | DOW 00144587 | K |
| DOW 00144589-00144592 | DOW 00144589 | B |
| | DOW 00144590 | B, I, J, M, N |
| | DOW 00144591 | B, I, M, N, J |
| | DOW 00144592 | B |
| DOW 00144593-00144596 | DOW 00144593 | I, M |
| | DOW 00144594 | B, K, I, M |
| | DOW 00144595 | I, M, B, J, N |
| | DOW 00144596 | B, I |
| DOW 00144597-00144600 | DOW 00144598 | B, I, M |
| | DOW 00144599 | B, M, J, N |
| | DOW 00144600 | B, M |
| DOW 00144601-00144604 | DOW 00144601 | B, I |
| | DOW 00144602 | B, I, M |
| | DOW 00144603 | B, I, M, J |
| | DOW 00144604 | B, I |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| DOW 00144605-00144607 | DOW 00144605 | B, I, M |
| | DOW 00144606 | B, I, M |
| DOW 00144608 | DOW 00144608 | B |
| DOW 00144609-00144612 | DOW 00144609 | B, M, K |
| | DOW 00144610 | B, I, M |
| | DOW 00144611 | I, B |
| DOW 00144646-00144661 | DOW 00144649 | F |
| | DOW 00144658 | B, M, N |
| DOW 00144662 | DOW 00144662 | B, I |
| DOW 00144663-00144673 | DOW 00144664 | B |
| | DOW 00144665 | B |
| | DOW 00144666 | B, M |
| | DOW 00144667 | B, M |
| | DOW 00144670 | K |
| | DOW 00144671 | B, I, M |
| | DOW 00144672 | B, M |
| | DOW 00144673 | K |
| DOW 00144674-00144675 | DOW 00144674 | B |
| DOW 00144677-00144712 | DOW 00144685 | E |
| | DOW 00144686 | E |
| | DOW 00144691 | E |
| | DOW 00144692 | I |
| | DOW 00144693 | B, I |
| | DOW 00144694 | B, K |
| | DOW 00144700 | I |
| | DOW 00144702 | I |
| | DOW 00144703 | I |
| | DOW 00144704 | I |
| | DOW 00144705 | I |
| | DOW 00144707 | I |
| | DOW 00144708 | G |
| | DOW 00144709 | I |
| | DOW 00144710 | E |
| DOW 00144715-00144751 | DOW 00144724 | E |
| | DOW 00144725 | E |
| | DOW 00144730 | E |
| | DOW 00144731 | I |
| | DOW 00144732 | I, B |
| | DOW 00144733 | B, I |
| | DOW 00144739 | I |
| | DOW 00144741 | I |
| | DOW 00144742 | I |
| | DOW 00144743 | I |
| | DOW 00144744 | I |
| | DOW 00144746 | I |
| | DOW 00144747 | G |
| | DOW 00144748 | I |
| | DOW 00144749 | E |
| DOW 00144752-00144788 | DOW 00144752 | B, K |
| | DOW 00144753 | B, I |
| | DOW 00144754 | B, I |
| | DOW 00144755 | B, K |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00144756 | B, K |
| | DOW 00144757 | B, K |
| | DOW 00144758 | B, K |
| | DOW 00144759 | B, K |
| | DOW 00144760 | B, K |
| | DOW 00144761 | B, M |
| | DOW 00144762 | B, M |
| | DOW 00144763 | B, M |
| | DOW 00144764 | B, L |
| | DOW 00144765 | B, K, L |
| | DOW 00144766 | B, K, M |
| | DOW 00144767 | B, I, M |
| | DOW 00144768 | B, K |
| | DOW 00144769 | B |
| | DOW 00144770 | K |
| | DOW 00144771 | K, I |
| | DOW 00144772 | B, K, I |
| | DOW 00144773 | B, K |
| | DOW 00144774 | K |
| | DOW 00144775 | K |
| | DOW 00144776 | K |
| | DOW 00144777 | K |
| | DOW 00144778 | K |
| | DOW 00144779 | M |
| | DOW 00144780 | M |
| | DOW 00144781 | M |
| | DOW 00144782 | L |
| | DOW 00144783 | K, L |
| | DOW 00144784 | K, M |
| | DOW 00144785 | I, M |
| | DOW 00144786 | K |
| DOW 00144790 | DOW 00144790 | K, L |
| DOW 00144791-00144806 | DOW 00144794 | F |
| | DOW 00114798 | B |
| | DOW 00114799 | B |
| | DOW 00114801 | B, K |
| | DOW 00114802 | B, K |
| | DOW 00144803 | B, M, N |
| DOW 00144810-00144826 | DOW 00144810 | B, K, M |
| | DOW 00144811 | F |
| | DOW 00144812 | B |
| | DOW 00144813 | D, L, B, K |
| | DOW 00144814 | B, K, D |
| | DOW 00144815 | B |
| | DOW 00144816 | D, L, B |
| | DOW 00144817 | D, I, K |
| | DOW 00144818 | D, I, K |
| | DOW 00144819 | D, I |
| | DOW 00144820 | D, M |
| | DOW 00144821 | D, I, K |
| | DOW 00144822 | D, I, K |
| | DOW 00144823 | I, D |
| | DOW 00144824 | D, M |
| | DOW 00144825 | D, M, I |

| BATES RANGE | REDACTED INFORMATION | |
|---|---|---|
| | DOW 00144826 | B, D, K |
| | DOW 00144816 | D, L |
| DOW 00144827-00144840 | DOW 00144830 | O |
| | DOW 00144831 | O |
| | DOW 00144833 | O |
| | DOW 00144834 | O |
| | DOW 00144835 | O |
| | DOW 00144836 | O |
| | DOW 00144837 | O |