## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on April 25, 2008 I electronically filed and hand delivered the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>W. Harding Drane, Jr.
>Richard L. Horwitz
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Wilmington, DE  19899-0951

  Copies were also sent by Electronic Mail to the following non-registered participants:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, TX  77067-4512

>*/s/ Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)
>Samuel T. Hirzel (#4415)
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200