UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rules of Civil Procedure, plaintiffs and counterclaim defendants The Dow Chemical Company and Dow Chemical Canada Inc., on its own behalf and as assignee of The Dow Chemical Company, will take the depositions upon oral examination of the following persons on the dates set forth next to their names below, with each deposition to begin at 9:30 a.m. CST. The depositions will be taken at the offices of O'Donnell, Ferebee, Medley & Keiser, P.C., 450 Gears - Eighth Floor, Houston, Texas 77067-4584, or at such other location(s) as the parties shall agree. The depositions will be taken before a notary public or other officer duly authorized by law to administer oaths and may be videotaped.

| Deponent | Date and Time |
|---|---|
| Aziz Hassan | June 10, 2008 |
| Abbas Hassan | June 11, 2008 |
| Craig Cawley | June 17, 2008 |
| Gregory Borsinger | June 18, 2008 |
| Joe Bullock | June 19, 2008 |

You are invited to attend and cross examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Kenneth J. Nachbar
Kenneth Nachbar (#2067)
Samuel T. Hirzel (#4415)
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
knachbar@mnat.com
Attorneys for Plaintiff and Counterclaim Defendants The Dow Chemical Company and Dow Chemical Canada Inc., on its own behalf and as assignee of The Dow Chemical Company

OF COUNSEL:

Andrew Weissman
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022-3902

Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 222-9350

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 9, 2008 I electronically filed and hand delivered the attached document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> W. Harding Drane, Jr.
> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19899-0951

Copies were also sent by Electronic Mail to the following non-registered participants:

> William C. Ferebee, Esquire
> Michael Landrum, Esquire
> O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
> 450 Gears, Eighth Floor
> Houston, TX 77067-4512

> /s/ Kenneth J. Nachbar
> Kenneth J. Nachbar (#2067)
> Samuel T. Hirzel (#4415)
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> (302) 658-9200