IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. <br> on its own behalf and as assignee of <br><br> THE DOW CHEMICAL COMPANY <br><br> Plaintiff, <br><br> v. <br><br> HRD CORPORATION (d/b/a <br> Marcus Oil & Chemical) <br><br> Defendant, Counterclaim Plaintiff | § § § § § § § § § § § § § § | C.A. No. 05-23 (JJF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached HRD Corporation's Motion To Compel Dow To Remove All Redactions From The Documents It Has Produced will be presented before the Court on Friday, July 11, 2008 at 2:00 p.m.

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

Dated: May 14, 2008
8645262/28882

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane, Jr.
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wdrane@potteranderson.com
shill@potteranderson.com

*Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, W. Harding Drane, hereby certify that on May 14, 2008, the attached document was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
Samuel Taylor Hirzel, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on May 14, 2008, I have Electronically Mailed the documents to the following non-registered participants:

Aaron Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: */s/ W. Harding Drane, Jr.*
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wdrane@potteranderson.com
shill@potteranderson.com