IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. <br> on its own behalf and as assignee of <br> THE DOW CHEMICAL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HRD CORPORATION <br> (d/b/a Marcus Oil & Chemical), <br><br> Defendant, Counterclaim Plaintiff, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 05-23 (JJF) <br> ) <br> ) <br> ) |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendant/Counterclaim Plaintiff HRD Corporation d/b/a Marcus Oil & Chemical hereby certifies that reasonable efforts (as set forth in the motion) were made to reach agreement with Plaintiffs/Counterclaim Defendants Dow Chemical Canada, Inc. and The Dow Chemical Company regarding the matters set forth in HRD Corporation's Motion To Compel Dow To Remove All Redactions From The Documents It Has Produced that was filed on May 14, 2008, and that the parties were unable to reach a complete agreement with respect to those matters.

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

Dated: May 14, 2008
864537/28882

POTTER ANDERSON & CORROON LLP

By: /s/ W. Harding Drane, Jr.
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
wdrane@potteranderson.com
shill@potteranderson.com

*Attorneys for HRD Corporation*