IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY<br>     Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a<br>Marcus Oil & Chemical)<br>     Defendant, Counterclaim Plaintiff<br><br>v.<br><br>DOW CHEMICAL CANADA, INC.<br>on its own behalf and as assignee of<br>THE DOW CHEMICAL COMPANY and<br>THE DOW CHEMICAL COMPANY,<br>     Counterclaim Defendants. | C.A. No. 05-23 (JJF) |

## ORDER

AND NOW, this ____ day of _____, having considered HRD CORPORATION'S MOTION TO COMPEL DOW TO REMOVE ALL REDACTIONS FROM THE DOCUMENTS IT HAS PRODUCED; and the response thereto,

It is hereby **ORDERED** that (i) the Motion to Compel is **GRANTED**; and (ii) Dow Chemical Canada, Inc. and The Dow Chemical Company shall produce all documents without redactions within 30 days of this order.

_____
The Honorable Joseph J. Farnan, Jr.