# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOW CHEMICAL CANADA, INC. | § | |
| on its own behalf and as assignee of | § | |
| | § | |
| THE DOW CHEMICAL COMPANY | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | C.A. No. 05-23 (JJF) |
| | § | |
| HRD CORPORATION (d/b/a | § | **PUBLIC VERSION** |
| **Marcus Oil & Chemical)** | § | |
| | § | |
| **Defendant, Counterclaim Plaintiff** | § | |

## APPENDIX IN SUPPORT OF HRD'S MOTION TO COMPEL
## DOW TO REMOVE ALL REDACTIONS
## FROM THE DOCUMENTS IT HAS PRODUCED

OF COUNSEL:

William C. Ferebee
Michael Landrum
O'DONNELL FEREBEE MEDLEY &
KEISER, PC
450 Gears, Eighth Floor
Houston, TX 77067-4512
(281) 875-8200 (telephone)
(281) 875-4962 (facsimile)

W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899-0951
302) 984-6000
wdrane@potteranderson.com
shill@potteranderson.com

*Attorneys for HRD Corporation*

Dated: May 14, 2008
Public Version Dated: May 23, 2008
865938/28882

## TABLE OF CONTENTS

| DESCRIPTION | TAB |
|---|---|
| DOWA00004444-4456  "███████████████" | A |
| Redaction Key with HRD's explanations of relevance | B |
| SEVEN EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING MULTIPLE REDACTIONS<br><br>1.  DOWA00007203-07  Document entitled ██████████████ ██████████  This document is totally redacted in categories B, F, G, and J.<br><br>2.  DOWA00015298-15366 ██████████████████  This document contains over 400 redactions in categories B, F, H, J, L, M & N.<br><br>3.  DOW00097689-97715 ████████████████████  This document contains over 146 redactions in categories B, D, F, K, L and O.<br><br>4.  DOWA00019961-20019 ████████████████  This document contains over 78 redactions in categories B, D, I, J, K and L.<br><br>5.  DOWA00018031-18080 ███████████████  This document contains over 132 redactions in categories B, D, E, G, I, K, L and M.<br><br>6.  DOWA00014446-14472 ██████████████████  This document contains over 30 redactions in categories B, C, D, F, I and J.<br><br>7.  DOW00097610 ██████████████ | C |
| DOWA00008376-8388 █████████████████ | D |
| TWO EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEY B<br><br>Redaction Key "B" ████████████████████ ████████████<br><br><br>1.  DOW00111198-111213 ████████████████████  Redactions B are on pages DOW00111205, 206, 208 and 210.<br><br>2.  DOWA00006521-████████████████████ ████████████  Redactions B are on all pages | E |



| THREE EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEYS E & I | F |
|---|---|

REDACTION KEY "E"
██████████████████████████████

REDACTION KEY "I"
██████████████████████████████

1. DOWA00016829-30 ████████████████
██████

2. DOWA00018166-167 ████████████████
██████

3. DOWA00006664-65 ███████████████
█

| FOUR EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEYS H, J & K | G |
|---|---|

Redaction Key "H" ████████████████████
████████████████████████

Redaction Key "J" ███████████████████
█████████████████

Redaction Key "K" █████████████████████
████████

1. See DOWA00015298-15366 attached as part of Exhibit C

2. See DOW00097689-97715 attached as part of Exhibit C

3. See DOWA00019961-20019  attached as part of Exhibit C

4. DOWA00008642-48 ██████████████████
████████

| FIVE EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEYS L, M & N | H |
|---|---|

Redaction Key "L" ██████████████████
████████████

Redaction Key "M" ██████████████████████

Redaction Key "N" ████████████████████████████

1.  DOWA00006547-███████████ Information is redacted for reasons B, J, K, L and N

2.  DOWA00095014 ██████████ Information is redacted for reasons D, L, B and N.

3.  DOW00095922-24 ██████████ Information is redacted for reasons B, I, L and N.

4.  DOW00111175 ███████████ Information is redacted for reasons B, M and N.

5.  DOW00097410-13 ████████████ Information is redacted for reasons B, I, K, M and N.

| THREE EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEY O | I |

Redaction Key "O" ██████████████████
████████████

1.  DOW00024326-24374 ████████████ Thirty one of forty six pages are redacted.

2.  DOW00147659-7705 ███████████ Twenty four of forty six pages are redacted.

3.  DOWA00009908-9943 ████████████████████

| THREE EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEY C | J |

Redaction Key "C" █████████████████
████████████████

1.  DOWA00016318-21 ██████████████

2.  DOWA0008652-57 █████████████

3.  DOWA00015182 ███████████████

| TWO EXAMPLES OF HIGHLY RELEVANT DOCUMENTS CONTAINING REDACTIONS UNDER REDACTION KEY D | K |
|---|---|



Redaction Key "D"

