UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA, INC. <br> on its own behalf and as assignee of <br> THE DOW CHEMICAL COMPANY <br><br> Plaintiff, <br><br> v. <br><br> HRD CORPORATION (d/b/a <br> Marcus Oil & Chemical) <br><br> Defendant, Counterclaim Plaintiff | C.A. No. 05-23 (JJF) |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that in connection with its "Emergency Motion To Take Photographs At Its Plant Inspection, Motion To Compel Production Of Documents, Motion To Re-Inspect Plant And For Sanctions" (D.I. 140), HRD hereby lodges with the Court (1) a letter, dated June 12, 2008, from Dow's counsel, which states that "Dow will proceed with the demolition of the PDP [i.e. the plant that is the subject of HRD's pending motion] no later than July 12, 2008" (Ex. A), and (2) HRD's response to such letter (Ex. B).

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| William C. Ferebee<br>Michael Landrum<br>O'DONNELL FEREBEE MEDLEY &<br>KEISER, PC<br>450 Gears, Eighth Floor<br>Houston, TX 77067-4512<br>(281) 875-8200 (telephone)<br>(281) 875-4962 (facsimile) | By: */s/ W. Harding Drane, Jr.*<br>W. Harding Drane, Jr. (#1023)<br>Richard L. Horwitz (#2246)<br>Suzanne M. Hill (#4414)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>wdrane@potteranderson.com<br>rhorwitz@potteranderson.com<br>shill@potteranderson.com |
| Dated: June 13, 2008<br>859622/28882 | *Attorneys for HRD Corporation (d/b/a Marcus Oil & Chemical)* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, W. Harding Drane, hereby certify that on June 13, 2008, the attached document was hand delivered and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Kenneth Nachbar
Samuel Taylor Hirzel, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on June 13, 2008, I have Electronically Mailed the documents to the following non-registered participants:

Aaron Barlow
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

By: /s/ W. Harding Drane, Jr.
Richard L. Horwitz (#2246)
W. Harding Drane, Jr. (#1023)
Suzanne M. Hill (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
shill@potteranderson.com

862962