# EXHIBIT A

# JENNER&BLOCK

June 12, 2008

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
New York
Washington, DC

BY EMAIL & MAIL

William C. Ferebee
O'Donnell Ferebee Medley & Keiser, P.C.
450 Gears - 8th Floor
Houston, TX 77067-4512

Katya Jestin
Tel  212 891-1685
Fax  212 891-1699
kjestin@jenner.com

Re: Dow v. HRD Corporation

Dear Bill:

I write to advise you as to the status of the demolition of the Product Development Plant ("PDP") in Sarnia, Ontario, Canada. As you are well aware, from both Dow's filings in this case and our previous correspondence, Dow is in the process of carrying out its long-planned dismantling of the entire multiplant facility at Sarnia. Dow has thus far delayed the demolition of areas, processes, equipment, or controls within the PDP that were used in the manufacture of wax products for HRD.

In order to avoid the risk of Dow's incurring substantial costs associated with further delay (which you have not agreed to provide for), Dow will proceed with the demolition of the PDP no later than July 12, 2008. If you intend to raise this issue with the Court, we consent to a briefing schedule that will allow the issue to be raised in court on July 11, 2008. If you do intend to raise the matter then, please file your papers within one week from today (by June 19, 2008). If Dow does not hear from you by June 19, it will proceed with the demolition immediately.

Sincerely,

Katya Jestin

# EXHIBIT B

**O'F M&K**

O'DONNELL, FEREBEE MEDLEY & KEISER, P.C.

William C. Ferebee         ATTORNEYS AT LAW         (281) 875-8200

June 13, 2008

Ms Katya Jestin                                    VIA FAX (212) 891-1699
Jenner & Block
919 Third Avenue, 37th Floor
New York, NY 10022

RE:   Dow v. HRD Corporation; *Our File No. M313.00026.*

Dear Ms. Jestin:

I am in receipt of your letter dated June 12, 2008. HRD is OPPOSED to any demolition of the Product Development Plant in Sarnia. HRD's right of inspection was adversely affected when Dow elected to conduct demolition activities between December 2007 (when HRD first asked to inspect the plant) and the aborted April 2008 visit. Any additional demolition would constitute a complete denial of HRD's right to inspect the plant.

Your letter suggests an accelerated briefing schedule and a hearing on July 11, 2008. To my knowledge the matter was fully briefed by both parties in April of this year. On May 8, 2008, after Ken Nachbar and Hardy Drane contacted the Court regarding a possible hearing date, the Court issued an order stating that an oral hearing was not necessary and that the Court would decide the Motion on the written papers. In light of the May 8, 2008, Order, HRD does not believe any additional briefing is necessary or warranted.

HRD will lodge a copy of your letter and this letter with the Court to apprise it of Dow's stated intention to proceed with demolition and HRD's response. However, HRD strongly believes the parties should maintain the status quo pending a decision from the Court.

Very Truly Yours,

O'DONNELL, FEREBEE, MEDLEY & KEISER, P.C.

*William C. Ferebee*

WILLIAM C. FEREBEE

WCF/cm

cc:   Client, *via fax*
      Hardy Drane, *via email*

450 Gears - Eighth Floor■Houston, Texas 77067-4512■Fax (281) 875-4962■ Email: wferebee@ofmklaw.com