IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>   Defendant, Counterclaim Plaintiff,<br><br>  v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>   Counterclaim Defendants. | Case No. 05-023 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Dow Chemical Canada, Inc. and the Dow Chemical Company hereby certifies that true and correct copies of DOW'S RESPONSE TO HRD CORPORATION'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS were served on June 16, 2008 upon the following attorneys of record by hand and electronic mail:

  W. Harding Drane, Esquire
  Richard I. Horwitz, Esquire
  Potter Anderson & Corroon LLP
  Hercules Plaza, 6th Floor
  1313 North Market Street
  Wilmington, DE  19899-0951

Copies were also sent by Facsimile and U.S. Mail to the following:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Kenneth J. Nachbar
---
Kenneth J. Nachbar (#2067)
Thomas W. Briggs (#4076)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 575-7294
knachbar@mnat.com

*Attorneys for Dow Chemical Canada, Inc. and The Dow Chemical Company*

OF COUNSEL:

Andrew Weissman
Katya Jestin
JENNER & BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022-3908
(212) 891-1600

Aaron A. Barlow
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
(312) 222-9350

June 17, 2008

516678

## CERTIFICATE OF SERVICE

I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following counsel for the Defendant, Counterclaim-Plaintiffs:

>W. Harding Drane
>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899-0951

Additionally, I hereby certify that a true and correct copy of the foregoing was caused to be served on June 17, 2008 upon the following individuals by Facsimile:

>William C. Ferebee, Esquire
>Michael Landrum, Esquire
>O'DONELL, FEREBEE, MEDLEY & KEISER, P.C.
>450 Gears, Eighth Floor
>Houston, Texas 77067-4512
>(281) 875-4962 - Facsimile

>*/s/ Kenneth J. Nachbar*
>Kenneth J. Nachbar (#2067)