IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on  :
its own behalf and as assignee :
of THE DOW CHEMICAL COMPANY,  :
                              :
        Plaintiff,            :
                              :
   v.                         :  Civil Action No. 05-023-JJF
                              :
HRD CORPORATION d/b/a Marcus  :
Oil & Chemical,               :
                              :
        Defendant.            :

**O R D E R**

WHEREAS, the June 5, 2008 Pretrial Conference was cancelled because counsel did not comply with Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, November 6, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

August 11, 2008
    DATE

                          _____
                          UNITED STATES DISTRICT JUDGE