# Exhibit
# A



**Access Intelligence**

# SRI CONSULTING

*Smart research. Smart business.*

Quick Search   [>>]

| Jump to: | | Home | About Us | Contact Us | Power Search | Latest Releases | Login |

## WP Reports Available:

Petrochemicals | Refinery | M&PA | Executive Summaries | Product Families | Trade Matrices |

### Petrochemicals and Plastics – 2008

| | |
|---|---|
| ABS/SAN Resins | Oxo Alcohols |
| Acetic Acid | Phenol |
| Acetone | Phenol-Formaldehyde (PF) Resins |
| Acrylic Fibers | Phthalic Anhydride |
| Acrylonitrile | Polybutadiene Rubber |
| Adipic Acid | Polyester Solid-State Resins |
| Benzene | Polyester Fibers |
| Butadiene | Polyethylene |
| Butylenes | PET, Melt Phase |
| Caprolactam | Polypropylene |
| Cumene | Polystyrene |
| Cyclohexane | Polyvinyl Chloride (PVC) |
| Dimethyl Terephthalate (DMT) | Propylene |
| Diphenylmethane Diisocyanate (MDI) | Propylene Oxide |
| Ethylbenzene | SBR and Related SB Polymers |
| Ethylene | Styrene |
| Ethylene Dichloride (EDC) | Terephthalic Acid (TPA) |
| Ethylene Glycol | Thermoplastics Outlook 2008 |
| Ethylene Oxide | Toluene |
| Formaldehyde (37% Solution) | Toluene Diisocyanate (TDI) |
| Isopropyl Alcohol (IPA) | Urea-Formaldehyde (UF) Resins |
| Maleic Anhydride | Vinyl Acetate (VAM) |
| Melamine-Formaldehyde Resins | Vinyl Chloride Monomer (VCM) |
| Methanol | Mixed Xylenes |
| Methyl Methacrylate (MMA) | o-Xylene |
| Methyl tert-Butyl Ether (MTBE) | p-Xylene |
| Nylon Fibers | |

### WP Refinery – 2008

Return to top

| | |
|---|---|
| Refinery Butylenes | Natural Gas |
| Refinery Capacities | Refinery Offgas |
| Crude Oil | Refinery Products |
| Refinery Naphtha | Refinery Propylene |

### WP Margin and Price Analyses – 2007

Return to top

| | |
|---|---|
| Aromatics | Methanol |
| C4s | Plastics |
| Ethylene | Propylene |
| Feedstocks | Refined Products |

### WP Executive Summaries

Return to top

| Executive Summary 2000 | Executive Summary 2003 |
|---|---|
| Executive Summary 2001 | Executive Summary 2004 |
| Executive Summary 2002 | Executive Summary 2005 |
| **Trade Matrices – 2008** | |
| | Return to top |
| Trade Matrix - Aromatics | Trade Matrix - Feedstocks |
| Trade Matrix - C4s | Trade Matrix - Methanol |
| Trade Matrix - Ethylene | Trade Matrix - Propylene |
| **WP Product Families – 2008** | |
| | Return to top |
| Benzene/Toluene/Xylenes | Nylon Chain (Nylon Fibers, Caprolactam, Adipic Acid, Cyclohexane, Phenol) |
| EDC/VCM/PVC | Polyolefins (PE, PP) |
| EO EG PET PEF | Rubber (SBR & SB Polymers, Polybutadiene, Butadiene) |
| PET/TPA/DMT/PX | Thermoplastics (PE, PP, PVC, PS, EPS, ABS, SAN, PET) |
| Phenol/Cumene/Acetone | Urethanes (TDI, MDI, PO) |
| Fibers (Polyester, Acrylic, Nylon) | WP Petrochemical Complexes |
| Formaldehyde & Resins | WP Petrochemical Feedstocks |

Product reports can also be purchased by segment. Contact WP for pricing information.

World Petrochemicals can provide producer/capacity and supply/demand tabular data in electronic form at no extra charge.



**Company Information**

Press Releases        Program Brochures
Recent Articles

Resource
Guide
Find reports based on
your area of interest

Copyright © 2008 SRI Consulting. All rights reserved.
Privacy Policy | Terms & Conditions | Contact Us

World                                    Polyethylene                                    January 2008















# Exhibit
# B

# Redaction Key

| Code | Description |
|------|-------------|
| A | Proprietary business information unrelated to wax, adhesives or the issues identified in this case (e.g. Dow's cost for ethylene). |
| B | Dow's internal code names for each piece of equipment for the portions of the Sarnia plant consisting of the reactor, post reactor heaters and solvent recycle systems. |
| C | Information on Dow commercial and experimental catalysts not used at either Sarnia or Freeport for purposes of work for HRD (e.g. ESI catalysts). |
| D | Information on Dow commercial and experimental process conditions and equipment not used for the purposes of the work done for HRD (e.g. ESI, Dowlex, plants in Plaquemine, LA). |
| E | Information on actual catalyst efficiency data and costs for catalysts for the work done for HRD at Sarnia. |
| F | Diagrams and flow charts of sections of the plant or specific equipment that relates to the proprietary aspects of the Dow solution process, except for portions of flow charts showing the final stage of product isolation from the ████████████████. |
| G | Methods/equipment used for on-line analysis for process control in Dow plants. |
| H | Manufacturer names for equipment where identity of the manufacturer would reveal key aspects of the Dow solution manufacturing system that are not related to the production or removal of light ends. |
| I | Information related to the operating conditions of the reactor, such as ███████████ ██████████████████. |
| J | Information relating to details of the construction of the reactor equipment or piping such as reactor type or reactor feed systems. |
| K | Information relating to the operating conditions of the devolatizer system with the exception of ██████████. |
| L | Information relating to details of the construction of the process equipment or piping in the devolatizer system. |
| M | Information relating to the operating conditions of the ████████████████ ████████. |
| N | Information relating to the details of the construction of the process equipment or piping in the ██████████. |
| O | Information on business plans or research projects that are not related to wax or adhesives. |
| P | Potential third party confidential information where we have been unable to obtain consent to disclose their information pursuant to the protective order. |
| Q | Information subject to the attorney/client privilege or the work-product immunity. |