# EXHIBIT A

Case 1:05-cv-00023-JJF    Document 165-2    Filed 09/12/2008    Page 1 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>Defendant, Counterclaim Plaintiff,<br><br>v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>Counterclaim Defendants. | Case No. 05-023 (JJF) |

### SCHEDULING ORDER

WHEREAS, this case has been pending since January 18, 2005; and

WHEREAS, written discovery is substantially complete; and

WHEREAS, the Court believes it appropriate to set a schedule for remaining pre-trial proceedings in this case,

IT IS HEREBY ORDERED, this ____ day of _____, 2008 as follows:

1. The following dates shall govern the remaining pre-trial proceedings in this case:

| | |
|---|---|
| Completion of Document Discovery | March 21, 2008 |
| Completion of Depositions of Fact Witnesses | April 25, 2008 |

| | |
|---|---|
| Opening Expert Reports | May 2, 2008 |
| Rebuttal Expert Reports | May 16, 2008 |
| Completion of Expert Depositions | May 23, 2008 |
| Motions in Limine | May 26, 2008 |
| Plaintiffs Submit Draft of Pretrial Order to Defendants | May 26, 2008 |
| Defendants Submit Revised Draft of Pretrial Order | May 30, 2008 |
| Responses to Motions in Limine | May 30, 2008 |
| Final Submission of Pretrial Order | June 3, 2008 |
| Pretrial Conference | June 5, 2008 at 10:00 a.m. |

2. Motions for summary judgment may be filed at any time after completion of depositions of fact witnesses, but in all events shall be filed on or before May 26, 2008.

_____
Judge

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC. on its own behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical)<br><br>    Defendant, Counterclaim Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 05-023 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SCHEDULING ORDER

WHEREAS, this case has been pending since January 18, 2005; and

WHEREAS, written discovery is substantially complete; and

WHEREAS, the Court believes it appropriate to set a schedule for remaining pre-trial proceedings in this case,

IT IS HEREBY ORDERED, this ____ day of _____, 2008 as follows:

1. The following dates shall govern the remaining pre-trial proceedings in this case:

| | |
|---|---|
| Completion of Document Discovery | March 21, 2008 |
| Completion of Depositions of Fact Witnesses | June 20, 2008 |

| | |
|---|---|
| Opening Expert Reports | June 27, 2008 |
| Rebuttal Expert Reports | July 18, 2008 |
| Completion of Expert Depositions | August 1, 2008 |
| Motions in Limine | August 8, 2008 |
| Plaintiffs Submit Draft of Pretrial Order to Defendants | August 8, 2008 |
| Defendants Submit Revised Draft of Pretrial Order | August 15, 2008 |
| Responses to Motions in Limine | August 15, 2008 |
| Final Submission of Pretrial Order | August 19, 2008 |
| Pretrial Conference | September ___ at ___:00 ___.m. |

2.  Motions for summary judgment may be filed at any time after completion of depositions of fact witnesses, but in all events shall be filed on or before August 8, 2008.

_____
Judge

2