IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its own behalf and as assignee of THE DOW CHEMICAL COMPANY, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 05-023-JJF |
| HRD CORPORATION d/b/a Marcus Oil & Chemical, | : : : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 221) dated February 26, 2009, concerning Defendant's Motion for Leave to File its Second Amended Answer and Counterclaim;

WHEREAS, no Objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 221) is **ADOPTED**.

_April 30, 2009_
    DATE

_____[signature]_____
UNITED STATES DISTRICT COURT