IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on its      :
behalf and as assignee of THE DOW     :
CHEMICAL COMPANY,                     :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :
                                      :
HRD CORPORATION (d/b/a Marcus Oil     :
& Chemcial),                          :
                                      : Civil Action No. 05-023-JJF
        Defendants/Counterclaim       :
        Plaintiff,                    :
                                      :
    v.                                :
                                      :
DOW CHEMICAL CANADA INC., on its      :
behalf and as assignee of THE DOW     :
CHEMICAL COMPANY, and THE DOW         :
CHEMICAL COMPANY,                     :
                                      :
        Counterclaim Defendants.      :

**ORDER**

WHEREAS, the Special Master issued a Report and

Recommendation (D.I. 355) dated July 2, 2009, concerning HRD

Corporation's Motion to Compel Discovery Relative To Affinity

Sales;

WHEREAS, no Objections to the Report and Recommendation have

been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special

Master's Report and Recommendation (D.I. 355) is **ADOPTED**.

<u>November 20, 2009</u>
        DATE                          UNITED STATES DISTRICT COURT