IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its behalf and as assignee of THE DOW CHEMICAL COMPANY, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| HRD CORPORATION (d/b/a Marcus Oil & Chemcial), | : <br> : <br> : Civil Action No. 05-023-JJF |
| Defendants/Counterclaim Plaintiff, | : <br> : <br> : |
| v. | : <br> : |
| DOW CHEMICAL CANADA INC., on its behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY, | : <br> : <br> : <br> : <br> : |
| Counterclaim Defendants. | : |

### ORDER

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 432) dated September 24, 2009, concerning HRD Corporation's subpoenas;

WHEREAS, no Objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 432) is **ADOPTED**.

November 20, 2009                              /s/ Joseph J. Farnan
DATE                                           UNITED STATES DISTRICT COURT