IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>    Defendants/Counterclaim Plaintiff,<br><br>  v.<br><br>DOW CHEMICAL CANADA INC., on its behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>    Counterclaim Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-023-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

    WHEREAS, the Special Master issued a Report and Recommendation (D.I. 507) dated March 2, 2010, concerning Special Master's Post February 2, 2010 Hearing Order On HRD Request For Discovery;

    WHEREAS, HRD Corporation filed an objection to the Special Master's Report and Recommendation (D.I. 536);

    WHEREAS, the Court concludes that the Special Master's Report and Recommendation should be adopted for the reasons stated by Special Master Redfearn at the February 2, 2010 status conference (D.I. 507 Ex. B);

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 507) is **ADOPTED**.

April 12, 2010
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT COURT