IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOW CHEMICAL CANADA INC., on its behalf and as assignee of THE DOW CHEMICAL COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>HRD CORPORATION (d/b/a Marcus Oil & Chemical),<br><br>      Defendants/Counterclaim Plaintiff,<br><br>  v.<br><br>DOW CHEMICAL CANADA INC., on its behalf and as assignee of THE DOW CHEMICAL COMPANY, and THE DOW CHEMICAL COMPANY,<br><br>      Counterclaim Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-023-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 466) dated December 11, 2009, concerning Dow's Objections To HRD's Exhibits;

WHEREAS, no Objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 466) is **ADOPTED**.

 

April 12, 2010                                          _/s/ Joseph J. Farnan_
    DATE                                             UNITED STATES DISTRICT COURT