IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on its : 
behalf and as assignee of THE DOW : 
CHEMICAL COMPANY, :
:
      Plaintiff, :
:
  v. :
:
HRD CORPORATION (d/b/a Marcus Oil :
& Chemical), :
: Civil Action No. 05-023-JJF
      Defendants/Counterclaim :
      Plaintiff, :
:
  v. :
:
DOW CHEMICAL CANADA INC., on its :
behalf and as assignee of THE DOW :
CHEMICAL COMPANY, and THE DOW :
CHEMICAL COMPANY, :
:
      Counterclaim Defendants. :

### ORDER

WHEREAS, the Special Master issued a Report and Recommendation (D.I. 465) dated December 11, 2009, concerning Dow's Objections To HRD's Deposition Designations;

WHEREAS, no Objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 465) is **ADOPTED**.

April 12, 2010
DATE

_____
UNITED STATES DISTRICT COURT