IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOW CHEMICAL CANADA INC., on its : 
behalf and as assignee of THE DOW :
CHEMICAL COMPANY, :
　　　　　　　　　　　　　　　　　 :
　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　 :
　　v. :
　　　　　　　　　　　　　　　　　 :
HRD CORPORATION (d/b/a Marcus Oil :
& Chemical), :
　　　　　　　　　　　　　　　　　 : Civil Action No. 05-023-JJF
　　　　Defendants/Counterclaim :
　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　 :
　　v. :
　　　　　　　　　　　　　　　　　 :
DOW CHEMICAL CANADA INC., on its :
behalf and as assignee of THE DOW :
CHEMICAL COMPANY, and THE DOW :
CHEMICAL COMPANY, :
　　　　　　　　　　　　　　　　　 :
　　　　Counterclaim Defendants. :

**ORDER**

　　WHEREAS, the Special Master issued a Report and Recommendation (D.I. 526) dated March 16, 2010, concerning Final Rulings On HRD's Exceptions To The Special Master's Draft Rulings Of January 19, 2010;

　　WHEREAS, HRD Corporation filed an objection to the Special Master's Report and Recommendation (D.I. 539);

　　WHEREAS, the Court concludes that the Special Master's Report and Recommendation should be adopted for the reasons stated by Special Master Redfearn in his Recommendations (D.I. 526);

NOW THEREFORE, IT IS HEREBY ORDERED that the Special Master's Report and Recommendation (D.I. 526) is **ADOPTED**.

April 21, 2010
DATE

UNITED STATES DISTRICT COURT