1. DOWA00014538-

2. DOWA00014726-28

# EXHIBIT A

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT B

CODE  DOW REDACTION KEY

WHY THESE DOCUMENTS ARE RELEVANT

A    Proprietary business information unrelated to wax, adhesives or the issues identified in this case (e.g. Dow's cost for ethylene)

To the extent these documents are correctly redacted according to this description, HRD has no objection to this redaction key.

B    Dow's internal code names for each piece of equipment for the portions of the Sarnia plant consisting of the reactor, post reactor heaters and solvent recycle systems.

Without this information HRD is unable to determine the manufacturer, size, capacity or any other information about the equipment used at the Sarnia Plant to manufacture HRD products or remove light ends.  The best example of the need for this information is        **REDACTED**

C    Information on Dow commercial and experimental catalysts not used at either Sarnia or Freeport for purposes of work for HRD (e.g. ESI catalysts)

On its face this category appears to be appropriate for redaction. However an examination of the documents shows that

**REDACTED**

D    Information on Dow commercial and experimental process conditions and equipment not used for the purposes of the work done for HRD (e.g. ESI, Dowlex, plants in Plaaquemine, LA)

On its face this category appears to be appropriate for redaction. However an examination of the documents shows that        **REDACTED**

E    Information on actual catalyst efficiency data and costs for catalysts for the work done for HRD at Sarnia

The information regarding catalyst efficiency is important because some of the excessive "light ends" were being produced in Dow's reactor because of poor operating techniques

F    Diagrams and flow charts of sections of the plant or specific equipment that relates to the proprietary aspects of the Dow solution process, except for portions of flow charts showing the final stage of product isolation from the third devolitizer and downstream of the third stage devolitizer.

This information is extremely relevant because the source(s) of the light ends cannot be determined without a full understanding of the manufacturing process and the capability of the equipment.  In addition this information would disclose if the light ends could easily be removed from the product.

G    Methods/equipment used for on-line analysis for process control in Dow plants

This information is extremely relevant because the operating conditions and on-line analysis is critically important in identifying the source of the light ends and whether they could have easily been removed.

Page 1

| | | |
|---|---|---|
| H | Manufacturer names for equipment where identity of the manufacturer would reveal key aspects of the Dow solution manufacturing system that are not related to the production or removal of light ends. | This information will enable HRD to identify the capability of the processing equipment. |
| I | Information related to the operating conditions of the reactor, such as temperature, pressure, % solvent, % solids, flow rates, conversion. | This information is extremely relevant because the operating conditions are critically important in identifying the source of the light ends and whether they could have easily been removed. |
| J | Information relating to details of the construction of the reactor equipment or piping such as reactor type or reactor feed systems. | This information is extremely relevant because the size and type of equipment will tell HRD's expert whether the equipment was capable of making HRD's products without excessive light ends. |
| K | Information relating to the operating conditions of the devolitizer system with the exception of the third devolitizer | This information is critical to determining whether the Dow equipment could remove the excessive light ends. The first and second devolitizers were part of an integrated scheme to remove the light ends. |
| L | Information relating to details of the construction of the process equipment or piping in the devolitizer system. | This information is critical to determining whether the Dow equipment could remove the excessive light ends. The devolitizers were part of an integrated scheme to remove the light ends. |
| M | Information relating to the operating conditions of the Solvent Recovery and First Stage Vacuum System | This information is critical to determining whether the Dow equipment could remove the excessive light ends. The Solvent Recovery and Vacuum Systems were all part of the intergrated scheme to remove light ends. |
| N | Information relating to the details of the construction of the process equipment or piping in the Solvent Recovery and First Stage Vacuum System | This information is critical to determining whether the Dow equipment could remove the excessive light ends. The Solvent Recovery and Vacuum Systems were all part of the intergrated scheme to remove light ends. |
| O | Information on business plans or research projects that are not related to wax or adhesives | The information redacted pursuant to this category is relevant because the documents that are redacted deal with.[1]   REDACTED |

# EXHIBIT C

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT D

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT E

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT F

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT G

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT H

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT I

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT J

THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY

# EXHIBIT K

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY